1UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10233-RCL

JONATHAN BEIJAR,

    Plaintiff,

v.

STANLEY FASTENING SYSTEMS, L.P.

    Defendant.

## CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, 16.1(D)(3), we certify and affirm that we have conferred

(a) with a view to establishing a budget for the costs of conducting a full course - and various alternative courses - for litigation; and

(b) to consider resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
Stanley Fastening Systems, L.P.,
By its representative

_____
Stephen L. Gemmell
Manager, Product Support

Respectfully submitted,
Stanley Fastening Systems, L.P.,
By its attorneys,

_____
Christopher A. Duggan
BBO No. 544150
David G. Braithwaite
BBO No. 634013
Smith & Duggan LLP
Two Center Plaza
Boston, MA 02108
(617) 248-1900

Dated: March 17, 2004

## CERTIFICATION OF SERVICE

I, Christopher A. Duggan, hereby certify that I have caused a copy of the foregoing document to be served upon Scott W. Lang, Esq., Lang, Xifaras & Bullard, 115 Orchard Street, New Bedford, Massachusetts 02740 by first-class mail on March 19, 2004.

_____
Christopher A. Duggan