UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10233-RCL

JONATHAN BEIJAR,

    Plaintiff,

v.

STANLEY FASTENING SYSTEMS, L.P.

    Defendant.

## LR 7.3 CORPORATE DISCLOSURE STATEMENT OF STANLEY FASTENING SYSTEMS, L.P.

Defendant Stanley Fastening Systems, L.P. files its Corporate Disclosure Statement pursuant to Local Rule 7.3 and states as follows:

Stanley Fastening Systems, L.P. is a Delaware limited partnership with its principal place of business in Rhode Island. The Stanley Works is a general partner of Stanley Fastening Systems, L.P. There is no publicly traded corporation or affiliate that owns more than 10% of Stanley Fastening Systems, L.P.'s stock.

1

Respectfully submitted,
Stanley Fastening Systems, L.P.,
By its attorneys,

*/s/ Christopher A. Duggan*

Christopher A. Duggan
BBO No. 544150
David G. Braithwaite
BBO No. 634013
Smith & Duggan LLP
Two Center Plaza
Boston, MA  02108
(617) 248-1900

Dated: March 19, 2004

## CERTIFICATE OF SERVICE

I, Christopher A. Duggan, hereby certify that I have caused a copy of the foregoing document to be served upon Scott W. Lang, Esq., Lang, Xifaras & Bullard, 115 Orchard Street, New Bedford, Massachusetts 02740 by first-class mail on March 19, 2004.

*/s/ Christopher A. Duggan*

Christopher A. Duggan