UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10233-RCL

JONATHAN BEIJAR,

    Plaintiff,

v.

STANLEY FASTENING
SYSTEMS, L.P.

    Defendant.

## PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(d)(3)

The Plaintiff, Jonathan Beijar, hereby certifies, pursuant to Local Rule 16.1(D)(3), that he has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

JONATHAN BEIJAR:

_____
Jonathan Beijar
17 Willis Street
New Bedford, MA 02740
(774) 202-3981

Dated: March 22, 2004

SCOTT W. LANG, ESQUIRE,
As Legal Counsel for Jonathan Beijar:

_____
Scott W. Lang, Esquire, BBO #285720
Lang, Xifaras & Bullard
115 Orchard Street
New Bedford, MA 02740
(508) 992-1270

Dated: March 22, 2004

## CERTIFICATE OF SERVICE

I, Scott W. Lang, Esquire, hereby certify that I have served the within **PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(d)(3)** on the Defendant, Stanley Fastening Systems, L.P., by mailing a copy to the Defendant's attorney of record: David G. Braithwaite, Esquire, at Smith & Duggan, LLP, Two Center Plaza, Boston, MA  02108-1906, by first class mail, this 22 day of March, 2004.

_____
Scott W. Lang, Esquire