UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10233-RCL

JONATHAN BEIJAR
    Plaintiff

v.

STANLEY FASTENING SYSTEMS, L.P.
    Defendant

**ASSENTED-TO MOTION TO EXTEND THE SCHEDULING ORDER**

Now comes defendant Stanley Fastening Systems, L.P. ("Stanley") and moves the Court to extend the following deadlines in its scheduling order by 30 days, as set forth below:

    A.    Dispositive Motions filed by October 21, 2005;

    B.    Oppositions to Dispositive Motions filed by November 14, 2005;

    C.    Settlement Conference held by December 5, 2005;

    D.    Final Pre-Trial Conference held by January 3, 2006;

    E.    Trial held after January 3, 2006.

As good cause for this motion, the undersigned aver that this extension is needed because the current scheduling order calls for dispositive motions to be filed by September 21, 2005. The parties are engaged in serious discussions in an effort to resolve the case. Accordingly, to permit the parties to continue these settlement discussions and not cause prejudice to either party, the parties request that this brief extension of time be permitted. In accordance with Local Rule 7.1(a)(2), Stanley's

counsel has conferred with Plaintiff's counsel and the Plaintiff's counsel assents to this request and the relief sought herein.

WHEREFORE, Stanley requests that this motion be granted and that the Court's scheduling order be amended, as set forth above.

>Respectfully submitted,
>
>STANLEY FASTENING SYSTEMS,
>L.P.,
>By its Attorney,
>
>/s/ Christopher A. Duggan
>Christopher A. Duggan, Esquire
>BBO No. 544150
>David G. Braithwaite, Esquire
>BBO No. 634013
>Smith & Duggan LLP
>Lincoln North
>55 Old Bedford Road
>Lincoln, MA  01773
>(617) 228-4400

Dated:  September 21, 2005

>Assented to by:
>
>JONATHAN BEIJAR,
>By his Attorney,
>
>/s/ Scott W. Lang
>Scott W. Lang, Esquire  BBO #285720
>Lang, Xifaras & Bullard
>115 Orchard Street
>New Bedford, MA  02740
>(508) 992-1270

Dated:  September 21, 2005

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that on September 20, 2005, he contacted the Plaintiff's counsel regarding the grounds for and relief requested by this motion and the Plaintiff assents to both.

/s/ Christopher A. Duggan
Christopher A. Duggan, Esquire

Dated:   September 21, 2005