# EXHIBIT 1

WITNESS> - DATETEXT>

```
 1          Exhibits 1 - 5     Vol. 1, Pgs. 1 - 53
 2              UNITED STATES DISTRICT COURT
 3              DISTRICT OF MASSACHUSETTS
 4              Civil Action No. 04-10233-RCL
 5          -----------------------------------
 6   JONATHAN  BEIJAR
 7                    Plaintiff
 8   vs.
 9   STANLEY  FASTENING  SYSTEMS,  L.P.
10                    Defendant
11          -----------------------------------
12
13          DEPOSITION of WAYNE PINARD
14          Monday, May 17, 2004, 10:10 a.m.
15               Lang, Xifaras & Bullard
16               115 Orchard Street
17               New Bedford, Massachusetts
18
19
20
21          -----------------------------------
22          Reporter:   David A. Arsenault, RPR
23       Farmer Arsenault Brock LLC, Boston, MA
24               (617) 728-4404
```

WITNESS> - DATETEXT>

Page 10

1    years.
2        Q.  Do you know where he lived when he was
3    working for you?
4        A.  In New Bedford, I believe.
5        Q.  When was he last employed by Care Free
6    Homes?
7        A.  I think he was with me probably another
8    five or six months after that incident.
9        Q.  Now, you said that you witnessed the
10   accident to Mr. Beijar?
11       A.  Yes, I did.
12       Q.  What did you see?
13       A.  What I saw, we were cutting rafters,
14   leaning them up against the house.  We had a
15   staging plank up about 7 feet off the ground.  It
16   was the Bostitch nailer on the plank.  We were
17   nailing rafters up at the time.  And when we were
18   standing the rafters up, they hit the plank.  They
19   were bumping into the plank and the gun was
20   starting to fall off, hanging off the plank a
21   little bit.  That's when I asked Jon Beijar to fix
22   the gun, push it on the plank before it fell.
23       Q.  What happened?
24       A.  He apparently couldn't reach it.  He

Page 11

1    grabbed the line with his left hand and he pulled
2    it.
3        Q.  He pulled what?
4        A.  The air line, it was attached to the gun.
5    It was hanging down.  He pulled the air line off,
6    and he pulled the gun off and it fell.  As it fell,
7    he caught it with his right hand and pulled the
8    trigger and caught it like a football and pulled it
9    into his chest, and that's when I heard it fire.
10       Q.  What time day was it when the incident
11   occurred?
12       A.  It happened in the morning somewhere
13   around 9:00 or 10:00.
14       Q.  Where were you at that time?
15       A.  I was cutting rafters with the saw.
16       Q.  Was anybody working with you cutting
17   rafters?
18       A.  Dave Santos.  He was at the other end.
19   We cut the rafters at the same time, one on each
20   end.
21       Q.  What was Mr. Beijar's job?
22       A.  He was just a laborer.  He was a laborer.
23   He was carrying the rafters, standing them up.
24       Q.  So Mr. Beijar was picking up the rafters

Page 12

1    after they had been cut?
2        A.  We cut them.
3        Q.  And he moved them?
4        A.  He stands them up and leans them over
5    against the wall.
6        Q.  I think your testimony was that they
7    bumped the staging?
8        A.  Well, Jon Beijar was the only one
9    carrying rafters.  As he's carrying the rafters, he
10   hit the staging plank with the rafter.  That caused
11   the gun to walk off the plank a little bit.
12       Q.  For purpose of clarity, you'll hear me
13   use the term nailer or tool, as opposed to gun,
14   only because the tool is a pneumatic tool that
15   operates off of air, correct?
16       A.  Correct.
17       Q.  I'll use that to mean the pneumatic
18   nailer that was involved in this accident.
19       A.  Yes.
20       Q.  I probably won't use the word "gun."
21       A.  We call them guns.  It is just habit.
22       Q.  It is an acronym in the industry.
23       A.  Yes, a pneumatic gun.
24       Q.  I'm going to show you what we marked as

Page 13

1    Exhibit 2 to Mr. Beijar's deposition, which was
2    taken about two weeks ago.  Can you take a look at
3    that.
4        A.  That's the gun.
5        Q.  Can you identify them?
6        A.  A Bostitch nailer N 80 stick nailer.  I
7    guess that's the model.
8        Q.  Is that the nailer that was involved in
9    Mr. Beijar's accident?
10       A.  Yes, I was.  It has a smooth top.  It is
11   the only gun I had with that type of top.
12       Q.  When you say a smooth top, are you
13   talking the back of the tool?
14       A.  The head up here, it doesn't have a screw
15   or anything.  Most of them have a little air thing
16   you can spin around.  This one doesn't have it.
17   For some reason this one doesn't have it.
18       Q.  Did you ever operate this tool?
19       A.  Yes, I did.
20       Q.  Did you operate it prior to Mr. Beijar's
21   accident?
22       A.  Yes, I did.
23       Q.  And in what form?  How did you use it?
24       A.  Any nailing, whatever framing material I

WITNESS> - DATETEXT>

Page 14

1    was nailing, building walls, putting rafters up,
2    shooting toenail rafters up.
3        Q.   Can you tell me what you mean by
4    toenailing rafters?
5        A.   When you shoot a nail at an angle through
6    the edge of the rafter into the top plate.
7        Q.   Did you have any trouble with it?
8        A.   No.
9        Q.   How did it work?
10       A.   It worked like it was supposed to.  It
11   was a brand-new gun.  It was only a week old.
12       Q.   Had you worked with pneumatic nailers
13   before?
14       A.   A long time, since 1982.
15       Q.   What brands of nailers have you worked
16   there?
17       A.   Pretty much all of them.  Mostly Bostitch
18   but there's been others.  The majority have been
19   Bostitch.
20       Q.   Why is that?
21       A.   They make a good product, a very good
22   gun.  They are a very good pneumatic nailer.
23       Q.   How many pneumatic nailers were on the
24   job site on the day of Mr. Beijar's accident?

Page 15

1        A.   I'm not sure exactly.
2        Q.   Can you give me --
3        A.   I'm sure there was two or three out that
4    day.
5        Q.   Were they all framing nailers or
6    different types of tools?
7        A.   Normally two framing nailers are out and
8    one coil nailer.
9        Q.   What do you use the coil nailer for?
10       A.   For plywood.
11       Q.   Same size nails?
12       A.   No, shorter, 8 D ring shank, full-head
13   nail.
14       Q.   Speaking of nails, do you know what type
15   of nail was used in the tool that Mr. Beijar was
16   involved with?
17       A.   Yes, three-and-a-quarter-inch -- I'm not
18   sure of the brand-name, three-and-a-quarter-inch
19   stick nails.
20       Q.   They were generic as opposed to the
21   Stanley nails?
22       A.   I believe so.  We buy them in bulk.
23       Q.   Had you used -- had there been other
24   Stanley N 80 or N 79 nailers that were used on job

Page 16

1    sites at Care Free Homes before Mr. Beijar's
2    accident?
3        A.   Oh, yes, plenty.
4        Q.   And were you as the foreman satisfied
5    with the performance of those?
6        A.   Oh, yeah.  They are beautiful guns.  We
7    don't have any problems with them.
8        Q.   Have you continued to use Stanley
9    pneumatic nailers after Mr. Beijar's accident?
10       A.   Yes.
11       Q.   Why is that?
12       A.   They are great nailers.  They seem to
13   work the best of all of them.  I tried them all.
14       Q.   After Mr. Beijar's accident, what
15   happened to this tool that we marked as Exhibit 2
16   to his deposition?
17       A.   What happened to it?
18       Q.   What did you do with it?
19       A.   We brought it to the office.  I gave it
20   to Wayne, Jr., Wayne Edwards.
21       Q.   And did it stay there?
22       A.   It sat in the office for quite some time.
23       Q.   Was it ever put back into service?
24       A.   We put it back into service probably six

Page 17

1    months, eight months later.
2        Q.   And why did you put it back into service?
3        A.   I need guns.  Basically I need more.
4        Q.   You say six to eight months later.  That
5    would have been sometime in the fall of 2001?
6        A.   Yeah.
7        Q.   And you used it up until the last month
8    or so?
9        A.   Yes.  Wayne asked for it back.
10       Q.   How did it work?
11       A.   It worked beautiful.
12       Q.   Was there any service to that tool?
13       A.   None whatsoever.
14       Q.   Did you have any problems at all when you
15   used it?
16       A.   No.
17       Q.   How frequently did you use it?
18       A.   Pretty much every day.
19       Q.   Now, Wayne, you mean Wayne, Jr.?
20       A.   Yes, Wayne, Jr.
21       Q.   Mr. Emerson -- what's his name, Wayne
22   Edwards?
23       A.   Wayne Edwards.
24       Q.   When Mr. Edwards asked for the tool back,

WITNESS> - DATETEXT>

Page 18

1 did you get a replacement tool?
2    A. Yes.
3    Q. What kind of tool?
4    A. The same nailer, a newer model.
5    Q. Did you put that into service?
6    A. Yes.
7    Q. Are you using that today?
8    A. Yes.
9    Q. What did you notice about the trigger
10 when you got the gun?
11    A. The trigger was different. It would only
12 shoot one nail at a time.
13    Q. One nail a time?
14    A. A sequential trigger.
15    Q. What's the difference between a
16 sequential trigger and a contact trigger?
17    A. Sequential you have to press the tip and
18 then pull the trigger for the nail to shoot.
19    Q. And contact is what?
20    A. The contact you can hold the trigger and
21 depress the tip and it will shoot as many times as
22 you hold the trigger.
23    Q. Did you keep the sequential trigger on
24 the replacement tool?

Page 19

1    A. On the new nailer, no.
2    Q. Why not?
3    A. Because they are just not easy to use
4 that way. It is much more productive -- we shoot a
5 thousand nails a day. You just have -- you can't
6 shoot one at a time.
7    Q. So what did you do?
8    A. I changed the trigger.
9    Q. You changed the sequential back to
10 contact?
11    A. Yes, I put it back to contact.
12    Q. Did the tool come with a little package
13 with a replacement trigger?
14    A. Yes. It came in a box.
15    Q. How long did it take you to replace the
16 trigger?
17    A. Two minutes.
18    Q. When the tool marked as Exhibit 2 in
19 Mr. Beijar's deposition was used, how old was it?
20    A. A week old. We just bought it.
21    Q. Almost right out of the box?
22    A. Yeah.
23    Q. Did you take it out of the box?
24    A. I'm sure I did.

Page 20

1    Q. Did that box have a package like this one
2 that had --
3    A. Yes, it did.
4    Q. -- that had a sequential trigger in it?
5    A. Yes.
6    Q. If Care Free Homes wanted to, they could
7 have changed the contact trigger into a sequential?
8    A. Yes, we could.
9    Q. And you opted not to do that?
10    A. Right.
11    Q. Why was that?
12    A. Because none of the guns ever came that
13 way. They always come with a contact trigger.
14 That's how we learned to use them.
15    Q. Does the contact tricker work better for
16 your application?
17    A. Yes.
18    Q. I'd like to go back to Mr. Beijar's
19 accident. What time did you arrive on the job site
20 that day?
21    A. We were getting in Osterville at the job
22 site at 7:00 o'clock in the morning.
23    Q. So you had been there three to four
24 hours, something like that?

Page 21

1    A. We were working long days. It was an
2 hour drive.
3    Q. From where?
4    A. Fairhaven. An hour there, an hour home,
5 ten hours on the job site. In fact, that island,
6 you could only work ten hours.
7    Q. Are there drawings that show what you
8 were building?
9    A. There were blueprints on the job site.
10    Q. Does Care Free Homes maintain those
11 blueprints now?
12    A. Yes.
13    Q. I understand you were building a single-
14 family home?
15    A. Yes, but it was very large. It was 6,000
16 square feet.
17    Q. Do you remember the address?
18    A. No. I know it was in Oyster Harbor in
19 Osterville.
20    (Discussion off the record.)
21    (Marked, Exhibit 2.)
22    Q. I'm going to show you what we marked as
23 Exhibit 2. That was faxed up to me on Friday in
24 response to a subpoena to Mr. Edwards. Can you

WITNESS> - DATETEXT>

Page 34

1     Q.   And this is where that window is; is that
2 right?
3     A.   Yes. Does that work?
4     Q.   Thank you very much. Have you completed
5 that for me now?
6     A.   Yes.
7     Q.   If you could sign and date that.
8     A.   (Witness complies.)
9         (Marked, Exhibit 4.)
10     Q.   One more drawing I'll ask you to do.
11 Could you show me the position of the nailer after
12 Mr. Beijar had laid the rafters up against the
13 planking and moved the planking, in other words,
14 where it was in relation to the plank.
15     A.   You want me to draw the same thing again?
16     Q.   And show where the nailer was in relation
17 to the plank. As I look at Exhibit 4 you've got no
18 part of the nailer.
19     A.   I see.
20     Q.   Can you show me where it was after
21 Mr. Beijar hit the planking with the rafters.
22     A.   (Witness complies.)
23     Q.   If you can put in the air hose again the
24 way you did before.

Page 35

1     A.   (Witness complies.)
2     Q.   Label this as position 2.
3     A.   (Witness complies.)
4     Q.   And sign and date it, please.
5     A.   (Witness complies.)
6         (Marked, Exhibit 5.)
7     Q.   You told me, sir, that Mr. Santos was
8 with you cutting the rafters. Where was
9 Mr. Cordeiro?
10     A.   I'm not sure at the time.
11     Q.   Now, looking at your drawing Exhibit 5,
12 it looks like the bottom part of the stick was off
13 of the, protruding off of the plank by some number
14 of inches?
15     A.   Yes, it was.
16     Q.   Do you know roughly how much?
17     A.   Probably 6 to 8 inches.
18     Q.   But the head and the tip of the tool were
19 still on the plank?
20     A.   Yes, it was.
21     Q.   And that's when -- you said you saw
22 Mr. Beijar lay the planking against the -- the
23 rafters against the plank?
24     A.   Right.

Page 36

1     Q.   And you saw if hit the plank?
2     A.   Yes, as he was standing them up leaning
3 into the house, they were bumping the plank.
4     Q.   And that was moving the plank?
5     A.   It was causing the plank to slide towards
6 the house. That's when I noticed the gun starting
7 to inch off the plank.
8     Q.   When you talked to Mr. Beijar -- what did
9 you say to him again?
10     A.   I asked him to fix the gun before it
11 falls.
12     Q.   And did he say anything in reply?
13     A.   No. He didn't. He started walking
14 towards the gun.
15     Q.   Where was he when you told him to fix the
16 gun?
17     A.   He wasn't far. He was walk between the
18 piles and grabbing the rafters and standing them up
19 against the house. He was in between there. I'm
20 not sure where he was exactly when I told him that
21 day. That was his job.
22     Q.   When you told him to fix the gun before
23 it falls, did he reply to you at all?
24     A.   No, he didn't.

