# EXHIBIT 15



# EXHIBIT 16

Way Pud          5-17-04



TRUCK

AIR MAIN

RAFTERS

AIR TO
NAILER

WP          DS

RAFTERS

BLANK          LADER



# EXHIBIT 17



EXHIBIT
Paul 3
9-6~05 DA

PHOTOS # MANUEL ETC









SITE PHOTO
NEXT DAY? YES
2/2/01

MOST LIKELY SCENARIO!

TOOL SWINGS DOWN ON HOSE
HE GRABS HOSE ABOVE CONN,
TOOL KEEPS TOWARDS CHEST
FORARM/ELBOW HIT TRIGGER
BUT CANNOT PREVENT CHEST
IMPACT

# EXHIBIT 18

# STANLEY FASTENING SYSTEMS
# ENGINEERING LABORATORY

**Test Lab No.:** 08815-00

**Date:** 04/22/2004

**Created By:** Mathew Ponko

| Test Procedure, Instructions, and Work Request Form |
|:---:|
| (Do Not Give Verbal Instructions) |

| Due Date: | | Items on Test: | Stick Nailer |
|---|---|---|---|
| Engineer: | Matthew Ponko | Product: | N79WW-1 |
| Technician: | W. Begnoche | Type of Test: | General Testing |

| Title: |
|---|

Forensic Evaluation of N79WW-1 0356 047

| Background and Objective: |
|---|

Examine and evaluate N79 WW, tool allegedly involved in an accident with injury to Jonathan Beijar

| Test Description and Procedure: [Description of Test Components, Initial Conditions, (Pressure, Cycle, Fastener, etc.), Procedure or SOP, Parameters to be Recorded] |
|---|

Examine and evaluate the tool SOP#1065. Matt Ponko to be present during functional check,

| Priority: | | Status: | Engineer signature complete |
|---|---|---|---|

**CC:**

016 STAN 0000109

# STANLEY FASTENING SYSTEMS ENGINEERING LABORATORY

**Test Lab No.:** 08815-00

**Date:** 04/22/2004

## *Test Summary*

Background and Objective:

Examine and evaluate N79 WW, tool allegedly involved in an accident with injury to Jonathan Beijar

Equipment:

1 ). Compressed Air Supply 0-120 P.S.I.G.
2 ). Air Impulse Test Fixture TF# 006.
3 ). Instron model 5569 Test Machine.
4 ). S.O.P. # 1018 Air Impulse - Plug In Actuation Test Procedure.
5 ). S.O.P. # 1044 Pneumatic Tool - Contact Trip Test Procedure.
6 ). S.O.P. # 1065 Forensic Evaluations Test Procedures

## Safety Concerns:
### USE GENERAL ENGINEERING TEST LAB SAFETY PRACTICES

Conclusion / Test Results

**Visual Inspection:**
1). The **N79ww-1** Pneumatic Nailer s/n # 0356 047 allegedly involved in an accident with injury to Jonathan Beijar, was received in the Test Lab for testing 12 May 2004.
2 ). The tool appears to be mechanically complete.
3 ). The tool was received with an air fitting. The 3/8" light fitting will be used for testing.
4 ). The tool appears to have had a good amount of use.
5). A large amount of paint has been worn off the tool in various places, but doesn't appear to effect functionality.
6 ).The original warning stickers on the left side of the magazine are peeled and scraped from the tool, from what appears to be normal usage, and are 0% intact or legible.
7). The warning sticker on top of the magazine is about 90 % intact, and legible.
8). There is what appears to be an oily sawdust over some of the nose area, and right side of the magazine. This does not appear to affect functionality.
9). The tool is equipped with a contact trip trigger.
10). The rubber handle is intact, but has rips and holes in it in various places. The handle does not rotate on the tool.
11). The tool has a sticker on it that reads: Exhibit, Beijar 2, 4-27-04ev
12). The piston ring/cylinder is worn to the point where the driver will settle to the bottom of the cylinder under its own weight when the tool is upright.

**Functional Inspection:** (plug in actuation )
1) Applied 60 to 120 psig to the tool via air hose and coupling connectors. No unintentional actuation were produced.
2) There were no malfunctions produced exercising the contact trip mechanism through its entire stroke. The contact arm moves freely without binding or interruption.
3) Photographs were taken of the tool in its received condition and are attached.

016 STAN 0000110

    

bejar6.JPG  bejar1.JPG  bejar2.JPG  bejar3.JPG  bejar4.JPG  bejar5.JPG

**S.O.P #1018 Air Impulse - Accidental Firing Test Results:**
There were no unintentional actuations produced throughout the entire test from 60 to 120 psig.

**S.O.P #1044 Pneumatic Tool Contact Trip Evaluation:**
1) Tool Weight (fully loaded with the largest specified fasteners) =   **9.037lbs.**
2) Largest specified fasteners: **S16D131**
3) Contact trip force required for actuation with 100 psig applied to the tool =   **14.843lbf. ( average of 3 tests )**
4) Contact trip travel until actuation occurs = **.473" ( average of 3 tests )**
5) With the tool upright by its own weight (fully loaded), exercising the trigger mechanism did not cause the tool to actuate with 60 to 100 psig applied.
6) Contact trip force and trip travel measurement data is attached.

