UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10233-RCL

JONATHAN BEIJAR
    Plaintiff

v.

STANLEY FASTENING SYSTEMS, L.P.
    Defendant

**LR 7.1(A)(2) CERTIFICATE OF CONSULTATION WITH RESPECT TO STANLEY FASTENING SYSTEMS, LP's MOTION FOR SUMMARY JUDGMENT**

    I, David G. Braithwaite, attorney for defendant Stanley Fastening Systems, L.P., hereby certify that counsel for Stanley have conferred with the attorneys for plaintiff Jonathan Beijar, regarding Stanley's intention to file its motion for summary judgment. Counsel were unable to narrow the issues surrounding this Motion.

    Respectfully submitted,
    Stanley Fastening Systems, L.P.,
    By its Attorneys,

    */s/ David G. Braithwaite*
    Christopher A. Duggan, Esquire
    BBO No. 544150
    David G. Braithwaite, Esquire
    BBO No. 634013
    Smith & Duggan LLP
    Lincoln North
    55 Old Bedford Road
    Lincoln, MA  01773
    (617) 228-4400

Dated:  October 21, 2005

## CERTIFICATE OF SERVICE

      The undersigned certifies service of the foregoing on October 21, 2005 in accordance with Federal Rule of Civil Procedure 5(b)(2) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing.

*Counsel for Defendant Stanley Fastening Systems, L.P.*

                                                */s/ David G. Braithwaite*
                                                David G. Braithwaite
                                                BBO #634013