UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10233-RCL

| | |
|---|---|
| JONATHAN BEIJAR | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY FASTENING SYSTEMS, L.P. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHRAWAL OF COUNSEL
FOR THE DEFENDANT STANLEY FASTENING SYSTEMS, L.P.**

To:   Civil Clerk's Office
      United States District Court
      Moakley U.S. Courthouse
      1 Courthouse Way
      Boston, MA 02210

   Please enter the withdrawal of appearance of David G. Braithwaite as counsel for the defendant, Stanley Fastening Systems, L.P.  Please note that Christopher A. Duggan Esq. of Smith & Duggan LLP remains counsel for the defendant, Stanley Fastening Systems, L.P.

RESPECTFULLY SUBMITTED,
Stanley Fastening Systems, L.P.,
By their attorneys,

*/s/ David G. Braithwaite*
Christopher A. Duggan
BBO #544150
David G. Braithwaite
BBO #634013
SMITH & DUGGAN LLP
Two Center Plaza
Boston, MA 02108
(617) 228-4400

Dated:   January 24, 2006

CERTIFICATE OF SERVICE

      The undersigned certifies service of the foregoing on January 24, 2006 in accordance with Federal Rule of Civil Procedure 5(b)(2) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing.

*Counsel for Defendant Stanley Fastening Systems, L.P.*

                                               */s/ David G. Braithwaite*
                                               David G. Braithwaite
                                               BBO #634013