# EXHIBIT 3

# ORIGINAL

PAGES 1 - 113

EXHS. 1 - 11

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * *

| | | |
|---|---|---|
| Jonathan Beijar | * | |
| v. | * | Civil Action |
| Stanley Fastening Systems, | * | No. 04-10233-RCL |
| L.P. | * | |

* * * * * * * * * * * * * * *

Deposition of Jonathan Beijar

Tuesday, April 27, 2004

Smith & Duggan LLP

Lincoln North - 3rd Floor

55 Old Bedford Road

Lincoln, Massachusetts 01773

---------- J. EDWARD VARALLO, RMR, CRR -----------

COURT REPORTER

FARMER ARSENAULT BROCK LLC, BOSTON, MASS.

617.728.4404

Jonathan Beijar                                  6

1      A.     Yes.

2      Q.     Would that have been in December of 2000?

3      A.     I really can't remember, but it sounds

4   about right, yes.

5      Q.     Prior to becoming employed with Care Free

6   Homes, had you used pneumatic tools?

7      A.     Yes.

8      Q.     In what capacity?

9      A.     I built a couple of additions with my

10   stepfather and have used his nail guns before.

11      Q.     And where was that?

12      A.     In Rochester.

13      Q.     Rochester, Massachusetts, or Rochester,

14   New York?

15      A.     Rochester, Massachusetts.

16      Q.     What is your stepfather's name?

17      A.     Timothy Westgate.

18      Q.     Where does he live?

19      A.     In Rochester.

20      Q.     Do you know the address?

21      A.     Yes.  It's 7 Randall Road.

22      Q.     Is that the location of the two additions

23   that you built?

24      A.     Yes.

Jonathan Beijar                        7

1      Q.      Could you describe for me the additions

2  you built?

3      A.      The one is, I guess you would say it would

4  be a bigger family room and then an extra bathroom

5  and bedroom.

6      Q.      And you used pneumatic nailers on that

7  project?

8      A.      Yes, sir.

9      Q.      What kind of pneumatic nailers, do you

10  know?

11      A.      I don't recall what kind.

12      Q.      Do you recall who manufactured them?

13      A.      No.

14      Q.      You don't know if they were Hitachi or

15  Stanley or DeWalt?

16      A.      No, I don't remember.

17      Q.      Had you used pneumatic tools on any other

18  occasion prior to becoming employed by Care Free

19  Homes?

20      A.      Yes.  I used them a couple of times with a

21  friend that redid basements.

22      Q.      Who was that?

23      A.      His name was Jamie.  I'm not sure of his

24  last name.  He was just someone that my wife at the

Jonathan Beijar                     9

1    in the basement job?

2         A.    A framing nailer.

3         Q.    Did you drive nails -- What size nails did

4    it drive?

5         A.    I believe it's three-inch.

6         Q.    And was the tool, the cartridge a stick or

7    a cylinder?

8         A.    I don't understand.

9         Q.    How did it blow the nails?  Was it in a

10   stick form, straight --

11        A.    Yes.

12        Q.    -- or was it in a cartridge, round?

13        A.    It was straight.

14        Q.    Was it a Stanley tool?

15        A.    I can't remember.  I don't -- I didn't

16   really pay attention then.

17        Q.    Did you use pneumatic nailers on any other

18   projects before going to work for Care Free Homes in

19   December of 2000?

20        A.    I'm sure I have.  But to remember, I can't

21   really think of any other times.

22        Q.    Would it be fair to say that prior to

23   coming to work for Care Free Homes you were fairly

24   comfortable using pneumatic tools?

Jonathan Beijar                              10

1      A.     Yes.

2      Q.     And you understood how they worked?

3      A.     Yes.

4      Q.     And you understood the purpose of a

5    pneumatic nailer?

6      A.     Yes.

7      Q.     Would it also be fair to say you

8    understood that if they were not used properly, they

9    could create a danger?

10      A.     Correct.

11      Q.     So it's important to read the instructions

12    and the safety manual and follow them?

13      A.     Correct.

14      Q.     Because if you don't, you could get hurt

15    even if the tool is perfect.  Right?

16      A.     Correct.

17      Q.     And that's something you knew back in

18    December of of 2000 and January of 2001?

19      A.     Yes.

20      Q.     Did you receive any training on pneumatic

21    tools with Care Free Homes?

22      A.     No.

23      Q.     Can you tell me a little bit about your

24    educational background, please?