Page 37

1     Q.   What did he do?
2     A.   He started walking over to the nailer.
3     Q.   And what did you see next?
4     A.   Then he reached up. It was just out of
5 reach. He couldn't -- he wasn't tall enough to
6 push it back on the plank.
7     Q.   You saw him try to do that?
8     A.   Yes.
9     Q.   And so if you wanted to push it back on
10 the plank, you would have to take the bottom of the
11 magazine and push it?
12     A.   That's all it would have taken. Just a
13 little push.
14     Q.   Was there any scrap wood around?
15     A.   There was ladders around. He could have
16 used the rafter that was standing up near it.
17 There were a number of things he could have done.
18     Q.   There was a ladder, you said, that was
19 near it?
20     A.   There were stepladders. We always have
21 stepladders around.
22     Q.   But he chose not to do that. Instead he
23 did what?
24     A.   Before I could say anything, he reached

WITNESS> - DATETEXT>

Page 38

1　up with his left hand and pulled on the air line,
2　pulling the gun off the plank.
3　　Q.　Was there anything in his right hand at
4　the time?
5　　A.　No.
6　　Q.　And then you said he reached up with his
7　left hand and pulled on the air hose, I take it?
8　　A.　He pulled on the air line, because that
9　was hanging down.
10　　Q.　With his left hand he pulled the tool
11　towards him?
12　　A.　He pulled it towards him, which caused it
13　to fall off the plank.
14　　Q.　Now, when it fell, after Mr. Beijar
15　pulled on the air hose to cause it to fall towards
16　him, could you see how the tool was positioned?  In
17　other words, was it upright like this (indicating)
18　or upside down so that the head was on the bottom?
19　　　　MS. DAVIS:  Objection.
20　　Q.　Describe for me how you saw the position
21　of the tool.
22　　A.　Well, it kind of fell off sideways.  It
23　was laying sideways on the plank.  It was sideways.
24　The tail went first because that's what the air

Page 39

1　line is attached to.
2　　Q.　And how much time passed between the time
3　that he pulled on the air line with his left hand
4　and the time you heard it discharge?
5　　A.　A split second.
6　　Q.　What was the total distance that the tool
7　had to travel?
8　　A.　Maybe 4 to 5 feet.
9　　Q.　How tall is Mr. Beijar?
10　　A.　I believe about my height, 5-5, 5-6.
11　　Q.　And it hit him basically right in the
12　chest?
13　　A.　Yes.  It looked like he caught it by the
14　handle with his right hand as it was falling
15　towards him.  Then he just pulled it into his chest
16　for some reason, like he was catching a football.
17　I know you have to do two things to shoot.  You
18　have to hold the trigger and depress the tip.
19　　Q.　All the time you used this tool the week
20　before the incident and the two years after you put
21　it back into service, did this tool ever discharge
22　without those two things happening?
23　　A.　No, it never has.
24　　Q.　Now, in the split second that you

Page 40

1　estimate transpired between the time he pulled on
2　the air hose with his left hand and the time you
3　heard it discharge, you say he reached with his
4　right hand?
5　　A.　As the gun fell off the plank, he caught
6　it pretty much with his right hand as it was
7　falling towards him.
8　　Q.　And as he grabbed it with his right hand
9　as it was falling, he pulled it into his body?
10　　A.　Yes.
11　　Q.　Where was his right hand positioned on
12　the tool?
13　　A.　It appeared that he grabbed it by the
14　handle.
15　　Q.　Here (indicating)?
16　　A.　By the rubber handle.  The gun was facing
17　towards him.  It looked like he grabbed it
18　backwards with the gun facing backwards.
19　　Q.　Like this (indicating)?
20　　A.　With his thumb, actually, with his thumb
21　on the trigger.
22　　Q.　Like this (indicating)?
23　　A.　Yes.
24　　Q.　So the back of his hand was behind the

Page 41

1　tool --
2　　A.　Yes, it was.
3　　Q.　-- as it is upside down?
4　　A.　Yes.
5　　Q.　And his right thumb hit the trigger?
6　　A.　Yes.
7　　Q.　Could you tell whether or not his thumb
8　hit the trigger before it hit his chest?
9　　A.　No, I couldn't.  He was facing away from
10　me.  All I saw him do was grab it in that manner
11　with his right hand.
12　　Q.　It could have been when he grabbed it
13　with his right hand, his fingers on the outside of
14　the tool, his thumb hit the trigger?
15　　A.　Yes.
16　　Q.　His thumb hit the trigger either before
17　the tip hit his chest or after the tip hit his
18　chest.  You couldn't tell that.
19　　A.　I couldn't tell that.  He was facing way
20　from me.  His back was facing me.
21　　Q.　Was there anything impeding your view of
22　Mr. Beijar's hand as you described his hand on the
23　handle and his right thumb on the trigger?
24　　A.　No, I saw his right hand grab the gun,

WITNESS> - DATETEXT>

Page 46

1    Q.  Do you know if your wife typed this
2  statement?
3    A.  I can't say for sure.  I know I went over
4  it with her.  She took it down.  I don't know if
5  she typed it or somebody at Care Free Homes typed
6  it.
7    Q.  Do you recall what work Ryan Cordeiro was
8  performing on the morning of February 1st?
9    A.  He was a laborer too.
10    Q.  Do you recall what his assignment was
11  that morning?
12    A.  I can't remember.  I'm not sure.  I had
13  him doing something but I can't remember.
14    Q.  At the time of the accident was the air
15  hose, did it run behind the plank towards the house
16  or was it running away from the house?
17    A.  It was in front of the plank away from
18  the house.
19    Q.  Could you see the trigger at the time the
20  accident occurred?
21    A.  I could see the trigger.  It was about 20
22  feet away.
23    Q.  Can you just show me how the tool was
24  positioned towards Jonathan Beijar at the time of

Page 47

1  the accident.
2    A.  As it was falling?
3    Q.  When he caught the tool.
4    A.  It was facing like this (indicating).  It
5  was falling.  The air line was attached to this.
6  That's what he pulled on.  It fell that way first.
7    Q.  If you can hand the tool to me.  If I'm
8  in -- was Jonathan Beijar -- he was facing away
9  from you at the time of the accident?
10    A.  He was facing towards the house.  I was
11  behind him.
12    Q.  And you were facing his back?
13    A.  Yes.
14    Q.  And you were able to see the trigger from
15  where you were positioned?
16    A.  Well, I could see the whole gun clearly.
17  I could see the trigger.
18    Q.  What were you doing at the time of the
19  accident?
20    A.  I was cutting more rafters.
21    Q.  And were you in the process of cutting
22  rafters when the accident occurred?
23    A.  No, I wasn't.
24    Q.  What were you doing when the accident

Page 48

1  occurred?
2    A.  When I told Jon Beijar to fix the gun
3  before it falls off the plank, I was standing there
4  watching him.
5    Q.  Had you resumed any work activity from
6  the time that you told him?
7    A.  No.
8    Q.  So from the time you gave him your
9  instructions until the nail gun failed, you hadn't
10  resumed any work?
11    A.  No, because the whole thing probably took
12  only five seconds.  He was only a few feet away.
13    Q.  Had Care Free Homes done anything to
14  modify the nailer from the time it was purchased
15  until the time of the accident?
16    A.  No, we did not.
17    Q.  Do you have a specific recollection of
18  seeing any ladders in the area where the accident
19  occurred on February 1st?
20    A.  I'm pretty sure there was a 6-foot
21  stepladder nearby.
22    Q.  Do you recall seeing that stepladder
23  nearby?
24    A.  Yes.

Page 49

1    Q.  If you can show me on Exhibit 3, if you
2  could just mark where the ladder is with an L.
3    A.  (Witness complies.)
4    Q.  So you have drawn a ladder.  You've
5  written ladder right next to that?
6    A.  Yes.  I hope I spelled it right.
7      MS. DAVIS:  I don't have any further
8  questions.
9      EXAMINATION
10  BY MR. DUGGAN:
11    Q.  I want to ask one other thing to make
12  something clear that I think I was not clear about.
13      As the tool fell after Mr. Beijar
14  pulled on the air hose, it was in a position -- it
15  was in an upright position just before it hit him?
16    A.  Yes.
17    Q.  Such that the tip of the tool was facing
18  directly at him, correct?
19    A.  Yes.
20    Q.  And the head of the tool was on top?
21    A.  Yes.
22    Q.  The magazine was facing the ground, the
23  bottom of the magazine was facing the ground?
24    A.  Correct.

WITNESS> - DATETEXT>

Page 50

1    Q.   That's it.
2         EXAMINATION
3    BY MS. DAVIS:
4    Q.   I just have one more question.  Was
5    Jonathan Beijar's body in between you and the
6    nailer at the time the accident occurred?
7    A.   Yes, it was.
8    Q.   That's it.
9         (11:19 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 52

1         I N D E X
2         ------------
3    WAYNE R. PINARD
4    EXAMINATION BY
5    MR. DUGGAN          3
6    MS. DAVIS          45
7    MR. DUGGAN          49
8    MS. DAVIS          50
9
10
11
12         EXHIBITS MARKED
13   1              3
14   2             21
15   3             33
16   4             34
17   5             35
18
19   Marked exhibits retained by Christopher Duggan.
20
21
22
23
24

Page 51

1         CERTIFICATE OF COURT REPORTER
2         I, David A. Arsenault, Registered
3    Professional Reporter, do certify that the
4    deposition of WAYNE PINARD, in the matter of Beijar
5    v. Stanley Fastening Systems, took place at 10:10
6    a.m. on Monday, May 17, 2004; that the testimony of
7    said witness was taken by me in machine shorthand
8    and thereafter reduced to writing by means of
9    computer-aided transcription; that said
10   transcription is a true record of the testimony
11   given by said witness; that the witness was sworn
12   by me, a Notary Public in and for the Commonwealth
13   of Massachusetts, with my commission expiring on
14   May, 12, 2006; that I am neither counsel for,
15   related to, nor employed by any of the parties to
16   the action in which this deposition was taken, and
17   further that I am not a relative or employee of any
18   attorney or counsel employed by the parties
19   thereto, nor financially or otherwise interested in
20   the outcome of the action.
21
22         _____
23         David A. Arsenault
24

Page 53

1         WAYNE PINARD
2         ERRATA/SIGNATURE PAGE
3    PAGE  LINE  CHANGE OR CORRECTION AND REASON
4    ____|___|_____
5    ____|___|_____
6    ____|___|_____
7    ____|___|_____
8    ____|___|_____
9    ____|___|_____
10   ____|___|_____
11   ____|___|_____
12   ____|___|_____
13   ____|___|_____
14   I have read the foregoing transcript of my
15   deposition taken on May 17, 2004.  Except for any
16   corrections or changes noted above, I hereby
17   subscribe to the transcript as an accurate record
18   of the statements made by me.
19   Signed under the pains and penalties of perjury.
20   Deponent:_____/___/2004
21         WAYNE PINARD
22   Notary Public:_____/___/2004
23   in and for:
24   My commission expires:_____

# EXHIBIT 2

Thursday February 1, 2001

David Santos


At around 12:30 pm, we were cutting rafters and leaning them onto the wall where there was a nail gun lying on the staging plank.  When Jon laid his rafter onto the wall, he started to knock the gun off and Wayne the foreman asked him to move the gun back on the plank so it didn't fall.  He then pulled on the hose and when he did, the gun fell landing into his hand while pulling the gun towards his chest while depressing the trigger and the gun fired a 3½ inch spike into his chest.

I then took Jon to the fire station where paramedics immediately transported him to Cape Cod Hospital and later to Boston Med. by helicopter.


David Santos

# EXHIBIT 3

Ryan Cordeiro

We were standing up rafters and laying them up against the wall Wayne asking him to move the the gun off of of the plank John then pulled the air hose from the gun who he did that the gun fell off the plank he then caught the gun by the handle as he did that the gun went off as it hit his chest At first we were not sure if the nail went in him off if it just missed when we looked and saw the hole in his chest we were sure that the nail had gone in him he then was taking to the hospital,

# EXHIBIT 4

016 STAN 0000001

# BOSTITCH®

## N79WW/N80SB

**PNEUMATIC STICK NAILERS**
**CLAVADORA NEUMÁTICA ALIMENTADA POR BARRA**
**CLOUEUR PNEUMATIQUE À CARTOUCHE**

### OPERATION and MAINTENANCE MANUAL
### MANUAL DE OPERACIÓN Y DE MANTENIMIENTO
### MANUEL D'INSTRUCTIONS ET D'ENTRETIEN

⚠ **WARNING:**

BEFORE OPERATING THIS TOOL, ALL OPERATORS SHOULD STUDY THIS MANUAL TO UNDER-
STAND AND FOLLOW THE SAFETY WARNINGS AND INSTRUCTIONS. KEEP THESE INSTRUC-
TIONS WITH THE TOOL FOR FUTURE REFERENCE. IF YOU HAVE ANY QUESTIONS, CONTACT
YOUR BOSTITCH REPRESENTATIVE OR DISTRIBUTOR.

⚠ **ADVERTENCIA:**

ANTES DE OPERAR ESTA HERRAMIENTA, TODOS LOS OPERADORES DEBERÁN ESTUDIAR
ESTE MANUAL PARA PODER COMPRENDER Y SEGUIR LAS ADVERTENCIAS SOBRE SEGURI-
DAD Y LAS INSTRUCCIONES. MANTENGA ESTAS INSTRUCCIONES CON LA HERRAMIENTA
PARA FUTURA REFERENCIA, SI TIENE ALGUNA DUDA, COMUNÍQUESE CON SU REPRESEN-
TANTE DE BOSTITCH O CON SU DISTRIBUIDOR.

⚠ **ATTENTION:**

LIRE ATTENTIVEMENT LE PRÉSENT MANUEL AVANT D'UTILISER L'APPAREIL, PRÊTER UNE
ATTENTION TOUTE PARTICULIÈRE AUX CONSIGNES DE SÉCURITÉ ET AUX AVERTISSE-
MENTS. GARDER CE MANUEL AVEC L'OUTIL POUR RÉFÉRENCE. SI VOUS AVEZ DES
QUESTIONS, CONTACTEZ VOTRE REPRÉSENTANT OU VOTRE CONCESSIONNAIRE
BOSTITCH.




10358SREV.G 2/00

## BOSTITCH®
Stanley Fastening Systems

# INTRODUCTION

The Bostich N79WW/N80SB is a precision-built tool, designed for high speed, high volume nailing. These tools will deliver efficient, dependable service when used correctly and with care. As with any fine power tool, for best performance the manufacturer's instructions must be followed. Please study this manual before operating the tool and understand the safety warnings and cautions. The instructions on installation, operation and maintenance should be read carefully, and the manual kept for reference. NOTE: Additional safety measures may be required because of your particular application of the tool. Contact your Bostitch representative or distributor with any questions concerning the tool and its use.

Bostitch, Inc., East Greenwich, Rhode Island 02818.

# INDEX

Safety Instructions ........................................3
Tool Specifications ........................................4
Air Supply, Fittings, Hoses, Filters, Air Consumption, Regulators, ........5
Operating Pressure, Setting Correct Pressure ........................5
Lubrication ........................................5
Loading the Tool ........................................6
Tool Operation ........................................7,8 & 9
Basic Tool Operation (Trigger) ........................................8
Maintaining the Pneumatic Tool ........................................9
Trouble Shooting ........................................10
Driver Maintenance/Directional Exhaust, ........................11
Accessories ........................................11

## NOTE:

Bostitch tools have been engineered to provide excellent customer satisfaction and are designed to achieve maximum performance when used with precision Bostitch fasteners engineered to the same exacting standards. Bostitch cannot assume responsibility for product performance if our tools are used with fasteners or accessories not meeting the specific requirements established for genuine Bostitch nails, staples and accessories.

# LIMITED WARRANTY

Bostitch, Inc., warrants to the original retail purchaser that this product is free from defects in material and workmanship, and agrees to repair or replace, at Bostitch's option, any defective product within 1 year from the date of purchase. This warranty is not transferable. It only covers damage resulting from defects in material or workmanship, and it does not cover conditions or malfunctions resulting from normal wear, neglect, abuse, accident or repairs attempted or made by other than our regional repair center or authorized warranty service center. Driver blades, bumpers and o-rings are considered normally wearing parts.

THIS WARRANTY IS IN LIEU OF ALL OTHER EXPRESS WARRANTIES. ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IS LIMITED TO THE DURATION OF THIS WARRANTY. BOSTITCH SHALL NOT BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES.

This warranty is limited to sales in the United States and Canada. Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

To obtain warranty service, return the product at your expense together with proof of purchase to a Bostitch Regional or authorized warranty repair center. You may call us at 1-800-556-6696 for the location of authorized warranty service centers in your area.

016 STAN 0000002

# SAFETY INSTRUCTIONS

**EYE PROTECTION** which conforms to ANSI specifications and provides protection against flying particles both from the FRONT and SIDE should ALWAYS be worn by the operator and others in the work area when loading, operating or servicing this tool. Eye protection is required to guard against flying fasteners and debris, which could cause severe eye injury.