 

jb1.tif    jb2.tif

**FINAL:**
In conclusion, the described pneumatic tool was found to exhibit some **physical** external wear. The tool has scrapes, scratches, loss of paint in some areas,  and is slightly dirty around the nose area.  There were no unintentional actuations or incidents produced.
The tool functioned as was intended by design.
The following pictures are of the test fixturing used at Bostitch.
Tool Was tested by Bob Olmstead, in both contact and place mode and tool functioned as designed.

  

impulse1.JPG instron1.JPG  instron2.JPG/

This concludes this test report summary.

Test Complete and Accurate: _____ (Engineer)          Date: _6/08/04_

016 STAN 0000111



016 STAN 0000112



Comp. load (lbf)

Comp. extension (in)

016 STAN 0000113



016 STAN 0000114

Run #1

|  | Max Load (lbf) | Ext. @ Max Load (in) | Max Ext (in) |
|---|---|---|---|
|  | -14.50 | 0.481 | 0 |
| Mean | -14.50 | 0.481 | 0 |
| S.D. | 0.00 | 0.000 | 0 |
| Minimum | -14.50 | 0.481 | 0 |
| Maximum | -14.50 | 0.481 | 0 |
| Range | 0.00 | 0.000 | 0 |

Run #2

|  | Max Load (lbf) | Ext. @ Max Load (in) | Max Ext (in) |
|---|---|---|---|
|  | -14.96 | 0.467 | 0 |
| Mean | -14.96 | 0.467 | 0 |
| S.D. | 0.00 | 0.000 | 0 |
| Minimum | -14.96 | 0.467 | 0 |
| Maximum | -14.96 | 0.467 | 0 |
| Range | 0.00 | 0.000 | 0 |

Run #3

|  | Max Load (lbf) | Ext. @ Max Load (in) | Max Ext (in) |
|---|---|---|---|
|  | -15.08 | 0.472 | 0 |
| Mean | -15.08 | 0.472 | 0 |
| S.D. | 0.00 | 0.000 | 0 |
| Minimum | -15.08 | 0.472 | 0 |
| Maximum | -15.08 | 0.472 | 0 |
| Range | 0.00 | 0.000 | 0 |

TL # 08815-00 Jonathan Beijar

016 STAN 0000115

Jonathan Beisew



016 STAN 0000116





016 STAN 0000118



016 STAN 0000119



016 STAN 0000120



016 STAN 0000121



016 STAN 0000122



016 STAN 0000123



016 STAN 0000124



Jonathan Beijar



016 STAN 0000126

# EXHIBIT 19

# Man shot in heart with nail gun leaves hospital after surgery

**By CYNTHIA McCORMICK**
**and NOELLE BARTON**
**STAFF WRITERS**

A Boston hospital has released a 23-year-old man who was accidentally shot in the heart with a nail gun last week in Osterville.

Surgeons at Boston Medical Center removed the 3½-inch nail from the man's right ventricle during an emergency operation Thursday, said Dr. Craig Cornwall.

Jonathan Bejar, a New Bedford resident, said the accident happened when he was trying to avoid the nail gun, which was failing from a rafter.

"I went to grab the air hose that connects to it to let it swing away from me," he said. "The nail gun fell and it hit me right dead in the chest. It discharged and shot a nail right

into my sternum and right into my heart."

Bejar is considering legal action against the nail gun manufacturer, because the gun is supposed to discharge only when pressure is applied to the trigger and the nose of the gun. But the gun discharged upon hitting his chest, with no pressure applied to the trigger, he said.

When it first hit him, he didn't feel the nail in his chest and did not realize what had happened, he said.

"It kind of felt like someone punched me in the chest," he said.

"The three guys I was working with stood there looking at me and said 'Dude, are you all right? Did that thing just fire off?' I was like 'Yeah, I

*Please see NAIL GUN/A-9*

> ### "He's a pretty lucky guy."
>
> **DR. CRAIG CORNWALL**
> Cape doctor who treated man with nail in heart

---

# Nail gun: Surgeons remove nail from heart

*continued from A-1*

think so,' I looked down and saw a hole in my shirt. There was just a little bit of blood."

Bejar was working for Carefree Homes, a construction company based in Fairhaven. He is expected to be recovering for six to eight weeks before returning to work.

Cornwall is an emergency room doctor at Cape Cod Hospital. He accompanied Bejar on the MedFlight helicopter ride from Hyannis hospital to Boston and watched the open-heart surgery.

Doctors removed the nail, sewed the holes and closed him back up, Cornwall said. Bejar was released from Boston Medical Center on Monday, four days after the incident.

Cornwall said he's witnessed a lot of nail gun injuries – including one to a finger just this week – but this is the first time he saw a nail that had gone into the heart.

The nail entered the patient's heart through the right ventricle, Cornwall said.

"It's pretty amazing he didn't get sicker than he did," Cornwall said. "He's a pretty lucky guy."

He accompanied Bejar on the helicopter ride in case the nail moved and caused blood to flow into the sac surrounding the heart. That would have prevented the heart from pumping, and Cornwall said he would have had to open his chest.

Bejar had been working with a nail gun at a new house at Seapuit River Road and Pirate's Cove in Oyster Harbors when the accident occurred, said Osterville Fire Chief John Farrington.

Bejar's co-workers drove him to the fire station, which transported him by ambulance to Cape Cod Hospital.

"He was conscious and alert and able to talk, Farrington said.

Bejar's mother, Nancy, traveled from her Rochester home to be with her son at the hospital, she said. Yesterday, she said she was relieved to know her son is doing well.

"I think I'm finally relaxing a little bit," she said.