Jonathan Beijar                          24

1        A.      Correct.   The nailer is connected to a

2    hose which is connected to a compressor, yes.

3        Q.      And that's where the power comes from to

4    drive the nail, from the compressor?

5        A.      Yes, the air, yes.

6        Q.      And as long as that compressor is

7    connected to the tool, it is possible to drive a

8    nail under the right set of circumstances.   Right?

9        A.      I believe so, yes.

10        Q.      And you knew that it would be possible for

11    a nail to be driven by a pneumatic nailer as long as

12    it was connected to that compressor even if you

13    didn't intend to drive a nail if the tool wasn't

14    properly handled.   Right?

15        A.      I don't understand what you mean.

16        Q.      Bad question.   I don't blame you.

17              You knew, did you not, that the purpose of

18    the pneumatic nailer was to make it easier to drive

19    nails into wood?

20        A.      Yes.

21        Q.      And to make it faster for the carpenter to

22    drive nails?

23        A.      Yes.

24        Q.      And you knew that the tool operates by

Jonathan Beijar                                    25

1   compressing the tip of the tool against something

2   hard and pulling the trigger.  Right?

3       A.    Yes.

4       Q.    And that will cause a ram to cycle and

5   push the nail into the wood.  Right?

6       A.    Yes.

7       Q.    And you knew also that if you had your

8   finger on the trigger and then touched the trip

9   against something hard, that would also cause the

10  tool to cycle?

11      A.    Yes.

12      Q.    That's something that carpenters

13  particularly like.  Right?

14      A.    I've seen people do it before, yes.

15      Q.    They like to bump-fire?

16      A.    Yes.

17      Q.    By keeping their finger on the trigger and

18  bumping down, particularly when you're framing or

19  you're putting up sheetrock or something?

20      A.    Yes, I've seen people do it before, yes.

21      Q.    And the tool obviously can't tell the

22  difference between a piece of wood and your body,

23  can it?

24          MS. DAVIS:   Objection.

Jonathan Beijar                                27

1    Right?

2        A.    Yes.

3        Q.    Okay.  Now, one of the instructions, I

4    take it, that you knew was not to pull the tool by

5    the airhose.  Right?

6        A.    Yes.  But I never pulled a nailer by the

7    hose.

8        Q.    I understand that.  But you knew you were

9    not supposed to pull the tool by the airhose,

10   particularly while it was connected to the

11   compressor.  Right?

12       A.    Yes, sir.  And I never did.

13       Q.    And you wouldn't do that, would you?

14       A.    No.

15       Q.    Because if you did, it might swing and hit

16   you and hurt you.  Right?

17       A.    Well, you're not supposed to pull anything

18   by its cord.

19       Q.    Sure.  And particularly the reason you

20   don't want to pull a pneumatic tool like the nailer

21   by the airhose while it is under compression is that

22   it might go off.  Right?

23       A.    I guess.

24       Q.    And it might cause you serious injury.

Jonathan Beijar                    28

1    Right?

2          A.      I guess so.

3          Q.      And that's one of the reasons why you

4    would never pull a tool by the airhose, would you?

5          A.      I never did.

6          Q.      Right.  And you wouldn't do it, would you?

7          A.      No.

8          Q.      And you knew that prior to January of

9    2001, didn't you?

10         A.      Yeah.

11         Q.      All right.  Because to do something like

12   that would be to misuse this tool, wouldn't it?

13         A.      Yes.

14         Q.      To use the tool in a way it was never

15   intended to be used.  Isn't that true?

16               MS. DAVIS:  Objection.

17         A.      Yes.

18         Q.      Did you read the operator's manual before

19   you started using the tools that were on the

20   jobsite?

21         A.      No.

22         Q.      Were you given the opportunity to do so?

23         A.      No.

24         Q.      Did you ask to do so?

Jonathan Beijar                                    30

1      Q.     All right.  So that's why I'm calling it a

2   pneumatic tool or a nailer, because it's not

3   technically a gun.  Okay?  Just so we understand

4   we're talking about the same tool.  Right?

5      A.     Yes.

6      Q.     You say you understood prior to going to

7   work for Care Free Homes how to use a nailer.

8      A.     Yes.

9      Q.     And you understood how they operated?

10     A.     Yes.

11     Q.     What was your understanding?

12     A.     I know I just knew how to use them.

13     Q.     If you wanted to drive a nail, what would

14  you do?