The employer and/or user must ensure that proper eye protection is worn. Eye protection equipment must conform to the requirements of the American National Standards Institute, ANSI Z87.1-1989 and provide both frontal and side protection. NOTE: Non-side shielded spectacles and face shields alone do not provide adequate protection.

**CAUTION: ADDITIONAL SAFETY PROTECTION** will be required in some environments. For example, the working area may include exposure to noise level which can lead to hearing damage. The employer and user must ensure that any necessary hearing protection is provided and used by the operator and others in the work area. Some environments will require the use of head protection equipment. When required, the employer and user must ensure that head protection conforming to ANSI Z89.1 1986 is used.




# AIR SUPPLY AND CONNECTIONS

[WARNING] Do not use oxygen, combustible gases, or bottled gases as a power source for this tool as tool may explode, possibly causing injury.

[WARNING] Do not use supply sources which can potentially exceed 200 P.S.I.G. as tool may burst, possibly causing injury.

[WARNING] The connector on the tool must not hold pressure when air supply is disconnected. If a wrong fitting is used, the tool can remain charged with air after disconnecting and thus will be able to drive a fastener even after the air line is disconnected possibly causing injury.

[WARNING] Do not pull trigger or depress contact arm while connected to the air supply as the tool may cycle, possibly causing injury.

[WARNING] Always disconnect air supply: 1.) Before making adjustments; 2.) When servicing the tool; 3.) When clearing a jam; 4.) When tool is not in use; 5.) When moving to a different work area, as accidental actuation may occur, possibly causing injury.

# LOADING TOOL

[WARNING] When loading tool: 1.) Never place a hand or any part of body in fastener discharge area of tool; 2.) Never point tool at anyone; 3.) Keep others a safe distance from the tool while tool is in operation as accidental actuation may occur, possibly causing injury.

# OPERATION

[WARNING] Always handle the tool with care: 1.) Never engage in horseplay; 2.) Never pull the trigger unless nose is directed toward the work; 3.) Keep others a safe distance from the tool while tool is in operation as accidental actuation may occur, possibly causing injury.

[WARNING] The operator must not hold the trigger pulled on contact arm tools except during fastening operation as serious injury could result if the trigger accidentally contacted someone or something, causing the tool to cycle.

[WARNING] Keep hands and body away from the discharge area of the tool. A contact arm tool may bounce from the recoil of driving a fastener and an unwanted second fastener may be driven possibly causing injury.

[WARNING] Check operation of the contact arm mechanism frequently. Do not use the tool if the arm is not working correctly as accidental driving of a fastener may result. Do not interfere with the proper operation of the contact arm mechanism.

[WARNING] Do not drive fasteners on top of other fasteners or with the tool at an overly steep angle as this may cause deflection of fasteners which could cause injury.

[WARNING] Do not drive fasteners close to the edge of the work piece as the wood may split, allowing the fastener to be deflected possibly causing injury.

# MAINTAINING THE TOOL

[WARNING] When working on air tools note the warnings in this manual and use extra care when evaluating problem tools.

# N79WW/N80SB TOOL SPECIFICATIONS

## FASTENER SPECIFICATIONS:
This tool uses a wide range of nail sizes in lengths of 2" to 3-1/2" (50 - 90mm) and shank diameters of .113" to .131" (2.8 - 3.3mm).

## TOOL AIR FITTING:
This tool uses a 1/4" N.P.T. male plug. The inside diameter should be .275" (7mm) or larger. The fitting must be capable of discharging tool air pressure when disconnected from the air supply.

## OPERATING PRESSURE:
70 to 100 p.s.i.g. (4.9 to 7.0 kg/cm²). Select the operating pressure within this range for best fastener performance. DO NOT EXCEED THIS RECOMMENDED OPERATING PRESSURE.

## AIR CONSUMPTION:
The N79WW/N80SB requires 7.8 cubic feet per minute (221 liters per minute) of free air to operate at the rate of 100 nails per minute, at 80 p.s.i. (5.6 kg/cm²). Take the actual rate at which the tool will be run to determine the amount of air required. This will allow rapid fastener placement on many jobs, such as sheathing, decking and pallet assembly.

| MODEL | TOOL ACTUATION | LENGTH | HEIGHT | WIDTH | WEIGHT |
|---|---|---|---|---|---|
| N79WW/N80SB-1 | Contact Trip | 16-3/8" (466mm) | 14" (355mm) | 5-7/16" (138mm) | 6lb.2oz. (4.0kg) |
| N79WW/N80SB-2 | Sequential Trip | 16-3/8" (466mm) | 14" (355mm) | 5-7/16" (138mm) | 6lb.2oz. (4.0kg) |

All screws and nuts are metric.

# OPERATION

BOSTITCH OFFERS TWO TYPES OF OPERATION FOR THIS SERIES TOOL

## CONTACT TRIP
The common operating procedure on "Contact Trip" tools is for the operator to contact the work to actuate the trip mechanism, while keeping the trigger pulled, thus driving a fastener each time the work is contacted. This will allow rapid fastener placement on many jobs, such as sheathing, decking and pallet assembly.

All pneumatic tools are subject to recoil when driving fasteners. The tool may bounce, releasing the trip, and if unintentionally allowed to recontact the work surface with the trigger still actuated (finger still holding trigger pulled,) an unwanted second fastener will be driven.

## SEQUENTIAL TRIP
The Sequential Trip requires the operator to hold the tool against the work before pulling the trigger. This makes accurate fastener placement easier, for instance on framing, toe nailing and crating applications.

The Sequential Trip allows exact fastener location without the possibility of driving a second fastener on recoil, as described under "Contact Trip".

The Sequential Trip has a positive safety advantage because it will not accidentally drive a fastener if the tool is contacted against the work – or anything else – while the operator is holding the trigger pulled.

## MODEL IDENTIFICATION:
Refer to Operation instructions on page 4 before proceeding to use this tool.



CONTACT TRIP
Identified by:
BLACK TRIGGER



SEQUENTIAL TRIP
Identified by:
GRAY TRIGGER

# AIR SUPPLY AND CONNECTIONS

**⚠ WARNING**
Do not use oxygen, combustible gases, or bottled gases as a power source for this tool as tool may explode, possibly causing injury.

## FITTINGS:
Install a male plug on the tool which is free flowing and which will release air pressure from the tool when disconnected from the supply source.

## HOSES:
Air hoses should have a minimum of 150 p.s.i. (10.6 kg/cm²) working pressure rating or 150 percent of the maximum pressure that could be produced in the air system. The supply hose should contain a fitting that will provide "quick disconnect" from the male plug on the tool.

## SUPPLY SOURCE:
Use only clean regulated compressed air as a power source for this tool. NEVER USE OXYGEN, COMBUSTIBLE GASES, OR BOTTLED GASES, AS A POWER SOURCE FOR THIS TOOL AS TOOL MAY EXPLODE.

## REGULATOR:
A pressure regulator with an operating pressure of 0 - 125 p.s.i. (0 - 8.79 KG/CM²) is required to control the operating pressure for safe operation of this tool. Do not connect this tool to air pressure which can potentially exceed 200 p.s.i. (14 KG/CM²)as tool may fracture or burst, possibly causing injury.

## OPERATING PRESSURE:
Do not exceed recommended maximum operating pressure as tool wear will be greatly increased. The air supply must be capable of maintaining the operating pressure at the tool. Pressure drops in the air supply can reduce the tool's driving power. Refer to "TOOL SPECIFICATIONS" for setting the correct operating pressure for the tool.

## FILTER:
Dirt and water in the air supply are major causes of wear in pneumatic tools. A filter will help to get the best performance and minimum wear from the tool. The filter must have adequate flow capacity for the specific installation. The filter has to be kept clean to be effective in providing clean compressed air to the tool. Consult the manufacturer's instructions on proper maintenance of your filter. A dirty and clogged filter will cause a pressure drop which will reduce the tool's performance.

# LUBRICATION

Frequent, but not excessive, lubrication is required for best performance. Oil added through the air line connection will lubricate the internal parts. Use BOSTITCH Air Tool Lubricant, #10, or equivalent. Do not use detergent oil or additives as these lubricants will cause accelerated wear to the seals and bumpers in the tool, resulting in poor tool performance and frequent tool maintenance.

If no airline lubricator is used, add oil during use into the air fitting on the tool once or twice a day. Only a few drops of oil at a time is necessary. Too much oil will only collect inside the tool and will be noticeable in the exhaust cycle.

## COLD WEATHER OPERATION:
For cold weather operation, near and below freezing, the moisture in the air line may freeze and prevent tool operation. We recommend the use of BOSTITCH WINTER FORMULA air tool lubricant or permanent antifreeze (ethylene glycol) as a cold weather lubricant.

CAUTION: Do not store tools in a cold weather environment to prevent frost or ice formation on the tools operating valves and mechanisms that could cause tool failure.

NOTE: Some commercial air line drying liquids are harmful to "O"-rings and seals – do not use these low temperature air dryers without checking compatibility.

016 STAN 0000003

# TOOL OPERATION



## LOADING THE N79WW/N80SB



**⚠WARNING!**

EYE PROTECTION which conforms to ANSI specifications and provides protection against flying particles both from the FRONT and SIDE should ALWAYS be worn by the operator and others in the work area when loading, operating or servicing this tool. Eye protection is required to guard against flying fasteners and debris, which could cause severe eye injury.

The employer and/or user must ensure that proper eye protection is worn. Eye protection equipment must conform to the requirements of the American National Standards Institute, ANSI Z87.1-1989 and provide both frontal and side protection. NOTE: Non-side shielded spectacles and face shields alone do not provide adequate protection.

**TO PREVENT ACCIDENTAL INJURIES:**

• Never place a hand or any other part of the body in nail discharge area of tool while the air supply is connected.
• Never point the tool at anyone else.
• Never engage in horseplay.
• Never pull the trigger unless nose is directed at the work.
• Always handle the tool with care.
• Do not pull the trigger or depress the trip mechanism while loading the tool.

1. **Open the magazine:**
   Pull pusher back to engage latch.

2. **Load Nails:**
   Hold nails down with magazine tilted downward. Insert sticks of nails.

3. **Close Magazine:**
   Release latch by pulling knob up and pusher together slightly to disengage, slide pusher against nails.

NOTE: Use only nails recommended for use in Bostitch N79WW/N80SB series tools or nails which meet the Bostitch specifications.

---

## FASTENER DEPTH CONTROL ADJUSTMENT

**⚠WARNING!**

The Fastener Depth Control Adjustment feature provides control of the nail drive depth from flush with or just above the work surface to shallow or deep countersink.

**TO ADJUST THE FASTENER DEPTH CONTROL:**

DISCONNECT TOOL FROM AIR SUPPLY BEFORE ATTEMPTING ANY PARTS DISASSEMBLY AND BEFORE CHANGING THE WORK CONTACTING ELEMENT ADJUSTMENT.

1. With air pressure set, drive a few fasteners into a representative piece of work to determine if adjustment is necessary.

2. If adjustment is required, disconnect air supply.

3. If adjustment to the drive depth is required, measure the difference in depth between the nail as driven in the sample material and the desired drive. The depth control should be changed by the same amount. To reduce the drive depth, the work contacting element should be lengthened. To obtain a deeper drive, the work contacting element should be shortened.

4. Note the level at which the depth control adjustment is required to achieve the length change determined in (2) above. One complete revolution of the depth control element is equally spaced .09" (2mm). Zero would have the deepest drive and the nail head above the work. The bolt is shipped from the factory on this setting.

5. To make the adjustment, use a 10mm wrench or nut driver to loosen the (2) elastic stop nuts on the depth control approximately 2 full revolutions. It is not necessary to remove these nuts. Move the lower portion of the depth control to the desired height and jam them both nuts (2) to hold it in place. Do not overtighten. Check that the work contacting element operates freely.

6. Reconnect air supply and drive a few fasteners in a sample of material to check depth of fastener operation. If further adjustment is necessary, disconnect air supply and repeat above.

---

## OPERATION

**⚠WARNING!**

EYE PROTECTION which conforms to ANSI specifications and provides protection against flying particles both from the FRONT and SIDE should ALWAYS be worn by the operator and others in the work area when loading, operating or servicing this tool. Eye protection is required to guard against flying fasteners and debris, which could cause severe eye injury.

The employer and/or user must ensure that proper eye protection is worn. Eye protection equipment must conform to the requirements of the American National Standards Institute, ANSI Z87.1-1989 and provide both frontal and side protection. NOTE: Non-side shielded spectacles and face shields alone do not provide adequate protection.

**BEFORE HANDLING OR OPERATING THIS TOOL:**

I. READ AND UNDERSTAND THE WARNINGS CONTAINED IN THIS MANUAL.

II. REFER TO "TOOL SPECIFICATIONS" IN THIS MANUAL TO IDENTIFY THE OPERATING SYSTEM ON YOUR TOOL.

There are three available systems on BOSTITCH pneumatic tools. They are:
1. TRIGGER OPERATION 2. CONTACT TRIP OPERATION 3. SEQUENTIAL TRIP OPERATION

### 1. TRIGGER OPERATION

A TRIGGER OPERATED tool requires a single action to drive a fastener. Each time the trigger is pulled the tool will drive a fastener. The trigger operated model is intended for use only when a contact trip or sequential trip cannot be used due to the requirements of the application.

### 2. CONTACT TRIP OPERATION

The CONTACT TRIP MODEL tool contains a contact trip that operates in conjunction with the trigger to drive a fastener. There are two methods of operation to drive fasteners with a contact trip tool.

A. SINGLE FASTENER PLACEMENT: To operate the tool in this manner, first position the contact trip on the work surface, WITHOUT PULLING THE TRIGGER. Depress the contact trip until the nose touches the work surface and then pull the trigger to drive a fastener. Do not press the tool against the work with force. Instead, allow the tool to recoil off the work surface to avoid a second unwanted fastener. Remove your finger from the trigger after each operation.

B. RAPID FASTENER OPERATION: To operate the tool in this manner, hold the tool with the trigger pulled towards but not touching the work surface. Pull the trigger and then push the contact trip against the work surface using a bouncing motion. Each depression of the contact trip will cause a fastener to be driven.

**⚠WARNING!**

The operator must not hold the trigger pulled on contact trip tools except during fastening operation, as serious injury could result if the trip accidentally contacted someone or something, causing the tool to cycle.

Keep hands and body away from the discharge area of the tool. A contact trip tool may bounce from the recoil of driving a fastener and an unwanted second fastener may be driven, possibly causing injury.

### 3. SEQUENTIAL TRIP OPERATION:

The SEQUENTIAL TRIP MODEL contains a contact trip that operates in conjunction with the trigger to drive a fastener. To operate a sequential trip tool, first position the contact trip on the work surface WITHOUT PULLING THE TRIGGER. Depress the contact trip and then pull the trigger to drive a fastener. As long as the contact trip is depressed, the tool will drive a fastener each time the trigger is depressed. If the contact trip is allowed to leave the work surface, the sequence described above must be repeated to drive another fastener.

---

-7-

016  STAN  0000004

# TOOL OPERATION CHECK:

CAUTION: Remove all fasteners from tool before performing tool operation check.

## 1. TRIGGER OPERATED TOOL:

A. With finger off the trigger, hold the tool with a firm grip on the handle.

B. Place the nose of the tool against the work surface.

C. Pull the trigger to drive. Release the trigger and cycle is complete.

CAUTION: THE TOOL WILL CYCLE EACH TIME THE TRIGGER IS PULLED!

## 2. CONTACT TRIP OPERATION:

A. With finger off the trigger, press the contact trip against the work surface.
THE TOOL MUST NOT CYCLE.

B. Hold the tool off the work surface, and pull the trigger.
THE TOOL MUST NOT CYCLE.

C. With the tool off the work surface, pull the trigger.
Press the contact trip against the work surface.
THE TOOL MUST CYCLE.

D. Without touching the trigger, press the contact trip against the work surface,
then pull the trigger.
THE TOOL MUST CYCLE.