15     A.     Well, you'd grab the nail gun, you would

16  have your finger on the trigger, you would push down

17  on I believe it's a foot depress, you push it down,

18  then you would pull the trigger.

19     Q.     When you say the foot depress, are you

20  talking about the trip at the end of the tool?

21     A.     I believe that's the name of it.  I don't

22  really know.

23     Q.     So if you had your finger pulled on the

24  trigger and then pushed the tip of the tool against

Jonathan Beijar                    36

1     A.     Well, we were working on this one side of
2     the house.  We were cutting truss boards to finish
3     the roof off so we could put plywood on the top of
4     the roof because the roofers were there that day.
5     We were working on the side of the house.  I can't
6     remember most of the people's names that I was
7     working with.  I know there was a Wayne and there
8     was somebody else.  I just can't remember their
9     names.  One person was cutting boards and I was
10    bringing them over to the side and then putting them
11    up on the side of the house.
12             There was a lot of snow on the ground.
13    There was a big pile outside the window, because we
14    had shoveled the deck off.  I had walked around the
15    pile.  Someone said "Look out."  I thought it was
16    one of the boards that I had put up was coming back
17    down, so I turned around; and when I turned around
18    the opposite way, the nail gun was right in front of
19    me.  And just, that's basically all I can really
20    remember.
21    Q.     When you saw the nailer right in front of
22    you, did you put your hand up?
23    A.     Yes.  I tried to push it away.
24    Q.     You tried to deflect it?

Jonathan Beijar                                    37

1        A.    Yes.

2        Q.    Did you hit it?

3        A.    I touched the hose about a foot and a

4   half, two feet from where it connects to the nail

5   gun.

6        Q.    Did you hit any other part of the tool?

7        A.    No.

8        Q.    How do you know you didn't hit the

9   trigger?

10       A.    Because I know my left hand was down to my

11  side and my right hand had gone up and touched the

12  hose.

13       Q.    But as the tool was coming towards you,

14  you put your right hand up to deflect the tool.  Is

15  that right?

16       A.    Yes.

17       Q.    As you put your right hand up -- And the

18  tool was moving towards you.  Is that right?  Do I

19  have this right?

20       A.    It was right in front of me.

21       Q.    But it was moving towards you.  Correct?

22       A.    Correct.

23       Q.    As it was moving towards you and you put

24  your right hand up to deflect it and you hit the

Jonathan Beijar                              38

1   hose, the hose was actually behind where the trigger

2   was, wasn't it?

3       A.    I don't recall.

4       Q.    Do you recognize what we have here?

5       A.    It's a nail gun.

6       Q.    Do you know if this is the tool that you

7   used on the day --

8       A.    I couldn't tell you if that's the one.

9   I haven't seen it since the day of the accident, so

10  I'm not even sure if they supplied the same nail gun

11  that hit me in the chest.

12      Q.    You don't know whether the tool that we

13  have here that I will now mark as Exhibit 2 is the

14  tool that injured you or not.  Is that true?

15      A.    I'm not sure.

16      Q.    Does it look the same?

17      A.    It looks similar.

18      Q.    Does it look different in any way?

19      A.    I know the nail gun that we were using was

20  fairly new.  This doesn't look fairly new.  It looks

21  like it's been worked on.

22      Q.    Yeah, this one's been through some wars,

23  hasn't it?

24            Any other way this looks different?

Jonathan Beijar                    39

1      A.      Not that I know of.  It looks like a
2   regular nailer.  I'm not sure if it's the same one
3   or the same size, but it looks about the same.
4      Q.      Was the nailer that you saw in front of
5   you a stick nailer like this one, a stick cartridge?
6      A.      I believe so, yes.
7      Q.      And they look to be about the same size?
8      A.      Yes, about the same size.
9      Q.      Now, as the tool was coming toward you,
10  was it upright like this so that the tip of the tool
11  was on top, or was it down like this so that the tip
12  of the tool was towards the ground?
13     A.      When it fell and it hit me, it was facing
14  -- Could I see it?
15     Q.      Please.
16     A.      It was facing like this.  This is right
17  around where I saw it and I put my hand up to grab
18  it.  It was right around here.  It was basically
19  right in my face, but the foot depress was pointing
20  down.
21     Q.      The tip of the tool was pointing -- Oh,
22  okay.  Could you stand up for just a minute so I can
23  describe this?
24     A.      Yes.