## 3. SEQUENTIAL TRIP OPERATION:

A. Press the contact trip against the work surface, without touching the trigger.
THE TOOL MUST NOT CYCLE.

B. Hold the tool off the work surface and pull the trigger.
THE TOOL MUST NOT CYCLE.
Release the trigger. The trigger must return to the trigger stop on the frame.

C. Pull the trigger and press the contact trip against the work surface.
THE TOOL MUST CYCLE.

D. With finger off the trigger, press the contact trip against the work surface. Pull the trigger.
THE TOOL MUST CYCLE.

IN ADDITION TO THE OTHER WARNINGS CONTAINED IN THIS MANUAL OBSERVE THE FOLLOWING FOR SAFE OPERATION

• Use the BOSTITCH pneumatic tool only for the purpose for which it was designed.

• Never use this tool in a manner that could cause a fastener to be directed toward the user or others in the work area.

• Do not use the tool as a hammer.

• Always carry the tool by the handle. Never carry the tool by the air hose.

• Do not alter or modify this tool from the original design or function without approval from BOSTITCH, INC.

• Always be aware that misuse and improper handling of this tool can cause injury to yourself and others.

• Never clamp or tape the trigger or contact trip in an actuated position.

• Never leave a tool unattended with the air hose attached.

• Do not operate this tool if it does not contain a legible WARNING LABEL.

• Do not continue to use a tool that leaks air or does not function properly. Notify your nearest Bostitch representative if your tool continues to experience functional problems.

-8-

# BASIC TOOL OPERATION

Bostitch pneumatic tools are cycled by a compressed air operated single piston design. The following illustrations show the four functional cycles that occur when the tool is operated to drive a fastener:



# MAINTAINING THE PNEUMATIC TOOL.

⚠️ **WARNING!** When working on air tools, note the warnings in this manual and use extra care evaluating problem tools.

CAUTION: Pusher spring (constant force spring). Caution must be used when working with the spring assembly. The spring is wrapped around, but not attached to, a roller. If the spring is extended beyond its length, the end will come off the roller and the spring will roll up with a snap, with a chance of pinching your hand. Also the edges of the spring are very thin and could cut. Care must also be taken to insure no permanent kinks are put in the spring as this will reduce the springs force.

## REPLACEMENT PARTS:

BOSTITCH replacement parts are recommended. Do not use modified parts or parts which will not give equivalent performance to the original equipment.

## ASSEMBLY PROCEDURE FOR SEALS:

When repairing a tool, make sure the internal parts are clean and lubricated. Use Parker "O"-LUBE; or equivalent on all "O"-rings. Coat each "O"-ring with "O"-LUBE before assembling. Use a small amount of oil on all moving surfaces and pivots. After reassembly add a few drops of BOSTITCH Air Tool Lubricant through the air line fitting before testing.

## AIR SUPPLY-PRESSURE AND VOLUME:

Air volume is as important as air pressure. The air volume supplied to the tool may be inadequate because of undersize fittings and hoses, or from the effects of dirt and water in the system. Restricted air flow will prevent the tool from receiving an adequate volume of air, even though the pressure reading is high. The results will be slow operation, misfeeds or reduced driving power. Before evaluating tool problems for these symptoms, trace the air supply from the tool to the supply source for restrictive connections, swivel fittings, low points containing water and anything else that would prevent full volume flow of air to the tool.

-9-

016 STAN 0000005

# TROUBLE SHOOTING

| PROBLEM | CAUSE | CORRECTION |
|---|---|---|
| Frame/cap leaks air. | O-ring cut or cracked | Replace O-ring |
| Trigger valve stem leaks air. | O-ring/bolts cut or cracked | Replace trigger valve assembly |
| Frame/nose leaks air. | Loose nose screws | Tighten and recheck |
| | O-ring or gasket is cut or cracked | Replace O-ring or gasket |
| | Bumper cracked/worn | Replace bumper |
| Failure to cycle. | Damaged gasket or seal | Replace gasket or seal |
| | Crosshead/worn | Replace |
| | Air supply restriction | Check air supply equipment |
| | Loose cap screws | Tighten and recheck |
| | Trigger valve stuck | Replace trigger valve |
| | Worn head valve O-rings | Replace O-rings |
| | Broken cylinder cap spring | Replace cap spring |
| Lack of power; slow to cycle. | Broken cylinder cap spring | Replace cap spring |
| | O-ring/seals cut or cracked | Replace O-rings |
| | Exhaust blocked | Check bumper, head valve spring, muffler |
| | Trigger assembly worn/leaks | Replace trigger assembly |
| | Dirt/tar build up on driver | Disassemble nose/driver to clean |
| | Cylinder sleeve not seated correctly on bottom bumper | Disassemble to correct |
| | Head valve dry | Use BOSTITCH Air Tool Lubricant |
| | Air pressure too low | Check air supply equipment |
| | Worn bumper | Replace bumper |
| Skipping fasteners; intermittent feed | Worn bumper | Replace bumper |
| | Tar/dirt in driver channel | Disassemble and clean nose and driver |
| | Air restriction/inadequate air flow through quick disconnect socket and plug | Replace quick disconnect fittings |
| | Worn piston O-ring | Replace O-ring, check lube |
| | Dry, tool lacks lubrication | Use BOSTITCH Air Tool Lubricant |
| | Damaged pusher spring | Replace spring |
| | Low air pressure | Check air supply system to tool |
| | Fasteners too short for tool | Use only recommended fasteners |
| | Loose magazine nose screws | Tighten all screws |
| | Wrong size fasteners | Use only recommended fasteners |
| | Leaking head cap gasket | Tighten screws/replace gasket |
| | Damaged or worn driver | Replace driver |
| Fasteners jam in tool. | Wrong size fasteners | Use only recommended fasteners |
| | Broken/chipped driver | Replace driver (check piston O-ring) |
| | Loose magazine/nose screws | Tighten all screws |
| | Driver channel worn | Replace nose/check door |

## COIL NAILERS

| PROBLEM | CAUSE | CORRECTION |
|---|---|---|
| Skipping fasteners; intermittent feed | Feed piston dry | Add BOSTITCH Air Tool Lubricant: In hole in feed piston cover |
| | Feed piston O-ring/worn | Replace O-ring/clean bumper and spring |
| | Check Pawl binding | Inspect Pawl and spring on door. |
| | Canister bottom not set correctly | Set canister bottom for length of fasteners being used |
| Fasteners jam in tool/canister | Broken weld/wires in nail coil | Use only recommended fasteners/check canister bottom adjustment) |
| | Wrong size fasteners for tool | Use only recommended fasteners (canister bottom adjustment) |
| | Loose canister nail coil | Adjust switch plate for wire/plastic collated nail coil |

## N79WW/N80SB DRIVER MAINTENANCE INSTRUCTIONS

Worn driver causing poor quality or loss of power:

- Wear on the driving tip will affect the nail drive, giving symptoms of bent and incompletely driven nails, and damaged nail heads.
- The driver length may be adjusted to allow the driving tip to be recessed to compensate for wear. Heat and precise measurement are required. Contact a qualified service technician for this adjustment.
- The length setting for a new driver is shown below. Measurement is from the bottom face of the main piston.
- Note that the measurement from the top of the piston gives the maximum amount the driver may be adjusted to allow redressing. Always extend the driver the minimum required to allow redressing so that possible future redressings will be possible before this maximum depth is reached.



3/8" (9.5mm) maximum limit of driver recessed into piston. Do not exceed this limit.

6.308" - 6.328"
(160.2 - 160.7mm)

## DIRECTIONAL EXHAUST DEFLECTOR



Loosen screw as shown. Adjust to desired exhaust direction and tighten screw.

## ACCESSORIES AVAILABLE

| | |
|---|---|
| BC601 | 4 oz. Bostitch Air Tool Lubricant |
| BC602 | 1 pint Bostitch Air Tool Lubricant |
| BC603 | 1 pint Bostitch Winter Formula Air Tool Lubricant |
| BC604 | 1 quart Bostitch Air Tool Lubricant |
| SEQ1 | Sequential Trip Conversion Kit |
| 851385 | Loctite Grade 271 (.02 oz.) |
| 854006 | Loctite Grade 242 (.02 oz.) |
| O5K11 | O-Ring Kit |
| BK3 | Hex Wrench 6mm |
| BK2 | Hex Wrench 5mm |
| N80364A | Bumper Kit |
| 105736 | Remote Control Kit |
| 105735 | Smooth Contact Arm Assembly, Softool C.T. Trip |

016 STAN 0000006

## INTRODUCCIÓN

La N79/W/N6S6 de Bostitch es una herramienta fabricada con precisión diseñada para trabajos de clavar de alta velocidad y de gran volumen. Esta herramienta brindará un servicio eficiente y seguro, siempre y cuando sean utilizadas apropiadamente y con cuidado.

Como con cualquier herramienta automática de calidad, el mejor rendimiento se obtiene siguiendo las indicaciones del fabricante. Favor, estudie este manual antes de operar esta herramienta y asegúrese de entender las advertencias y precauciones de seguridad. Las instrucciones sobre instalación, operación y mantenimiento se deben leer cuidadosamente y el manual deberá conservarse como referencia. NOTA: Se pueden requerir medidas adicionales de seguridad en relación con la operación particular que usted dará a la herramienta. Póngase en contacto con un representante o distribuidor de Bostitch en relación con cualquier pregunta relativa a esta herramienta y su uso. Bostitch, Inc. East Greenwich, Rhode Island 02818.

## ÍNDICE

Instrucciones de Seguridad ............................................. 13
Suministro de Aire, Conexiones, Filtros, Reguladores .............. 14
Especificaciones de la Herramienta: Consumo de Aire y Presión de Operación .. 15
Lubricación y Operación en Época de Frío ............................ 15
Cómo Cargar la Herramienta ......................................... 16
Cómo Operar la Herramienta ......................................... 17, 18
Diagrama de Operación Básica de la Herramienta ................... 19
Cómo Mantener la Herramienta Neumática ............................ 19
Cómo Ajustar el Escape .............................................. 20
Localización de Fallas .............................................. 21
Mantenimiento del Impulsor/Cómo Ajustar el Escape ................ 21

## NOTA:

Las herramientas de Bostitch han sido fabricadas para proporcionar una excelente satisfacción al cliente y están diseñadas para lograr el máximo rendimiento al ser utilizadas con sujetadores de precisión de Bostitch que han sido fabricados a las mismas normas estrictas. Bostitch no puede asumir responsabilidad por el rendimiento de un producto si se utilizan nuestras herramientas con sujetadores o accesorios que no cumplen con los requisitos específicos establecidos para clavos, grapas y accesorios auténticos de Bostitch.

## GARANTÍA LIMITADA

Bostitch, Inc. garantiza al comprador original que este producto está libre de defectos de materiales y mano de obra, y concuerda en reparar o reemplazar, a opción de Bostitch, cualquier producto defectuoso durante un (1) año a partir de la fecha de compra. Esta garantía no es transferible. Solamente cubre daños resultantes de defectos de materiales o mano de obra y no cubre condiciones o malfuncionamientos resultantes del desgaste normal, negligencia, abuso, accidente o intento o realización de reparaciones por parte de personas fuera de nuestro centro regional de reparaciones o de un centro de servicio bajo garantía autorizado. El conjunto del brazo de palanca (de alimentación) y fijeza de alimentación se consideran piezas de desgaste normal.

ESTA GARANTÍA SE OTORGA EN LUGAR DE TODAS LAS DEMÁS GARANTÍAS EXPLÍCITAS, CUALQUIER GARANTÍA DE COMERCIABILIDAD O IDONEIDAD PARA UN PROPÓSITO ESPECÍFICO ESTA LIMITADA A LA DURACIÓN DE LA PRESENTE GARANTÍA. BOSTITCH NO SERÁ RESPONSABLE DE NINGÚN DAÑO INCIDENTAL O CONSIGUIENTE.

Esta garantía se limita a las ventas en los Estados Unidos y en Canadá. Algunos estados no admiten limitaciones con respecto a la duración de una garantía implícita, ni la exclusión o limitaciones de daños incidentales o consiguientes; por lo tanto, es posible que las limitaciones o exclusiones arriba indicadas no sean aplicables en su caso. Esta garantía le otorga derechos legales específicos, y usted puede tener otros derechos que varían de un estado a otro. Para obtener servicio bajo la garantía, envíe el producto a su costo junto con el comprobante de compra a un centro regional de reparaciones Bostitch o a un centro de reparaciones bajo garantía autorizado. Puede llamarnos al 1-800-6689 para averiguar la localidad de los centros de servicio bajo garantía autorizados de su zona.

## INSTRUCCIONES DE SEGURIDAD



**PROTECCIÓN PARA LOS OJOS** que cumple con las especificaciones de ANSI y que proporcione protección contra partículas voladoras tanto de FRENTE como de LADO deberá SIEMPRE usarla el operador y otros en el área de trabajo al cargar, operar o hacerle servicio a esta herramienta. La protección para los ojos es necesaria para proteger contra sujetadores y desechos que puedan causar daños severos a los ojos. El equipo protector de los ojos debe cumplir con los requisitos del Instituto Nacional Estadounidense de Normas (American National Standards Institute), ANSI Z87.1-1989 y debe proveer protección tanto de frente como de lado. NOTA: Las gafas de seguridad que no estén protegidas de los lados y las máscaras no proveen la debida protección.



**PRECAUCIÓN:** En algunos entornos por la cabeza y el oído.

## SUMINISTRO DE AIRE Y CONEXIONES

**⚠ ADVERTENCIA:** No utilice oxígeno ni gases combustibles o embotellados como fuente de suministro para esta herramienta, ya que la herramienta puede estallar, posiblemente causando lesiones.

**⚠ ADVERTENCIA:** No utilice fuentes de suministro que potencialmente excedan las 14 kg/cm2 (13.8 bars) ya que la herramienta puede estallar, posiblemente causando lesiones.

**⚠ ADVERTENCIA:** El conector de la herramienta no debe tener presión al desconectarse el suministro de aire. Si se utiliza una conexión equivocada, la herramienta puede quedar cargada con aire después de ser desconectada y por lo tanto podrá impulsar un sujetador aun después de que la línea de aire sea desconectada, posiblemente causando lesiones.

**⚠ ADVERTENCIA:** No hale el gatillo ni oprima el brazo de contacto mientras la herramienta está conectada al suministro de aire ya que la herramienta puede activarse, posiblemente causando lesiones.

**⚠ ADVERTENCIA:** Siempre desconecte el suministro de aire: 1.) Antes de efectuar ajustes; 2.) Al hacerle servicio a la herramienta; 3.) Al despejar una obstrucción, o 4.) Cuando la herramienta no esté en uso.

## OPERACIÓN

**⚠ ADVERTENCIA:** Siempre maneje la herramienta con cuidado. 1.) Nunca participe en juegos rudos con la herramienta; 2.) Nunca hale el gatillo a menos que la nariz esté apuntada hacia el trabajo; 3.) Mantenga a los demás a una distancia segura de la herramienta mientras esté en operación ya que se puede activar accidentalmente, causando posible lesiones.

**⚠ ADVERTENCIA:** No mantenga el gatillo halado en las herramientas del brazo de contacto, salvo durante la operación de engrapado, ya que pueden resultar serias lesiones si el disparador accidentalmente se pusiera en contacto con alguien o con algo, causando que se active la herramienta.

**⚠ ADVERTENCIA:** Mantenga las manos y el cuerpo alejados del área de descarga de la herramienta. Una herramienta con brazo de contacto puede rebotar al recular al impulsar un sujetador y un segundo sujetador se podría impulsar accidentalmente, posiblemente causando lesiones.

**⚠ ADVERTENCIA:** Verifique la operación del mecanismo del brazo de contacto frecuentemente. No utilice la herramienta si el brazo no está funcionando correctamente ya que puede impulsar accidentalmente un sujetador. No interfiera con la debida operación del mecanismo del brazo de contacto.