Jonathan Beijar                    40

1      Q.     You have the tool now, Exhibit 2, in your

2    right hand.  Correct?

3      A.     Yes.

4      Q.     And you've got the tip of the tool

5    pointing down towards your sternum at about a

6    30-degree angle from your body.  Would that be

7    correct?

8      A.     I'm not exactly sure what angle it was at

9    but it was coming down this way.

10     Q.     With the tip pointed towards the ground?

11     A.     Correct.

12     Q.     And the back of the tool up towards your

13   head?

14     A.     Yes.

15     Q.     And then the cartridge went from the tip

16   off to the right at an angle of some sort.  Correct?

17     A.     Correct.

18     Q.     And the trigger is right in front of your

19   eyes?

20     A.     Correct.

21     Q.     And that was where it was when you saw the

22   tool.  Right?

23     A.     I'm sorry?  I don't know what you mean.

24     Q.     You've just described for me the position

Jonathan Beijar                    41

1   of the tool when you first saw it on the day of your

2   accident.   True?

3       A.   Yes.

4       Q.   And how far was it away from you?

5       A.   I don't know.  It was right about here.

6   I'm not really sure of how close it was.  I mean, I

7   looked to my left and when I looked back to my

8   right, it was right here, right around eye level.

9       Q.   Right around eye level and within twelve

10  inches of you?

11      A.   Yes.

12      Q.   Pointing down?

13      A.   Pointing down.

14      Q.   And moving towards you?

15      A.   Yes.

16      Q.   And you put your right arm up?

17      A.   Yes.

18      Q.   What part of the tool did you hit with

19  your right arm?

20      A.   I didn't touch the tool, I touched the

21  airhose.

22      Q.   How do you know that you didn't brush the

23  trigger on the way by?

24      A.   I don't see how I could have when my left

Jonathan Beijar                                    42

1    hand was down here and as soon as I turned to my

2    right, my right hand went up.  I don't see how I

3    could have even came close to the trigger.

4        Q.    Are you saying that you don't see how you

5    could have touched the trigger?

6        A.    I know I didn't touch the trigger.

7        Q.    All right.  How do you know you didn't

8    touch the trigger?

9        A.    Because I never touched the trigger.  I

10   know I didn't.

11       Q.    Was anything in your hands at the time?

12       A.    No.

13       Q.    Who was nearby you?

14       A.    The fellow workers.  I don't know exactly

15   who was right there because I went into shock as

16   soon as it hit me.  I don't remember their names.

17   I don't know -- I know there was at least one person

18   close to me.  I don't know if he was watching or....

19   I couldn't tell you.

20       Q.    But you don't know who it was?

21       A.    No.  I don't remember their names.

22       Q.    And the tool hit you, I take it?

23       A.    Yes.

24       Q.    After the tool hit you, did you ever see

Jonathan Beijar                          45

1    nailers and....

2         Q.    Which nailer did you use?

3         A.    The framing nailer.

4         Q.    And you said you used it two or three

5    times?

6         A.    Yes, a couple of times, yes.

7         Q.    Did you have any problems with it?

8         A.    No.

9         Q.    Did it operate as you expected it to?

10        A.    Yes.

11        Q.    As far as you were concerned, was that a

12   reasonably safe tool?

13        A.    Yes.

14        Q.    And it had the trigger that you and I have

15   discussed?

16        A.    Yes.

17        Q.    Which you could either press it down and

18   pull or pull and press and it would cycle?

19        A.    I believe so.  I never really pulled the

20   trigger and....  I can't remember the term that you

21   used, but banging it to fire, I never did that.

22        Q.    Bump-fire, all right.  But the trigger

23   operated the same way, the tool operated the same

24   way?

Jonathan Beijar                    60

1    A.    As I looked to my left, I started to look

2    back to my right and that's when the nail gun was

3    right in front of me.

4    Q.    The nail gun was right in front of you.

5    Was your torso still facing the wall with the window

6    in it?

7    A.    I honestly can't remember.

8    Q.    You had turned to the right and the tool,

9    if I'm following this correctly, was pointing

10   basically up and down?

11   A.    Yes.

12   Q.    So that the tip of the tool was pointing

13   almost directly down?

14   A.    Yes.

15   Q.    And the black part of the tool was facing

16   the staging?