**⚠ ADVERTENCIA:** No meta los sujetadores encima de otros sujetadores o teniendo la herramienta demasiado inclinada ya que esto podría causar que los sujetadores se desvíen, y a su vez causaran lesiones.

**⚠ ADVERTENCIA:** No meta los sujetadores cerca del borde de la pieza de trabajo porque la madera podría separarse, lo que permitiría que el sujetador se desviara y causara lesiones.

## AL CARGAR LA HERRAMIENTA

**⚠ ADVERTENCIA:** Al cargar la herramienta: 1.) Nunca coloque una mano o cualquier otra parte del cuerpo en el área de descarga del sujetador de la herramienta; 2.) Nunca apunte la herramienta hacia otra persona; 3.) No hale el gatillo ni oprima el disparador ya que se puede activar accidentalmente, posiblemente causando lesiones.

## MANTENIMIENTO DE LA HERRAMIENTA

Tome nota de las advertencias en este manual al trabajar con herramientas neumáticas y tenga mayor cuidado al evaluar herramientas problemáticas.

016 STAN 0000007

## ESPECIFICACIONES DE LA HERRAMIENTA N79WW/N80SB

Todas las medidas de tornillos y tuercas son métricas

| MODELO | ACTIVACIÓN DE LA HERRAMIENTA | LARGO | ALTURA | ANCHO | PESO |
|---|---|---|---|---|---|
| N79WW/N80SB-1 | Disparo por Contacto | 18-3/8" (466 mm) | 14" (355 mm) | 5-7/16" (138 mm) | 8 lb, 2 onzas (4,0 kg.) |
| N79WW/N80SB-2 | Disparo Secuencial | 18-3/8" (466 mm) | 14" (355 mm) | 5-7/16" (138 mm) | 8 lb, 2 onzas (4,0 kg.) |

### CONEXIÓN DE AIRE DE LA HERRAMIENTA:

Esta herramienta usa un enchufe macho de 1/4 N.P.T. La conexión debe ser capaz de descargar la presión de aire de la herramienta cuando se desconecta del suministro de aire. La conexión debe tener un diámetro interior de 7mm (0.275") o mayor.

### PRESIÓN DE OPERACIÓN:

4.9 a 7.0 kg/cm2 (4.8 a 6.9 bar). Seleccione la presión de operación dentro de esta rango para el mejor rendimiento. NO EXCEDA ESTA PRESIÓN DE OPERACIÓN RECOMENDADA.

### CONSUMO DE AIRE:

El modelo N79WW/N80SB requiere 7.8 pies cúbicos por minuto de aire libre para operar a razón de 100 clavos por minuto a 5.6 kg/cm2 (5,5 bar). Use la velocidad de aire que la herramienta esté operando realmente para determinar la cantidad de aire requerida. Por ejemplo, si usa un promedio de 50 clavos por minuto, necesitará el 50% de los 7.8 pies cúbicos por minuto requeridos para 100 clavos por minuto.

## OPERACIÓN

BOSTITCH OFRECE DOS TIPOS DE OPERACIÓN EN ESTA SERIE DE HERRAMIENTAS:

### DISPARO POR CONTACTO:

El procedimiento común para las herramientas de "Disparo por Contacto" es que el operador haga contacto con el objeto a ser clavado para activar el mecanismo de disparo, manteniendo halado el gatillo. Esto permite la rápida colocación de suelaciones en muchos trabajos, tales como el embarillado, plancha y el ensamble de paletas.

Todas las herramientas neumáticas están sujetas a retroceso al impulsar suelaciones. La herramienta puede brincar, liberando el mecanismo de disparo, y si se permite que haga contacto nuevamente con la superficie del objeto con el gatillo todavía activado (el dedo todavía sosteniendo el gatillo) un segundo sujetador no deseado se impulsará.

### DISPARO SECUENCIAL:

El Disparo Secuencial requiere que el operador sostenga la herramienta contra el objeto antes de halar el gatillo. El gatillo. Esto permite la precisa y fácil colocación de sujetadores en muchos trabajos, por ejemplo, en aplicaciones de construcción de marcos, con ángulos oblicuos y la construcción de cajones. El Disparo Secuencial permite la colocación exacta de los sujetadores sin la posibilidad de clavar otro sujetador debido a la recoida, según se describe en "Disparo por Contacto". El Disparo Secuencial tiene una ventaja positiva de seguridad, ya que no impulsará accidentalmente un sujetador si la herramienta se hace contacto con el objeto — u otra cosa — mientras que el operador mantiene halado el gatillo.

### IDENTIFICACIÓN DE MODELO:

Consultar las instrucciones de Operación en la página 27 antes de usar esta herramienta.



**DISPARO POR CONTACTO**
Identificado por el gatillo negro



**DISPARO SECUENCIAL**
Identificado por el gatillo gris

-14-

---

## SUMINISTRO DE AIRE Y CONEXIONES

⚠️ **ADVERTENCIA:** No use oxígeno, gases combustibles o gases embotellados como una fuente de suministro para esta herramienta, ya que la herramienta puede estallar, posiblemente causando lesiones.

### CONEXIONES:

Instale un enchufe macho que fluye libre y que descargue la presión de aire de la herramienta cuando sea desconectada de la fuente de suministro.

### MANGUERAS:

Las mangueras de aire deben tener un mínimo de clasificación de presión de operación de 10.5 Kg/cm2 (10,3 bars) o 150 porciento de la presión máxima de operación que podría producirse en el sistema de aire. La manguera de suministro debe contener una conexión que provea un "desconectado rápido" del enchufe macho en la herramienta.

### FUENTE DE SUMINISTRO:

Use sólo aire comprimido regulado limpio como una fuente de suministro para esta herramienta. NUNCA USE OXÍGENO, GASES COMBUSTIBLES O GASES EMBOTELLADOS COMO UNA FUENTE DE SUMINISTRO PARA ESTA HERRAMIENTA, YA QUE LA HERRAMIENTA PODRÍA ESTALLAR.

### REGULADOR:

Se requiere un regulador de presión con una presión de operación de 0-8.7 Kg/cm2 (8,6 bars) para controlar la presión de operación para la segura operación de esta herramienta. Consulte "ESPECIFICACIONES DE LA HERRAMIENTA" para fijar la debida presión de operación para la herramienta.

### PRESIÓN DE OPERACIÓN:

No exceda una presión de operación de 7.0 Kg/cm2 (6,9 bar.) El suministro de aire debe ser capaz de mantener la presión de operación en la herramienta. Las caídas de presión en el suministro de aire pueden reducir la potencia de impulso de la herramienta, causando que la herramienta funcione exceda 14 Kg/cm2 (13,8 bars), ya q.
la herramienta puede fracturarse o estallar, posiblemente causando lesiones.

### FILTRO:

La suciedad y el agua en el suministro de aire son causas principales del desgaste en las herramientas neumáticas. Un filtro puede ayudar a obtener el mejor rendimiento y el desgaste mínimo de la herramienta. El filtro debe tener una capacidad de flujo adecuada para la instalación en particular. El filtro debe ser mantenido limpio para proveer aire comprimido limpio a la herramienta. Consulte las instrucciones del fabricante sobre el debido mantenimiento de su filtro. Un filtro sucio y atascado causará una caída de presión que reducirá el rendimiento de la herramienta.

### OPERACIÓN EN LA ÉPOCA DE FRÍO:

Para la operación en la época de frío, cerca o bajo de la temperatura de congelación, la humedad en la línea de aire puede congelarse e impedir que la herramienta funcione. Recomendamos el uso del lubricante de herramientas de aire BOSTITCH WINTER FORMULA o un anti-descongelante permanente (glicol de etileno) como un lubricante para la época de frío.

**NOTA:** No almacene las herramientas en ambientes fríos para impedir que se forme el hielo en las válvulas y los mecanismos de operación de la herramienta, lo cual podría hacer que la herramienta falle.

**NOTA:** Algunas líquidos comerciales secadoras de línea de aire pueden dañar los anillos en "O" y los sellos — no use estos secadores de aire de baja temperatura sin verificar su compatibilidad.

## LUBRICACIÓN

Para el mejor rendimiento se requiere una lubricación frecuente pero no excesiva. El aceite añadido a través de la conexión de la línea de aire lubricará las piezas internas. Use el Lubricante de Aire Mobil Velocite #10 o su equivalente. No use aceite detergente o aditivos, ya que estos lubricantes causarán un desgaste acelerado de los sellos y los amortiguadores de choque en la herramienta, dando como resultado un mal rendimiento y el mantenimiento frecuente de la herramienta.

Si no se usa un lubricante de línea de aire, añada aceite cuando se esté usando en la conexión de aire en la herramienta una o dos veces al día. Basta con añadir unas cuantas gotas cada vez. Si añade demasiado aceite, se acumulará dentro de la herramienta y se notará en el ciclo de escape.

016 STAN 0000008

# CÓMO CARGAR EL N79WW/N80SB

**ADVERTENCIA**

El empleador y/o usuario debe asegurar que la debida protección para los ojos sea usada. El equipo protector de los ojos debe cumplir con los requisitos del Instituto de Normas Nacionales Americano (American National Standards Institute), ANSI Z87.1-1989 y debe proveer protección de frente y de los lados. NOTA: Las gafas de seguridad que no están protegidas de los lados y las máscaras por sí solas no proveen la debida protección.

**ADVERTENCIA: PARA IMPEDIR LESIONES ACCIDENTALES:**
- Nunca coloque una mano o cualquier otra parte del cuerpo en el área de descarga del cargador.
- Nunca apunte la herramienta hacia sí mismo u otras personas ya sea que contenga clavos o no.
- Nunca participe en juegos rudos.
- Nunca hale el gatillo a menos que la nariz esté apuntada hacia el trabajo.
- Siempre maneje la herramienta con cuidado.
- No hale el gatillo ni oprima el mecanismo de disparo al cargar la herramienta.

## 1. Abra el cargador:
Hale la placa deslizante hacia atrás para trabar o pestillo.

## 2. Cargue los clavos:
Sostenga la clavadora con el cargador inclinado hacia abajo, introduzca barras de clavos.

## 3. Cierre el cargador:
Desenganche el pestillo, hale ligeramente la placa deslizante hacia atrás, y suéltela. El pestillo y la placa deslizante enclavija la cabeza de los clavos.

**NOTA.** Use sólo clavos recomendados por Bostitch para usar en las clavadoras Bostitch o clavos que cumplan con las especificaciones de Bostitch.

# AJUSTE DE CONTROL DE FONDO DEL SUJETADOR

La característica de Ajuste de Control de Fondo del Sujetador permite controlar el profundidad del clavo hasta enrazado con la superficie de trabajo o avellanado con poca o mucha profundidad.

**ADVERTENCIA**

DESCONECTE LA HERRAMIENTA DEL SUMINISTRO DE AIRE ANTES DE INTENTAR DESARMAR LAS PIEZAS Y ANTES DE CAMBIAR EL AJUSTE DEL ELEMENTO DE GUÍA. NOTA: Las gafas de seguridad.

**ADVERTENCIA: PARA AJUSTAR EL CONTROL DE FONDO DEL SUJETADOR:**

1. Con la presión de aire fijada, impulse unos cuantos sujetadores en una muestra de material representativa que determinar si el ajuste es necesario.

2. Si es necesario ajuste, desconecte el suministro de aire.

3. Si se requiere ajustar el fondo de impulsión, mida la diferencia en el fondo entre la parte superior e inferior del material de trabajo y la impulsión del clavo impulsado en el fondo ajustado. Para reducir el fondo de impulsión, no debe alargar el elemento que hace contacto con el trabajo.

4. La protección del elemento que hace contacto con el trabajo debe ser ajustado por esa misma diferencia. Para reducir el fondo de impulsión, acorte el elemento que hace contacto con el trabajo.

5. Para hacer el ajuste, use una llave de 10 mm o un impulsor de tuercas para aflojar las (2) tuercas de tope elástico en el control de fondo aproximadamente 2 revoluciones. No use necesario quitar las tuercas. Mueva la parte inferior del ajuste de fondo a la altura deseada que se aprieten los sujetadores. Decida la distancia que el elemento que hace contacto con el trabajo opera lleva más alta o más baja del cabeza de la tuerca en el frente del control de fondo es igual, 2 mm (0.08"). El ajuste de cero cierra el ajuste del trabajo. La herramienta se desajusta de fábrica con un ajuste de "0".

6. Vuelva a conectar el suministro de aire e impulse unos cuantos sujetadores en una muestra de material para determinar si el ajuste es correcto. Si es necesario repita más, desconecte el aire y repita el procedimiento anterior.

---

# OPERACIÓN DE LA HERRAMIENTA

**ADVERTENCIA**

**PROTECCIÓN PARA LOS OJOS** que cumple con las especificaciones de ANSI y que proporciona protección contra partículas voladoras tanto del FRENTE como del LADO debe ser usada siempre por el operador y otros en el área de trabajo al cargar, operar o hacer servicio a esta herramienta. La protección para los ojos es necesaria para proteger contra sujetadores voladores y escombros que puedan causar daños severos a los ojos.

El empleador y/o usuario debe asegurar que la debida protección para los ojos sea usada. El equipo protector de los ojos debe cumplir con los requisitos del Instituto de Normas Nacionales Americano (American National Standards Institute), ANSI Z87.1-1989 y debe proveer protección de frente y de los lados. NOTA: Las gafas de seguridad que no están protegidas de los lados y las máscaras por sí solas no proveen la debida protección.

## ANTES DE MANEJAR U OPERAR ESTA HERRAMIENTA,

I. LEA Y ENTIENDA LAS ADVERTENCIAS CONTENIDAS EN ESTE MANUAL.

II. CONSULTE "ESPECIFICACIONES DE LA HERRAMIENTA" EN ESTE MANUAL PARA IDENTIFICAR EL SISTEMA OPERATIVO DE SU HERRAMIENTA.

Se dispone de tres sistemas operativos para las herramientas neumáticas de BOSTITCH. Estos son:

1. OPERACIÓN POR GATILLO    2. OPERACIÓN DE DISPARO POR CONTACTO
3. OPERACIÓN DE DISPARO SECUENCIAL

---

# OPERACIÓN

## 1. OPERACIÓN POR GATILLO

**ADVERTENCIA**

Una herramienta OPERADA POR GATILLO requiere una sola acción para impulsar el sujetador. Cada vez que se hale el gatillo la herramienta impulsará un sujetador. El modelo operado por gatillo está destinado a ser usado sólo cuando el disparo por contacto o el disparo secuencial no puede usarse debido a los requisitos de la aplicación.

## 2. OPERACIÓN DE DISPARO POR GATILLO

**ADVERTENCIA**

A. COLOCACIÓN DE UN SOLO SUJETADOR: Para operar la herramienta de esta forma, primero coloque el disparo por contacto en la superficie del objeto SIN HALAR EL GATILLO. Oprima el disparo por contacto hasta que la nariz toque la superficie del objeto y luego hale el gatillo para impulsar un sujetador. Esta es la herramienta contra la superficie del objeto que va a enlistar un sujetador indeseado.

B. OPERACIÓN RÁPIDA DE SUJETADOR: Para operar la herramienta de esta forma, hale el gatillo con la herramienta separada del objeto. Para impulsar los sujetadores, oprima el disparo por contacto sobre la superficie del objeto aplicando un movimiento de rebote. Cada vez que oprima el disparador por contacto, se impulsará un sujetador.

## DISPARO DE DISPARO POR CONTACTO:

**ADVERTENCIA**

El operador no debe sostener el gatillo halado en las herramientas de disparo por contacto, salvo en operación de clavado. Pueden resultar serias lesiones si el disparador accidentalmente entra en contacto con alguien o algo estando bajo el gatillo por contacto hacia la superficie del objeto que va a ser clavado.

Mantenga las manos y el cuerpo alejados del área de descarga de la herramienta. Una herramienta de disparo por contacto puede rebotar debido al retroceso al impulsar un sujetador y se puede impulsar accidentalmente un segundo sujetador, causando posibles lesiones.