17   A.    Yes.

18   Q.    And it was connected to a hose.  Correct?

19   A.    Yes.

20   Q.    And you put your hand up to the right.

21   Correct?

22   A.    Yes.

23   Q.    With the trigger almost directly in front

24   of you.  Correct?

Jonathan Beijar                              61

1        A.      About, yes.

2        Q.      Almost right in front of your nose.

3    Right?

4        A.      Yes.

5        Q.      That's where you were and it was twelve

6    inches away from you about?

7        A.      I'm guessing.  I'd say.  I'm not really

8    sure how far away it was.

9        Q.      That's where it was when you described it

10   to me earlier, though.  Correct?

11       A.      Yes.

12       Q.      And you moved your right hand up to try to

13   deflect the tool?

14       A.      Out.

15       Q.      Out to the right?

16       A.      Not really up but more (indicating).

17       Q.      Out to the right?

18       A.      Yes, up and out to the right.

19       Q.      Didn't touch the tool at all.  Is that

20   your testimony?

21       A.      No.

22       Q.      So is that correct?

23       A.      Correct.

24       Q.      When the tool hit you, did you hear

Jonathan Beijar                           63

1      A.    Sure.   (Witness complied.)

2            MR. DUGGAN:  And we'll mark that as

3   Exhibit 3.

4            (Beijar Exhibit 3 marked for

5   identification.)

6   BY MR. DUGGAN:

7      Q.    A couple more questions about the scene.

8   How high up was the staging?

9      A.    I couldn't begin to tell you.  I'm not

10  sure.

11     Q.    Could you touch it if you put your hand

12  up?

13     A.    I don't believe so.  I can't remember.  I

14  know it was overhead.  But how high, I don't believe

15  that you could've grabbed it, the staging or the

16  planks, by hand.

17     Q.    Would that be more than ten feet high?

18  Would that be a fair estimate?

19     A.    I'd say so, yes.

20     Q.    Mr. Beijar, you were kind enough, you were

21  about to draw another diagram and I stopped you, and

22  I don't mean to interrupt you.  What was the other

23  diagram you were going to draw?

24     A.    I was just going to show you from looking

Jonathan Beijar                                73

1    happened.

2        Q.    As you put your right arm up, is it

3    possible that you touched the trigger?

4        A.    No.

5        Q.    Absolutely not?

6        A.    No.

7        Q.    Have you ever told anybody that you did?

8        A.    No.

9        Q.    If you touched the trigger, sir, and the

10   tip of the tool then hit you, that would have caused

11   the tool to cycle, wouldn't it?

12       A.    Maybe.  But I never touched the trigger.

13       Q.    I understand that.  But my question to you

14   is, because the tool was connected to a compressor

15   and it was moving toward you -- Right?

16       A.    Yes.

17       Q.    -- if you had touched the trigger and then

18   the tip of the tool hit you, that would have caused

19   it to cycle.  Right?

20            MS. DAVIS:  Objection.

21       A.    I'm sure it would have.

22       Q.    Alternatively, if the tool touched your

23   chest and you hit the trigger at the same time, that

24   would also cause the tool to cycle.  Right?

Jonathan Beijar                    75

1    A.    I have seen one, yes.

2    Q.    A Stanley operating manual?

3    A.    A Stanley one?

4    Q.    One of these, Bostitch.

5    A.    Yes.

6    Q.    Oh, you have?

7    A.    Yes.

8    Q.    Had you seen it before the accident?

9    A.    Yes, but not by Care Free.

10    Q.    Where did you see it?

11    A.    My stepfather had one.

12    Q.    And did you read it then?

13    A.    I went through it.  I didn't really read

14 the whole thing.

15    Q.    Did you understand what was said there?

16    A.    Yes.

17    Q.    On the nailer that you did see on the

18 project there were warnings.  This one is sort of

19 beat up, Exhibit 2.  But there's a warning here on

20 the stick.  Right?

21    A.    Mm-hmm.

22    Q.    Correct?

23    A.    Correct.

24    Q.    And there's another warning here that's

Jonathan Beijar                          76

1    now been worn off.  Right?

2        A.    I believe so, yes.

3        Q.    And there's actually warnings or

4    instructions on the housing too.  Right?

5        A.    I believe so, yes, to the best of my

6    knowledge.

7        Q.    And the one that we do have that's still

8    here says to prevent serious injury from fasteners

9    and flying items, the first thing is read operation

10   manual.  Right?

11       A.    Yes.

12       Q.    And you would agree that's a pretty good

13   practice, to read the manual?