## 3. OPERACIÓN DE DISPARO SECUENCIAL

**ADVERTENCIA**

EL MODELO DE OPERACIÓN SECUENCIAL incluye un disparador por contacto del objeto que funciona junto con el gatillo para impulsar un sujetador. Para operar una herramienta de disparo secuencial, primero coloque el disparo por contacto en la superficie del objeto SIN HALAR EL GATILLO. Oprima el disparo por contacto y luego hale el gatillo para impulsar un sujetador. Mientras el disparo por contacto esté en contacto con el objeto y sea mantenido oprimido, la herramienta impulsará un sujetador cada vez que se oprima el gatillo. Si se permite que el disparo por contacto deje la superficie del objeto, la secuencia descrita anteriormente tendrá que ser repetida para impulsar otro clavo.

El Modelo de Disparo Secuencial provee una ventaja positiva de seguridad ya que no impulsará accidentalmente un sujetador si se permite que la nariz de la herramienta accidentalmente entre en contacto con la superficie del objeto — u otra cosa — mientras el dedo mantiene halado el gatillo.

-17-

016 STAN 0000009

## VERIFICACIÓN DE LA OPERACIÓN DE LA HERRAMIENTA:

¡PRECAUCIÓN, QUITE TODOS LOS SUJETADORES DE LA HERRAMIENTA ANTES DE EFECTUAR LA VERIFICACIÓN DE LA OPERACIÓN DE LA HERRAMIENTA!

### 1. HERRAMIENTA OPERADA POR GATILLO:

A. Con el dedo alejado del gatillo, sostenga la herramienta tomándola firmemente por la manija.

B. Coloque la nariz de la herramienta contra la superficie del trabajo.

C. Hale del gatillo para impulsar. Suelte el gatillo para completar el ciclo.

¡PRECAUCIÓN, SE ACTIVARÁ LA HERRAMIENTA CADA VEZ QUE SE HALE EL GATILLO!

### 2. OPERACIÓN DE DISPARO POR CONTACTO:

A. Apriete el disparador de contacto contra la superficie de trabajo, sin tocar el gatillo.
LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.

B. Sostenga la herramienta alejada de la superficie de trabajo, y hale el gatillo.
LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.

C. Con la herramienta alejada de la superficie de trabajo, hale el gatillo y apriete el disparador de contacto contra la superficie de trabajo.
LA HERRAMIENTA SI DEBE EFECTUAR SU CICLO.

D. Con el dedo alejado del gatillo, apriete el disparador de contacto contra la superficie de trabajo.
LA HERRAMIENTA SI DEBE EFECTUAR SU CICLO.

### 3. OPERACIÓN POR DISPARO SECUENCIAL:

A. Presione el disparador de contacto contra la superficie de trabajo, sin tocar el gatillo.
LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.

B. Sostenga la herramienta alejada de la superficie de trabajo, y hale el gatillo.
LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.

C. Hale el gatillo y presione el disparador de contacto contra la superficie de trabajo.
LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.

D. Con el dedo alejado del gatillo, presione el disparador de contacto contra la superficie de trabajo.
LA HERRAMIENTA SI DEBE EFECTUAR SU CICLO.

**ADEMÁS DE LAS OTRAS ADVERTENCIAS CONTENIDAS EN ESTE MANUAL, OBSERVE LO SIGUIENTE PARA UNA OPERACIÓN SEGURA.**

• Utilice la herramienta neumática de BOSTITCH únicamente para impulsar sujetadores.

• Jamás utilice esta herramienta de manera que pudiera causar que un sujetador sea dirigido hacia usted mismo u otras personas dentro del área de trabajo.

• No utilice la herramienta como un martillo.

• Siempre cargue la herramienta por la manija. Jamás cargue la herramienta por la manguera de aire.

• No modifique o altere esta herramienta de su diseño original o función sin la aprobación de BOSTITCH, INC.

• Siempre esté consciente de que el mal trato y manejo inadecuado de esta herramienta puede originar lesiones para usted y los demás.

• Jamás sujete o alce con cinta el gatillo o el disparador de contacto en una posición activada.

• Jamás deje una herramienta sola con la manguera de aire conectada.

NOTA: No siga usando una herramienta que tenga una fuga de aire o que no funciona debidamente. Notifíquese a su representante de Bostitch más cercano si su herramienta sigue teniendo problemas de funcionamiento.

-18-

## OPERACIÓN BÁSICA DE LA HERRAMIENTA

Las herramientas neumáticas de BOSTITCH son activadas mediante un diseño de pistón único operado por aire comprimido. Los siguientes dibujos muestran los cuatro ciclos funcionales que ocurren cuando se hace funcionar la herramienta para impulsar un sujetador:



FIG. 1 INACTIVA
FIG. 2 GOLPE IMPULSOR
FIG. 3 FINAL DEL GOLPE...
FIG. 4 EL RETORNO

## MANTENIMIENTO DE LA HERRAMIENTA NEUMÁTICA

⚠ ADVERTENCIA: Al trabajar con herramientas neumáticas, tenga presente las advertencias que se hacen en el manual, y sea particularmente cuidadoso al evaluar herramientas problemáticas.

PRECAUCIÓN: El resorte de empuje (resorte de fuerza constante): Se debe tener cuidado al trabajar con el ensamblaje del resorte. El resorte está enrollado alrededor de, pero no sujetado a un retenedor, si el resorte se extiende más allá de su largo, la punta se desprenderá y podría volar rápidamente, con puntas afiladas. Además, las bordes del resorte son muy afilados y podrían cortar. Se debe tener cuidado para asegurar que no se formen cosas permanentes en el resorte, ya que esto reducirá la fuerza del resorte.

### PARTES DE REEMPLAZO:
Se recomienda partes de reemplazo de BOSTITCH. No utilice partes modificadas ni partes que no brinden el mismo rendimiento que el equipo original.

### PROCEDIMIENTO DE ENSAMBLE PARA LOS SELLOS:
Al reparar una herramienta, asegúrese de que las partes internas estén limpias y lubricadas. Utilice Parker "O"-LUBE o su equivalente en todos los anillos en "O". Cubra cada anillo en "O" con "O"-LUBE antes de ensamblar. Utilice una cantidad pequeña de aceite en todas las superficies y piezas móviles. Después del rearmado, añada unas cuantas gotas del lubricante para herramientas neumáticas de BOSTITCH mediante la conexión de la línea de aire, antes de probar la herramienta.

### PRESIÓN Y VOLUMEN DEL SUMINISTRO DE AIRE:
El volumen de aire es tan importante como la presión del aire. El volumen de aire suministrado a la herramienta puede ser inadecuado debido a conexiones y mangueras más pequeñas que lo normal, o debido a los efectos de polvo y agua dentro del sistema. Un flujo de aire restringido impedirá que la herramienta reciba un volumen de aire adecuado, aunque la lectura de la presión sea alta. Los resultados serán una operación lenta, la mala alimentación o una potencia impulsadora reducida. Antes de evaluar los problemas de la herramienta por estos síntomas, siga la pista del suministro de aire desde la herramienta hasta la fuente de suministro para ver las conexiones restrictivas, accesorios giratorios, puntos bajos que contienen agua y cualquier otra cosa que evitaría un flujo de aire de volumen completo a la herramienta.

-19-

016 STAN 0000010

# DIAGNÓSTICO DE FALLA

| PROBLEMA | CAUSA | CORRECCIÓN |
|---|---|---|
| Fuga de aire en la empuñadura de la válvula disparadora. | Anillos en O dañados o rajado. | Reemplazar el anillo en O. |
| Válvula de la válvula disparadora tiene fuga de aire. | Anillos en O dañados o rajado. | Reemplazar anillo en O/ajuste. |
| Fuga de aire en el armazón/nariz. | Tornillos de nariz flojos. | Apriete y verifique nuevamente. |
| | Anillos en O o junta estanca rota. | Reemplazar anillo en O y empaquetadura. |
| Embotamiento rápido. | Amortiguador dañado. | Reemplazar amortiguador. |
| No desenreda su ciclo. | Anjoque de la nariz a cinta roto/desgastado. | Reemplazar el amortiguador. |
| | Tornillos en la tapa flojos. | Apriete y verifique nuevamente. |
| | Restricción en el escape de aire. | Verifique el equipo de suministro de aire. |
| | Herramienta seca, falta de lubricación. | Utilice el Lubricante para herramientas Neumáticas de BOSTITCH. |
| Falta de potencia. Desempeña su ciclo lentamente. | Anillos en O o la válvula de cabeza desgastados. | Reemplazar los anillos en O. |
| | Restricción de la caja del aliento (nariz). | Verifique la nariz el juego del pistón. |
| | Válvula de cabeza seca. | Lubrique la herramienta/utilizar. |
| | Falta de lubricación apropiada. | Herramienta seca, necesita lubricación. |
| | | Neumáticas de BOSTITCH. |
| | Resorte de la cabeza cabido roto. | Reemplazar el resorte de la tapa. |
| | Anillos en O cortados o rajados. | Reemplazar los anillos en O/los. |
| | Escape bloqueado. | Verificar el amortiguador, resorte de la válvula de cabeza. |
| | | Reemplazar las partes dañadas. |
| | Desenmarañe el junta desgastado/une fuga. | Reemplazar el amarrejuego de las partes. |
| | Acumulación de suciedad/sella en el impulsor. | Desenmarañe el martillo/esprear a impulsor. |
| | La tobera del cilindro no esté asentada. | Desmantelar para corregir. |
| | Válvula de la cabeza seca. | |
| | Presión de aire demasiado baja. | Verifique el equipo de suministros de aire. |
| Bujía/asiente que asienta. Alimentación intermitente. | Amortiguador desgastado. | Reemplazar el amortiguador. |
| | Alga/restricción en el canal del impulsor. | Desenmarañe e limpie el martillo y/esprear. |
| | Reguladore de aire/de desconexión rápido. | Reemplazar la tobera de desconexión rápido. |
| | Anillo en O o pistón desgastado. | Reemplazar el pistón, verifica el trazador de líneas del cilindro para las Herramientas. |
| | Herramienta seca, necesita lubricación. | Neumáticas de BOSTITCH. |
| | | Reemplazar el anillo en O. |
| | Pistón se de empuje cabido. | Verifique la asistencia de la nariz. |
| | Baja presión de aire. | Verifique el equipo de suministros de aire. |
| | Tornillos flojos en la nariz del cargador. | Apriete todos los tornillos. |
| | La corredera no est. conectada contra a la herramienta. | Use esta sujetadora más. |
| Los sujetadores se atoran en la herramienta | Sujetadores incorrectos. | No use estos sujetadores no/recomendados. |
| | Sujetadores doblados. | Use solo los sujetadores recomendados. |
| | Tornillos en el cargador/nariz flojos. | Aprieta todos los tornillos. |
| | Impulsor roto/desgastado. | Reemplazar el impulsor. |

## CLAVADORAS DE BOBINA

| | | |
|---|---|---|
| Sujetadores que asientan. Alimentación intermitente. | Pistón alimentador seco. | Agregue el Lubricante para Herramientas Neumáticas a la BOSTITCH en el orificio de la tapa del pistón alimentador. |
| | Aviso en O del pistón alimentador quemado/desgastado. | Inspeccione el O/limpie el anjoque y nueva base Limpie e reemplaza/el. |
| | Inspecciones el O/juego para ver si la clava, conveniencia. | Reemplazar los anillos en O/Verificar el amortiguador. |
| | Parte trasera del surperior no está fluya convenientemente. | Retire el bloqueo al junta de la junta. Deben horizontal Deccionie para el el largo se dilima que se está Disconforma tu uso. |
| | Alabamento de tamaño equivocado para a conectadores. | Limpie y purgue el enviado de la herramienta. |
| | Sujetadores de tamaño equivocado para la herramienta. | Use solo los sujetadores recomendados. |
| | Alambres sueltos nueva en rollo del clavo. | Verifique el tamaño ejercitado para la herramienta. |
| | Ajuste enjavado/de placa tensladora para el rollo de clavos no funciona/a de adecuadamente. | Ajuste las tarjas del alumbrio/para el rollo de clavos no de/multiherramienta. |

## INSTRUCCIONES DE MANTENIMIENTO DEL IMPULSOR N79WW/N80SB

Un impulsor desgastando causará mala calidad y pérdida de potencia:

- El desgaste en la punta de impulsión afectará la impulsión del clavo, produciendo síntomas de clavos débiles o no impulsados por completo, y cabezas de clavos dañados.
- El largo del impulsor puede ser ajustado para permitir que la punta de impulsión sea rectificada para compensar por el desgaste. Se requieren calor y una medición precisa. Póngase en contacto con un técnico de servicio calificado para este ajuste.
- El ajuste de largo para un nuevo impulsor se muestra a continuación. La medición se hace desde la cara inferior del pistón (de impulso).
- Favor notar que la medición desde la parte superior del pistón indica el ajuste máximo que se le puede hacer al impulsor para permitir la rectificación. Siempre extienda el impulsor lo mínimo requerido para permitir la rectificación a fin de restaurar la punta de impulsión; es posible que sea necesario efectuar varias rectificaciones hasta que se logre la profundidad máxima.



150mm – 160mm
(5.91" – 6.30")

Linea trazada de 0.2mm (0.01") del impulsor nuevo, centro del pistón.
NO SOBREPASE ESTE LÍMITE.

## DEFLECTOR DE ESCAPE DIRECCIONAL

Afloje el tornillo según se muestra. Ajuste a la dirección de escape deseada y apriete el tornillo.

016 STAN 0000011

# INTRODUCTION

Le N79WW/N80SB de Bostitch est un outil construit avec précision, conçu pour réaliser un travail rapide à débit maximum. Ces appareils sont faits pour assurer un service efficace et durable, à condition d'être utilisés avec un minimum d'attention et dans des conditions normales d'utilisation. Comme pour tout outil de pneumatique, les consignes de ce fabricant doivent être rigoureusement suivies, afin d'obtenir de bonnes performances de ce matériel. Lire attentivement le présent manuel avant d'utiliser le matériel. Il faut prêter une attention toute particulière aux consignes de sécurité. Utiliser le produit conformément à l'installation, le fonctionnement et l'entretien de l'appareil. REMARQUE : des mesures supplémentaires de sécurité peuvent être requises selon l'usage destiné. Pour toute question concernant l'outil ou son usage, veuillez contacter votre représentant ou votre concessionnaire Bostitch, Inc., East Greenwich, Rhode Island 02818.

# SOMMAIRE

Consignes de sécurité . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
Caractéristiques de l'appareil: Consommation d'air et pression d'utilisation . . . .24
Alimentation en air comprimé : Raccordement, Tuyaux, Filtres, Régulateurs . . . .25
Lubrification et utilisation par temps froid . . . . . . . . . . . . . . . . . . . . . . . .25
Chargement de l'appareil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
Fonctionnement de l'appareil . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27, 28
Schéma de fonctionnement, de base de l'appareil . . . . . . . . . . . . . . . . . .29
Entretien de l'appareil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29
Problèmes de fonctionnement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
Entretien de l'enfonceur / réglage de l'échappement . . . . . . . . . . . . . . . .31

## REMARQUE :

Les outils Bostitch sont fabriqués dans le but d'assurer une totale satisfaction et sont conçus pour atteindre un rendement maximal lorsqu'ils sont utilisés dans les éléments d'assemblage répondant à des standards de qualité. Bostitch ne peut assumer la responsabilité du fonctionnement d'un produit lorsqu'il est utilisé avec des accessoires et éléments d'assemblage, agréées et clous qui n'ont pas été expressément spécifiques en vigueur pour les accessoires, agréées et clous garantie d'origine Bostitch.