14       A.    Yes.

15       Q.    And also over here on the same warning and

16   instruction where it talks about to prevent serious

17   injury from fasteners and flying items, disconnect

18   air when cleaning a jam, servicing, or tool not in

19   use.  Right?

20       A.    Yes.

21       Q.    Would you agree that that's a pretty good,

22   safe practice?

23       A.    Yes.

24       Q.    That is a practice that was not followed

Jonathan Beijar                          78

1      Q.      Even though you were asked to use the

2    nailers?

3      A.      Yes.

4      Q.      And the very first thing it says is

5    "Before operating this tool, all operators should

6    study the manual."  Right?

7      A.      Yes.

8      Q.      Would you agree that that's a good, safe

9    practice?

10     A.      Yes.

11     Q.      Is that something you had read in the

12   manual that your father-in-law showed you?

13     A.      Yes.  My stepfather.

14     Q.      I'm sorry, your stepfather, right.

15             And on the third page of the manual it

16   talks about the air supply connections and then it

17   says "Warning:  Always disconnect air supply before

18   making adjustments, when servicing the tool, when

19   cleaning a jam, or when the tool is not in use."

20   Right?

21     A.      Yes.

22     Q.      And also when moving to a different work

23   area.  Right?

24     A.      Yes.

Jonathan Beijar                    79

1     Q.     "As accidental activation may occur,
2   possibly causing injury."  Right?
3     A.     Yes.
4     Q.     Is that something you agree with?
5     A.     Yes.
6     Q.     Something you knew before your accident?
7     A.     Yes, somewhat.
8     Q.     You knew if you were moving a tool from
9   one area to another, you should disconnect the
10  airhose?
11    A.     Well, not really.  We never really did.
12    Q.     You never did?
13    A.     Well, I never hardly used the nail gun.
14  I used it a couple of times.
15    Q.     But you knew that if the tool was to be
16  moved from one area of the jobsite to another, you
17  should disconnect the airhose so you don't
18  accidentally drive a nail.  Right?
19    A.     Yes.
20    Q.     And that's what it says.  Right?
21    A.     Yes.
22    Q.     It's pretty straightforward, isn't it?
23    A.     Yes.
24    Q.     And over on page 8 it has additional

Jonathan Beijar                                    80

1    warnings:  "In addition to other warnings contained

2    in this manual, observe the following for safe

3    operation."  Right?  There's a list of things.

4        A.    Yes.

5        Q.    And one of them, the fourth bullet, is

6    "Always carry the tool by the handle; never carry

7    the tool by the airhose."

8        A.    Yes.

9        Q.    Is that something you knew prior to your

10   accident?

11       A.    Yes, sir.

12       Q.    And what's the purpose of not carrying the

13   tool by the airhose?

14       A.    I'm not really sure.

15       Q.    Do you think it might have something to do

16   with safety?

17             MS. DAVIS:  Objection.

18       A.    Possibly.

19       Q.    And you knew that if you carried the tool

20   by an airhose and it was activated, it might go off?

21             MS. DAVIS:  Objection.

22       A.    I never carried it by the airhose.

23       Q.    Why wouldn't you?

24       A.    I never carried it by the airhose.

Jonathan Beijar                                      81

1      Q.    Right.  Because you know that that might

2  cause you injury if you did it that way.  Right?

3      A.    It's just not how we carried it.  I never

4  really thought of it, you know, causing an injury.

5      Q.    But you knew it would be improper to do

6  it, in any event?

7      A.    Yes.

8      Q.    It also says "Always be aware that misuse

9  and improper handling of this tool can cause injury

10 to yourself or others."  True?

11     A.    Yes.

12     Q.    And you knew that before the accident.

13 Right?

14     A.    Yes.

15     Q.    It also says "Never leave the tool

16 unattended with the airhose attached."  Right?

17     A.    Right.

18     Q.    And you knew that before the accident.

19 Correct?

20     A.    Correct.

21     Q.    And that was something that Care Free

22 Homes did not follow.  Isn't that true?

23     A.    Correct.

24     Q.    Those are pretty easy instructions to

Jonathan Beijar                        89

1    what happened.

2        Q.    But in fact that's how you had used the

3    tool before, pressing the tip first and then pulling

4    the trigger?

5        A.    And then pulling the trigger, yes.

6        Q.    And as long as the tool is under

7    compression, hooked up to a compressor, that's going

8    to drive the tool, will it not?