# GARANTIE LIMITÉE

La société Bostitch Inc. garantit à l'acheteur original un produit exempt de défaut matériel ou de main-d'oeuvre et elle décide de remplacer (à son choix) tout produit défectueux dans un délai d'une année à compter de la date d'achat. Cette garantie n'est pas transférable. Elle ne couvre que les dommages attribuables à des défauts de matériau ou de main-d'oeuvre. Elle ne couvre pas les problèmes et les mauvais fonctionnements attribuables à une usure normale, une négligence, un accident ou une réparation ou des réglages inadéquats, ou à une utilisation non autorisée. Elle ne couvre pas non plus votre outil contre les réparations effectuées ou réglables par une personne ni travaillant pas pour Bostitch, ni par une personne de réparation agréé. Les lames de visage, les pare-chocs et les joints toriques sont considérés comme des pièces sujettes à une usure normale.

CETTE GARANTIE REMPLACE SUR TOUTE AUTRE GARANTIE EXPRESSE. TOUTE GARANTIE DE COMMERÇABILITÉ OU D'ADAPTATION À UN USAGE SPÉCIFIQUE EST LIMITÉE À LA DURÉE DE CETTE GARANTIE. LA SOCIÉTÉ BOSTITCH NE PEUT ÊTRE TENUE RESPONSABLE DE DOMMAGES INDIRECTS.

Cette garantie s'applique uniquement aux ventes réalisées aux États-Unis et au Canada. Quelques États et provinces interdisant les limitations affectant la durée d'une garantie implicite, ou même que les dommages indirects couverts. Il est donc possible que les limitations ou les exclusions ci-dessus ne s'appliquent pas à vous. Cette garantie vous accorde des droits juridiques précis. Vous pouvez également bénéficier d'autres droits, selon votre lieu de résidence.

Pour faire réparer un produit sous garantie, envoyez-le avec la preuve d'achat, au port payé, au centre de réparation agréé. Pour connaître les coordonnées des centres autorisés près de chez vous, composez le 1-800-556-6696.

-22-

# CONSIGNES DE SÉCURITÉ

**PROTECTION DES YEUX :** Elle doit répondre aux spécifications ANSI et offrir une protection contre les particules projetées, à la fois FRONTALE et LATÉRALE. Cette protection devra toujours être portée par l'opérateur et les autres personnes se trouvant dans la zone de travail, dès lors que l'appareil doit être chargé, utilisé ou entretenu. La protection oculaire est exigée pour protéger contre la projection d'éléments d'assemblage et de débris, qui pourraient causer de sévères blessures aux yeux.

**REMARQUE :** Des lunettes de protection supplémentaires seront nécessaires dans certains cas, par exemple, la protection oculaire doit être conforme aux normes ANSI Z87.1-1989 (de l'Institut National Américain des Normes), et offrir une protection à la fois frontale et latérale. REMARQUE : les lunettes de protection sans écrans latéraux et les masques de protection portés seuls, n'offrent pas une protection suffisante.

**ATTENTION :** Des mesures de sécurité supplémentaires seront nécessaires dans certains cas. Par exemple, la zone de travail peut comprendre l'emploi d'un matériau à des niveaux de bruit pouvant conduire à un dommage auditif. L'employeur et l'utilisateur doivent alors s'assurer qu'une protection auditive adéquate est offerte et utilisée par l'opérateur et les autres personnes dans la zone de travail. Certains environnements exigeront le port d'un casque de protection. Lorsqu'il est nécessaire, l'employeur et l'utilisateur doivent s'assurer qu'un casque de sécurité conforme à la norme ANSI Z89.1 1986 est toujours porté.

# ALIMENTATION EN AIR COMPRIMÉ ET RACCORDEMENT

**ATTENTION :** L'oxygène ou des gaz combustibles ne doivent en aucun cas être employés comme source d'énergie de l'outil, car un tel outil peut exploser et provoquer des blessures.

**ATTENTION :** N'utiliser en aucun cas des sources d'énergie pouvant dépasser 14 kg/cm2 (13,8 bars), car l'outil peut éclater et causer des blessures.

**ATTENTION :** Toujours déconnecter l'appareil de la source d'énergie : 1) avant tout réglage; 2) lors de l'entretien; 3) lors d'un déblocage; 4) lorsque l'appareil n'est pas utilisé; 5) lors du déplacement vers une nouvelle zone de travail, car un déclenchement accidentel peut se produire et causer des blessures.



# CHARGEMENT DE L'APPAREIL

**ATTENTION :** Lors du chargement de l'appareil : 1) Ne jamais placer la main ou toute autre partie du corps dans la direction de projection de l'élément d'assemblage de l'outil; 2) Ne jamais pointer l'outil vers quelqu'un; 3) Ne pas presser sur la détente ou appuyer sur le palpeur de surface, car un déclenchement accidentel peut se produire et causer des blessures.

# FONCTIONNEMENT

**ATTENTION :** Manipuler l'appareil avec précaution : 1) Ne pas jouer ou chahuter avec l'appareil; 2) Ne jamais appuyer sur la détente tant que le nez de l'appareil n'est pas dirigé vers la pièce à assembler; 3) Tenir les autres personnes à distance raisonnable lors de l'utilisation de celui-ci, car un déclenchement accidentel peut se produire et causer des blessures.

**ATTENTION :** Ne pas maintenir la détente pressée sur un outil possédant un mécanisme de contact, sauf lors de l'utilisation, si le palpeur de surface entrait en contact avec un objet ou une personne et entraînait le déclenchement accidentel de l'outil.

**ATTENTION :** Lorsque l'appareil est connecté à la source d'énergie, Ne pas jouer ou chahuter avec l'appareil : 1) Ne pas jouer ou chahuter avec l'appareil; 2) Ne jamais appuyer sur la détente tant que le nez de l'appareil n'est pas dirigé vers le corps ou vers une personne; 3) Un élément d'assemblage peut alors être éjecté.

**ATTENTION :** Vérifier régulièrement le mécanisme de contact. Ne pas utiliser un appareil dont le mécanisme de contact ne fonctionne pas correctement, un accident peut en résulter. Ne pas changer le mode opératoire de ce mécanisme.

**ATTENTION :** Ne pas enfoncer des attaches par-dessus d'autres attaches car cela pourrait faire dévier ces dernières et entraîner des blessures.

**ATTENTION :** Ne pas enfoncer des attaches près du bord de la pièce à travailler, car le bois pourrait se fendre et la faire dévier les attaches, entraînant ainsi des blessures.

# ENTRETIEN DE L'APPAREIL

Lors de l'utilisation d'un outil fonctionnant sous-pression, lire les avertissements du manuel et user d'extrêmes précautions lors de la découverte d'un problème.

016 STAN 0000012

## CARACTÉRISTIQUES DU N79WW/N80SB

Toutes les mesures des vis et des boulons sont dans le système métrique.

| MODÈLE | MÉCANISME DE CONTACT | LONGUEUR | HAUTEUR | LARGEUR | POIDS |
|---|---|---|---|---|---|
| N79WW/N80SB-1 | À la volée | 18.30 po (466 mm) | 14 po (355 mm) | 5-7/16 po (138 mm) | 8 lb. 2 oz. (4.0 kg.) |
| N79WW/N80SB-2 | Au coup par coup | 18-30 po (466 mm) | 14 po (355 mm) | 5-7/16 po (138 mm) | 8 lb. 2 oz. (4.0 kg.) |

### CARACTÉRISTIQUES DES ÉLÉMENTS D'ASSEMBLAGE :
Cet outil utilise une grande variété de tailles de clous de longueur allant de 2,9 à 3,3 mm (0.113 à 0.131 po).

### RACCORDEMENTS À L'AIR :
Lors du désaccouplement ou du raccord du tuyau, la sphère de tout pression résiduelle, le collet de connexion du tuyau d'air doit avoir un diamètre intérieur de 7 mm (0.275 po) ou plus.

### PRESSION D'UTILISATION :
4,9 à 7,0 kg/cm2 (4.8 bars à 6,9 bars). Régler la pression au meilleur rendement possible. NE PAS DÉPASSER LA PRESSION MAXIMALE RECOMMANDÉE.

### CONSOMMATION D'AIR :
La N79WW/N80SB consomme 220,8 d'air détendu par minute (7,8 pieds cube/mn) lorsqu'il fonctionne à la cadence de 100 clous/minute. On détermine la quantité d'air requis, pour une pression d'utilisation de 5,6 kg/cm2 (5,6 bars), en multipliant la cadence de travail entre la pression résiduelle, l'appareil aura besoin de 50% de cette quantité. Pour un débit de travaux tels que le tous d'assemblage et la fixation des revêtements, la cadence de 100 clous/minute, l'appareil aura besoin de moyenne en plus la sortie d'assemblage. Pour une cadence de 100 clous/minute.
On détermine la quantité d'air requis pour une cadence de 100 clous/minute, représente la quantité d'air pour une cadence de 100 clous/minute.

## OPÉRATION

BOSTITCH OFFRE DEUX TYPES DE SYSTÈME DE DÉCLENCHEMENT POUR CETTE SÉRIE

### À LA VOLÉE (C.T.)
Le mode opératoire ordinaire pour le système « à la volée », consiste pour l'opérateur à placer le nez de l'appareil sur la surface de travail pour activer l'élément déclencheur tout en appuyant sur la détente enfoncée avec un élément d'assemblage chaque fois que la surface de travail entre en contact avec la détente enfoncée. Le mode méthode permet un placement rapide de travaux tels que le pose de revêtements, et de nombreuses applications en bois où un placement rapide pour beaucoup des éléments pneumatiques sont simple à un neou lors de l'éjection des éléments d'élément d'assemblage. Tout point entraîner la sortie d'un caractéristique élément d'assemblage.

### AU COUP-PAR-COUP (S.T.)
L'appareil au coup-par-coup requiert que l'opérateur maintienne l'outil en contact avec la surface de travail avant d'appuyer sur la détente. Ceci rend le placement précis de l'élément d'assemblage plus facile, par exemple dans le cas d'encochement, de clouage de pieds et de fabrication de caisses. L'appareil au coup permet un placement précis de l'élément fabrication sans le risque d'éjecter un deuxième élément par accident lors de la volée. Le dispositif au coup-par-coup présente une sécurité supplémentaire puisque même si l'outil est en contact avec la surface de travail lors de l'éjection de l'outil. L'un deuxième élément même si le doigt est sur la détente.

### IDENTIFICATION DU MODÈLE :
Se référer au mode de fonctionnement à la page 17 avant de commencer à utiliser l'outil.



SYSTÈME À LA VOLÉE
Identifié par une détente de couleur noire



SYSTÈME AU COUP-PAR-COUP
Identifié par une détente de couleur argentée



-24-

---

## ALIMENTATION EN AIR COMPRIMÉ ET RACCORDEMENT

### RACCORDEMENTS :
Installer le raccord mâle sur l'appareil. Lors du désaccouplement de la source d'énergie, le raccord mâle doit permettre rapidement la mise à l'atmosphère de toute pression résiduelle.

**ATTENTION :** L'oxygène, les gaz combustibles ou les bouteilles de ce type ne doivent en aucun cas être employés comme source d'énergie, car ils peuvent exploser et provoquer des blessures.

### TUYAUX :
Les tuyaux d'air comprimé doivent résister à une pression d'utilisation minimale constante de 10,5 Kg/cm2 (10,3 bars), ou 150% de la pression pouvant être produite dans l'installation. La tuyau d'alimentation doit contenir un raccord permettant « un désaccouplement rapide » du raccord mâle de l'appareil.

### ALIMENTATION EN AIR COMPRIMÉ :
Les appareils doivent être alimentés avec de l'air propre et sec. L'OXYGÈNE, LES GAZ COMBUSTIBLES OU LES BOUTEILLES DE GAZ NE DOIVENT EN AUCUN CAS ÊTRE EMPLOYÉS COMME SOURCE D'ÉNERGIE CAR ILS PEUVENT EXPLOSER.

### RÉGULATEUR :
Un régulateur de pression fonctionnant à des pressions de 0 à 8,7 Kg/cm2 (8,6 bars) est nécessaire pour contrôler la pression d'utilisation pour assurer un fonctionnement sûr. Ne pas raccorder l'appareil à un régulateur de pression pouvant excéder 14 Kg/cm2 (13,8 bars) car l'outil pourrait se fracturer ou se rompre, et causer des blessures.

### PRESSION D'UTILISATION :
Ne pas excéder une pression d'utilisation de 7,6 Kg/cm2 (6,9 bars). La source d'alimentation en air doit être capable de maintenir la pression de fonctionnement au niveau de la pression dans la source d'alimentation une baisse de la force d'éjection de l'outil. Voir la rubrique « caractéristiques de l'appareil » pour le réglage de la pression de fonctionnement adéquate.

### FILTRE :
La principale cause d'usure des appareils pneumatiques est l'un air sale et humide. Un filtre est donc indispensable pour obtenir le meilleur rendement et une usure minimale du pistolet. Le filtre devra avoir une capacité de filtrage adéquate au volume d'air consommé par l'appareil. Le filtre doit être propre pour alimenter le pistolet en air comprimé propre. Consulter les instructions du fabricant concernant l'entretien du filtre. Un filtre sale ou bouché peut provoquer des baisses de pression et par conséquent entraîner une diminution du rendement de l'appareil.

## LUBRIFICATION

Pour obtenir les meilleures performances de votre cloueur, il est indispensable de le lubrifier régulièrement, mais sans excès. Ajouter quelques gouttes d'huile au niveau du raccordement d'air comprimé aura d'assurer la lubrification. L'huile de lubrifiant pour outils pneumatiques Mobil Velocite n° 10 de BOSTITCH ou tout équivalent ils pneumatiques Mobil Velocite n° 10 de BOSTITCH ou un huile adaptés. Ne pas utiliser une huile détergente ou des additifs qui pourraient accélérer l'usure des joints toriques et et des amortisseurs du cloueur et par conséquent entraîner une baisse du rendement et des réparations plus fréquentes.

### UTILISATION PAR TEMPS FROID :
Par temps froid, lorsque la température est proche ou inférieure au point de congélation, l'eau qui s'est condensée dans les tuyaux d'alimentation d'air gèle, et le cloueur perd de son efficacité. Nous recommandons d'utiliser une huile de lubrification adapté.

**REMARQUE : Nous conseillons de ne pas stocker le cloueur dans un environnement froid sous peine de sérieux problèmes de fonctionnement.**

**REMARQUE : Ne pas utiliser d'huiles ou produits spéciaux, prévus pour d'autres emploie que la lubrification des matières pneumatiques, la fréquentin de détruire les garnitures et les joints toriques.**

-25-

016 STAN 0000013

## CHARGEMENT DU N79WW/N80SB

⚠️ **ATTENTION!**



**PROTECTION DES YEUX :** Elle doit répondre aux spécifications ANSI et offrir une protection contre les particules projetées, à la fois FRONTALE et LATÉRALE. Cette protection devra TOUJOURS être portée par l'opérateur et les autres membres du personnel qui travaillent dans le lieu de chargement, de fonctionnement et d'entretien de l'appareil. La protection oculaire est exigée pour protéger contre la projection d'éléments d'assemblage et de débris, qui pourraient causer de sévères blessures aux yeux. L'employeur et/ou l'utilisateur devront s'assurer d'une protection oculaire adéquate. L'équipement de protection oculaire doit être conforme aux normes ANSI Z87.1-1989 (dit l'Institut National Américain des Normes), et offrir une protection à la fois frontale et latérale. REMARQUE : les lunettes de protection sans écrans latéraux et les masques de protection portés seuls, n'offrent pas une protection suffisante.

**POUR PRÉVENIR UN ACCIDENT :**

* Ne jamais placer la main ou une autre partie du corps dans la zone d'éjection des clous lorsque l'outil est chargé.
* Ne jamais pointer et enfoncer l'outil vers quelqu'un.
* Ne jamais jouer avec l'outil.
* Ne jamais appuyer sur la détente à moins que le nez ne soit pas dirigé vers le plan de travail.
* Toujours manier l'outil avec précautions.
* Ne pas appuyer sur la détente ni enfoncer l'élément pêIpeur lors du chargement de l'outil.