9        A.    Yes.

10       Q.    And there's nothing wrong with a tool

11   acting in that way, is there?

12            MS. DAVIS:    Objection.

13       A.    To my knowledge, that nail gun, I'm not

14   sure.  I never used that nail gun that day.

15       Q.    Right.  But my question is, if the tool

16   activates after the tip is depressed and the trigger

17   is pulled, there's nothing wrong with the tool, is

18   there?

19       A.    I wouldn't -- I mean, to the best of my

20   knowledge, no.

21       Q.    That's the way it's supposed to operate.

22   Right?

23       A.    Yes.

24       Q.    Where do you think the OSHA investigator

Jonathan Beijar                          93

1       A.    Yes.

2       Q.    Have you ever seen that before?

3       A.    No.

4       Q.    This is dated about twelve days after your

5    accident.  Correct?  February 12.

6       A.    Yes.

7       Q.    It says "The use of hoses and/or cords to

8    move any power tool is not and never has been

9    allowed and is not proper procedure in moving any

10   power tool."  Did I read that properly?

11      A.    Correct.

12      Q.    Is that an accurate statement?

13      A.    What you just said?

14      Q.    No.  First of all, did I read it

15   correctly?

16      A.    Yes.

17      Q.    All right.  Is that and was that the

18   policy of Care Free Homes?

19      A.    They never really said anything to anyone.

20      Q.    Prior to your accident they didn't inform

21   you of this policy?

22      A.    No.  It's just common knowledge.

23      Q.    Why do you say that?

24      A.    I mean, you don't pick things up by their

Jonathan Beijar                              94

1    cords.

2        Q.    Why not?

3        A.    Because you can hurt yourself or someone

4    else or you can break the tool.

5        Q.    So even though you were not instructed in

6    that by Care Free Homes, you knew that prior to your

7    accident?

8        A.    Correct.

9              MR. DUGGAN:  Off the record.

10             (Discussion off the record.)

11   BY MR. DUGGAN:

12       Q.    Mr. Beijar, can you take me through a

13   chronology of your treatment?  Where did you go

14   first?

15       A.    From the worksite I went to Cape Cod, I

16   think it was Cape Cod Medical Center.

17       Q.    Is that in Hyannis?

18       A.    I believe so.  After that, as soon as I

19   got there they gave me pain meds and they put me

20   out.  And the only thing I know of is that I got

21   flown to Boston, I think at -- I think it was Boston

22   Medical Center.

23       Q.    How long were you in the hospital?

24       A.    A couple days.  I'm not exactly sure how

Jonathan Beijar                                        109

1      Q.      As far as you're concerned anyway.

2      A.      As far as I'm concerned, no.

3      Q.      And if the accident happened as described

4   in that OSHA report, there'd be nothing wrong with

5   this tool either.  Isn't that true?

6          MS. DAVIS:  Objection.

7      A.      I believe so.  That report's not right.

8      Q.      I understand.  But if that report was

9   accurate, there would be nothing wrong with this

10  tool that caused the injury.  Isn't that true?

11         MS. DAVIS:  Objection.

12     A.      I don't know about if there was anything

13  wrong with the nail gun, but....

14     Q.      My question, though, is a little different

15  than that.  My question was:  If an accident

16  happened, maybe not yours, somebody else's accident

17  happened as described in Exhibit Number 10, the

18  narrative portion, that would not be the fault of

19  the tool, would it?

20         MS. DAVIS:  Objection.

21     A.      I believe not.  I'm not sure.

22     Q.      Well, even as you testified before, that

23  would be a plain misuse of the tool, wouldn't it?

24     A.      Oh, yes.

WITNESS:   Jonathan Beijar
DATE:      April 27, 2004
CASE:      Jonathan Beijar v. Stanley Fastening
           Systems, L.P.


### SIGNATURE INFORMATION FOR COUNSEL


The original signature page/errata sheet has been
sent to Jennifer L. Davis, Esq., to obtain signature
from the witness.  When signed, please send original
to Christopher A. Duggan, Esq., who will supply a
copy of the signed errata sheet to other counsel
present.


### WITNESS INSTRUCTIONS


After reading the transcript of your deposition,
please note any change or correction and the reason
for it on the errata sheet.  Do not make any
notations on the transcript itself.  Use additional
sheets if necessary.  Sign and date the errata sheet
and return it, along with the transcript, to your
counsel.