**1. Ouvrez le magasin :**
Tirer le poussoir vers l'arrière pour engager le verrou.

**2. Chargez les clous :**
Tenir l'outil incliné vers le bas, introduire la cartouche de clous.

**3. Fermez le magasin :**
Relâchez le verrou en appuyant légèrement sur le poussoir tout en démarrant...

-26-

---

## RÉGLAGE DE LA COMMANDE DE PROFONDEUR DE L'ÉLÉMENT D'ASSEMBLAGE

⚠️ **ATTENTION!**



Le réglage de cette commande permet de contrôler la profondeur d'éjection du clou, depuis le clouage à fleur, juste dans la surface de travail jusqu'à l'enfoncement peu profond ou profond.

**POUR RÉGLER LA COMMANDE DE PROFONDEUR DE L'ÉLÉMENT :**

1. Après avoir vérifié que l'outil comporte quelques éléments d'assemblage dans des emplacements de matériau équivalant afin de décider si l'enfoncement est trop profond ou non.

2. Si un réglage est nécessaire, déconnecter la source d'air.

3. Si un réglage de la profondeur d'éjection est nécessaire...

-26-

---

## FONCTIONNEMENT DE L'APPAREIL

⚠️ **ATTENTION!**



**PROTECTION DES YEUX :** Elle doit répondre aux spécifications ANSI et offrir une protection contre les particules projetées, à la fois FRONTALE et LATÉRALE. Cette protection devra TOUJOURS être portée par l'opérateur et les autres membres du personnel qui travaillent dans le lieu de chargement, de fonctionnement et d'entretien de l'appareil. La protection oculaire est exigée pour protéger contre la projection d'éléments d'assemblage et de débris, qui pourraient causer de sévères blessures aux yeux.

L'employeur et/ou l'utilisateur doivent s'assurer du port d'une protection oculaire adéquate. L'équipement de protection oculaire doit être conforme aux normes ANSI Z87.1-1989 (dit l'Institut National Américain des Normes), et offrir une protection à la fois frontale et latérale. REMARQUE : les lunettes de protection sans écrans latéraux et les masques de protection portés seuls, n'offrent pas une protection suffisante.

**AVANT DE MANIPULER OU D'UTILISER CET OUTIL :**

I. LIRE ET COMPRENDRE LES AVERTISSEMENTS CONTENUS DANS CE MANUEL.

II. SE RÉFÉRER À LA RUBRIQUE « CARACTÉRISTIQUES DE L'APPAREIL », DU MANUEL AFIN D'IDENTIFIER LE MODE D'UTILISATION DE VOTRE OUTIL.

Il existe trois modes d'utilisation pour les outils pneumatiques BOSTITCH :
1. DÉCLENCHEMENT PAR DÉTENTE   2. À LA VOLÉE   3. AU COUP-PAR-COUP

## MODE D'EMPLOI

**1. DÉCLENCHEMENT PAR DÉTENTE** Un outil à DÉCLENCHEMENT PAR DÉTENTE requiert une action unique pour déclencher l'éjection d'un élément d'assemblage. Chaque fois que la détente est pressée, l'outil éjecte un élément d'assemblage. Un outil à déclenchement par détente ne peut être utilisé que lorsqu'un outil à déclenchement à la volée ou au coup-par-coup ne peut pas être utilisé à cause des exigences du travail.

**2. DÉCLENCHEMENT À LA VOLÉE** contient un palpeur de surface fonctionnant en corrélation avec la détente pour éjecter un élément d'assemblage. Il existe deux méthodes d'utilisation avec ce modèle.

A. PLACER SUR UN SEUL ÉLÉMENT D'ASSEMBLAGE : pour utiliser l'outil de cette manière, déplacer l'outil sur la surface de travail, SANS APPUYER SUR LA DÉTENTE. Appuyer sur le palpeur jusqu'à ce que le nez touche la surface de travail, puis appuyer sur la détente pour éjecter un élément d'assemblage. Aussi longtemps que le palpeur est pressé contre la surface de travail et que la détente est pressée, l'outil éjectera un élément d'assemblage chaque fois que la détente est pressée.

B.ASSEMBLAGE RAPIDE : pour utiliser l'outil de cette manière, maintenir le palpeur de l'outil dirigé vers la surface de travail, mais sans le toucher. Appuyer sur la détente, puis appuyer le palpeur sur la surface de travail en utilisant un mouvement par rebond.

⚠️ **ATTENTION!**

L'opérateur ne doit pas maintenir la détente pressée sur les outils marchant à l'assemblage rapide sauf durant l'opération de clouage car des blessures graves peuvent résulter d'un contact accidentel du palpeur avec une personne ou un objet, entraînant un déclenchement fortuit.

**3. DÉCLENCHEMENT AU COUP-PAR-COUP :** Le modèle à DÉCLENCHEMENT AU COUP-PAR-COUP contient un palpeur qui fonctionne en corrélation avec la détente pour éjecter un élément d'assemblage. Pour utiliser un outil à déclenchement au coup-par-coup, vous devez d'abord appuyer le palpeur contre la surface de travail SANS APPUYER SUR LA DÉTENTE. Pour éjecter un élément d'assemblage, appuyer sur la détente.

⚠️ **ATTENTION!**

Lorsque l'appareil est connecté à source d'énergie, éloigner les mains et le corps de l'orifice d'éjection. Un outil à mécanisme de contact peut rebondir à la suite du recul après l'éjection d'un élément d'assemblage et un second élément peut accidentellement être éjecté.

-27-

# VÉRIFICATION DU SYSTÈME DE DÉCLENCHEMENT :

ATTENTION : retirer toutes les attaches de fixation de l'outil avant de procéder à une vérification du fonctionnement de celui-ci.

## 1. DÉCLENCHEMENT PAR LA DÉTENTE:

A. Détente libre, maintenir fermement l'appareil par la poignée.
B. Placer le nez sur la surface de travail.
C. Appuyer sur la détente pour enfoncer un élément d'assemblage. Relâcher l'organe de service (détente) après chaque opération.

**ATTENTION : L'APPAREIL SE DÉCLENCHERA CHAQUE FOIS QUE LA DÉTENTE SERA PRESSÉE.**

## 2. SYSTÈME DE SÉCURITÉ À LA VOLÉE :

A. Enfoncer l'élément palpeur sur la surface de travail sans actionner la détente.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**
B. Éloigner l'appareil de la surface de travail et appuyer sur la détente.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**
C. Éloigner l'appareil de la surface de travail et appuyer sur la détente. Presser l'élément palpeur sur la surface de travail.
**L'APPAREIL DOIT SE DÉCLENCHER**
D. Sans actionner la détente, appuyer l'élément palpeur sur la surface de travail, puis appuyer sur la détente.
**L'APPAREIL DOIT SE DÉCLENCHER**

## 3. SYSTÈME DE SÉCURITÉ AU COUP-PAR-COUP:

A. Appuyer l'élément palpeur sur la surface de travail sans actionner la détente.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**
B. Éloigner l'appareil de la surface de travail et actionner la détente.
Relâcher la détente; elle doit revenir à sa position initiale.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**
C. Appuyer sur la détente, et appuyer l'élément palpeur sur la surface de travail.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**
D. Détente libre, appuyer l'élément palpeur sur la surface de travail. Actionner la détente.
**L'APPAREIL DOIT SE DÉCLENCHER**

EN SUPPLÉMENT DES AUTRES AVERTISSEMENTS CONTENUS DANS CE MANUEL, OBSERVEZ LES RÈGLES SUIVANTES POUR OPÉRER EN TOUTE SÉCURITÉ

• Utiliser cet outil pneumatique BOSTITCH uniquement pour éjecter des éléments d'assemblage.

• Ne jamais utiliser l'outil de telle manière qu'un élément d'assemblage peut être dirigé vers vous-même ou vers d'autres personnes présentes dans la zone de travail.

• Ne pas utiliser l'outil comme un marteau.

• Porter toujours l'outil par la poignée, jamais par le nez.

• Ne pas altérer ou modifier cet outil par rapport à sa forme originelle sans l'agrément de BOSTITCH, INC.

• Toujours avoir présent à l'esprit qu'une manipulation ou une utilisation inadéquate de cet outil peuvent causer des blessures.

• Ne jamais attacher ou maintenir la détente en position déclenchée.

• Ne jamais laisser le clcoueur connecté au tuyau d'air sans surveillance.

• Ne pas utiliser cet outil s'il n'est pas pourvu d'une ÉTIQUETTE D'AVERTISSEMENT (WARNING LABEL) lisible.

• Cesser d'utiliser un outil qui perd de l'air ou ne fonctionne pas correctement. Notifier votre concessionnaire Bostitch si votre outil continue à mal fonctionner.

-28-

# DIAGRAMME DE FONCTIONNEMENT DE BASE D'UN CLOUEUR

Les appareils pneumatiques BOSTITCH fonctionnent avec de l'air comprimé et sont équipés d'un système à piston. Les illustrations ci-dessous montrent les quatre cycles de fonctionnement produits lorsque l'appareil est activé pour éjecter un élément d'assemblage.



**FIG. 1**
AU REPOS

**FIG. 2**
CYCLE D'ENFONCEMENT

**FIG. 3**
FIN DU CYCLE D'ENFONCEMENT
DÉTENTE TOUJOURS PRESSÉE

**FIG. 4**
CYCLE DE RETOUR

# ENTRETIEN DE L'APPAREIL

⚠ **ATTENTION :** Lors de l'utilisation d'un outil fonctionnant sous-pression, lire les avertissements du manuel et user d'extrêmes précautions lors de la découverte d'un problème.

## PIÈCES DE RECHANGE :

Il est recommandé d'utiliser uniquement les pièces de rechange Bostitch. Ne pas utiliser de pièces modifiées, ou autres pièces dont les performances ne seraient pas équivalentes aux pièces d'origine.

## PROCÉDURE D'ASSEMBLAGE DES GARNITURES :

Lors des réparations, vérifier que les pièces internes sont propres et bien lubrifiées. Appliquer du lubrifiant "O" LUBE de Parker sur tous les joints toriques, avant de procéder à l'assemblage. Appliquer une fine pellicule de "O" LUBE sur toutes les pièces mobiles et joints. Les opérations de remontage terminées, veiller à mettre quelques gouttes de lubrifiant pour outils pneumatiques BOSTITCH dans le circuit d'air avant de procéder aux essais.

## ALIMENTATION D'AIR - PRESSION - VOLUME :

Le volume d'air est aussi important que la pression. Le volume d'air nécessaire au bon fonctionnement de l'appareil peut être insuffisant à cause des raccordements sous dimensionnés, ou par la présence d'eau dans le circuit d'air. Même si la présence d'eau dans le circuit d'air se traduisent par une perte de puissance de l'appareil, les diminutions du volume d'air se traduisent par une perte de puissance de l'appareil, la diminution de la vitesse ou une alimentation inadéquate. Avant de rechercher la cause de ces symptômes, vérifier les raccords et les tuyaux depuis l'outil jusqu'à la source d'énergie et vérifier qu'il n'existe pas de raccords trop serrés, tordus, des niveaux bas contenant de l'eau, ou tout autre cause qui puisse expliquer une diminution du volume d'air vers l'appareil.

016 STAN 0000015

# PROBLÈMES DE FONCTIONNEMENT

| PROBLÈME | CAUSE | CORRECTION |
|---|---|---|
| Fuite d'air au corps ou à la vanne de détente. | Joints toriques coupés ou usés. | Remplacer les joints toriques. |
| Fuite d'air à la tige de vanne de détente. | Joints toriques ou garniture coupés ou usés. | Remplacer les joints toriques ou garnitures. |
| Fuite d'air entre le corps et le nez. | Vis ou nez desserrés. | Resserrer les vis. |
| | Joints toriques ou garniture coupés ou usés. | Remplacer les joints toriques. |
| Fuite d'air entre le chapeau et le corps. | Amortisseur coupé ou usé. | Remplacer l'amortisseur. |
| | Garniture coupée. | Remplacer la garniture. |
| | Vis du chapeau desserrées. | Resserrer les vis. |
| Cycle incomplet | Perte de charge dans le circuit d'air. | Vérifier le débit d'air. |
| | Appareil sec, absence de lubrification. | Utiliser un lubrifiant BOSTITCH. |
| | Joints toriques de la vanne de tête coupés ou usés. | Remplacer les joints toriques. |
| | Ressort du chapeau ou sur-vis cassé. | Remplacer le ressort. |
| | Vis du tête bonde dans le chapeau. | Détendre, nettoyer et lubrifier. |
| | Appareil sec, absence de lubrification. | Utiliser un lubrifiant BOSTITCH. |
| Perte de puissance | Joints toriques ou garniture coupés ou usés. | Remplacer le ressort. |
| Fonctionnement ralenti | Échappement bloqué. | Nettoyer le système d'échappement. |
| | Système détente usé ou ayant une fuite. | Remplacer le système de détente. |
| | Appareil sec, absence de lubrification. | Démonter le mécanisme et nettoyer. |
| | Particule coinçant le sonet de l'amortisseur. | Démonter le mécanisme et nettoyer. |
| | L'extrémité ou cylindre n'est pas positionnée correctement sur l'amortisseur (intérieur). | Démonter et relubrifier. |
| | Vis ou tête lâche. | |
| | Pression d'air trop faible. | Vérifier la source d'air. |
| | Amortisseur usé. | Remplacer l'amortisseur. |
| Éléments d'assemblage manquants | Particule coinçant la came du fonctionneur. | Démonter le mécanisme et nettoyer. |
| Alimentation intermittente | Perte de charges dans la tuyauterie. | Remplacer les raccords rapides du circuit. |
| | Joint du piston usé. | Remplacer le joint, vérifier l'entretoise. |
| | Appareil sec, absence de lubrification. | Utiliser un lubrifiant BOSTITCH. |
| | Ressort du poussoir endommagé. | Remplacer le ressort. |
| | Pression d'air trop faible. | Vérifier la source d'air. |
| | Vis ou magasin desserrées. | Resserrer les vis. |
| | Éléments d'assemblage trop courts. | Utiliser les éléments d'assemblage recommandés. |
| | Éléments d'assemblage tordus. | Cesser l'utilisation de ces éléments. |
| | Tête incorrecte des éléments d'assemblage. | Utiliser les éléments d'assemblage recommandés. |
| | Puis à la garniture ou chapeau de tête. | Resserrer les vis/remplacer la garniture. |
| | Joints toriques de la vanne de détente coupés ou usés. | Remplacer les joints toriques. |
| | Ressort de l'entraîneur cassé. | Remplacer le ressort. |
| | Pression d'air trop basse. | Vérifier la source d'air. |

## APPAREIL À ROULEAU

| PROBLÈME | CAUSE | CORRECTION |
|---|---|---|
| Alimentation intermittente | Piston d'alimentation sec. | Utiliser un lubrifiant BOSTITCH et lubrifier par les trous du collier. |
| | Joints toriques du piston d'alimentation coupés ou usés. | Remplacer les joints toriques /vérifier l'entretoise et resserrer. Lubrifier. |
| | Vérifier si le cliquet n'est pas lâche. | Vérifier le cliquet et le ressort de la porte. |
| | Le soda ou magasin n'est pas réglé correctement. | Régler le soda ou collier pour le longueur de clou utilisée. |
| | Fils de liaison du rouleau cassés. | Cesser l'utilisation. |
| Les éléments d'assemblage se coincent dans l'appareil ou le magasin. | Tube incorrecte des éléments d'assemblage. | Utiliser les éléments d'assemblage recommandés. |
| | Éléments d'assemblage lâches. | Cesser l'utilisation. |
| | Vis du magasin desserrées. | Resserrer les vis. |
| | Entraîneur usé ou cassé. | Remplacer l'entraîneur. |
| Les éléments d'assemblage se coincent dans l'appareil. | Plaque d'entraînement coulisse pour le système d'enroulement du rouleau. | Régler les composantes à l'entrée du système d'enroulement du rouleau et aider ou plastique. |

016 STAN 0000016