# EXHIBIT 4

WITNESS> - DATETEXT>

Pag

```
 1        Exhibits 1 - 5     Vol. 1, Pgs. 1 - 53
 2           UNITED STATES DISTRICT COURT
 3           DISTRICT OF MASSACHUSETTS
 4           Civil Action No. 04-10233-RCL
 5        ------------------------------------
 6   JONATHAN BEIJAR
 7              Plaintiff
 8   vs.
 9   STANLEY FASTENING SYSTEMS, L.P.
10              Defendant
11        ------------------------------------
12
13           DEPOSITION of WAYNE PINARD
14        Monday, May 17, 2004, 10:10 a.m.
15           Lang, Xifaras & Bullard
16             115 Orchard Street
17           New Bedford, Massachusetts
18
19
20
21        ------------------------------------
22        Reporter:  David A. Arsenault, RPR
23    Farmer Arsenault Brock LLC, Boston, MA
24              (617) 728-4404
```

WITNESS> - DATETEXT>

Page 10

1  years.
2      Q.  Do you know where he lived when he was
3  working for you?
4      A.  In New Bedford, I believe.
5      Q.  When was he last employed by Care Free
6  Homes?
7      A.  I think he was with me probably another
8  five or six months after that incident.
9      Q.  Now, you said that you witnessed the
10 accident to Mr. Beijar?
11     A.  Yes, I did.
12     Q.  What did you see?
13     A.  What I saw, we were cutting rafters,
14 leaning them up against the house.  We had a
15 staging plank up about 7 feet off the ground.  It
16 was the Bostitch nailer on the plank.  We were
17 nailing rafters up at the time.  And when we were
18 standing the rafters up, they hit the plank.  They
19 were bumping into the plank and the gun was
20 starting to fall off, hanging off the plank a
21 little bit.  That's when I asked Jon Beijar to fix
22 the gun, push it on the plank before it fell.
23     Q.  What happened?
24     A.  He apparently couldn't reach it.  He

Page

1  after they had been cut?
2      A.  We cut them.
3      Q.  And he moved them?
4      A.  He stands them up and leans them over
5  against the wall.
6      Q.  I think your testimony was that they
7  bumped the staging?
8      A.  Well, Jon Beijar was the only one
9  carrying rafters.  As he's carrying the rafters, he
10 hit the staging plank with the rafter.  That caused
11 the gun to walk off the plank a little bit.
12     Q.  For purpose of clarity, you'll hear me
13 use the term nailer or tool, as opposed to gun,
14 only because the tool is a pneumatic tool that
15 operates off of air, correct?
16     A.  Correct.
17     Q.  I'll use that to mean the pneumatic
18 nailer that was involved in this accident.
19     A.  Yes.
20     Q.  I probably won't use the word "gun."
21     A.  We call them guns.  It is just habit.
22     A.  It is an acronym in the industry.
23     A.  Yes, a pneumatic gun.
24     Q.  I'm going to show you what we marked as

Page 11

1  grabbed the line with his left hand and he pulled
2  it.
3      Q.  He pulled what?
4      A.  The air line, it was attached to the gun.
5  It was hanging down.  He pulled the air line off,
6  and he pulled the gun off and it fell.  As it fell,
7  he caught it with his right hand and pulled the
8  trigger and caught it like a football and pulled it
9  into his chest, and that's when I heard it fire.
10     Q.  What time day was it when the incident
11 occurred?
12     A.  It happened in the morning somewhere
13 around 9:00 or 10:00.
14     Q.  Where were you at that time?
15     A.  I was cutting rafters with the saw.
16     Q.  Was anybody working with you cutting
17 rafters?
18     A.  Dave Santos.  He was at the other end.
19 We cut the rafters at the same time, one on each
20 end.
21     Q.  What was Mr. Beijar's job?
22     A.  He was just a laborer.  He was a laborer.
23 He was carrying the rafters, standing them up.
24     Q.  So Mr. Beijar was picking up the rafters

Page

1  Exhibit 2 to Mr. Beijar's deposition, which was
2  taken about two weeks ago.  Can you take a look at
3  that.
4      A.  That's the gun.
5      Q.  Can you identify them?
6      A.  A Bostitch nailer N 80 stick nailer.  I
7  guess that's the model.
8      Q.  Is that the nailer that was involved in
9  Mr. Beijar's accident?
10     A.  Yes, I was.  It has a smooth top.  It is
11 the only gun I had with that type of top.
12     Q.  When you say a smooth top, are you
13 talking the back of the tool?
14     A.  The head up here, it doesn't have a screw
15 or anything.  Most of them have a little air thing
16 you can spin around.  This one doesn't have it.
17 For some reason this one doesn't have it.
18     Q.  Did you ever operate this tool?
19     A.  Yes, I did.
20     Q.  Did you operate it prior to Mr. Beijar's
21 accident?
22     A.  Yes, I did.
23     Q.  And in what form?  How did you use it?
24     A.  Any nailing, whatever framing material I

WITNESS> - DATETEXT>

Page 18

1  did you get a replacement tool?
2      A.  Yes.
3      Q.  What kind of tool?
4      A.  The same nailer, a newer model.
5      Q.  Did you put that into service?
6      A.  Yes.
7      Q.  Are you using that today?
8      A.  Yes.
9      Q.  What did you notice about the trigger
10  when you got the gun?
11      A.  The trigger was different.  It would only
12  shoot one nail at a time.
13      Q.  One nail a time?
14      A.  A sequential trigger.
15      Q.  What's the difference between a
16  sequential trigger and a contact trigger?
17      A.  Sequential you have to press the tip and
18  then pull the trigger for the nail to shoot.
19      Q.  And contact is what?
20      A.  The contact you can hold the trigger and
21  depress the tip and it will shoot as many times as
22  you hold the trigger.
23      Q.  Did you keep the sequential trigger on
24  the replacement tool?

Page 19

1      A.  On the new nailer, no.
2      Q.  Why not?
3      A.  Because they are just not easy to use
4  that way.  It is much more productive -- we shoot a
5  thousand nails a day.  You just have -- you can't
6  shoot one at a time.
7      Q.  So what did you do?
8      A.  I changed the trigger.
9      Q.  You changed the sequential back to
10  contact?
11      A.  Yes, I put it back to contact.
12      Q.  Did the tool come with a little package
13  with a replacement trigger?
14      A.  Yes.  It came in a box.
15      Q.  How long did it take you to replace the
16  trigger?
17      A.  Two minutes.
18      Q.  When the tool marked as Exhibit 2 in
19  Mr. Beijar's deposition was used, how old was it?
20      A.  A week old.  We just bought it.
21      Q.  Almost right out of the box?
22      A.  Yeah.
23      Q.  Did you take it out of the box?
24      A.  I'm sure I did.

Page

1      Q.  Did that box have a package like this one
2  that had --
3      A.  Yes, it did.
4      Q.  -- that had a sequential trigger in it?
5      A.  Yes.
6      Q.  If Care Free Homes wanted to, they could
7  have changed the contact trigger into a sequential?
8      A.  Yes, we could.
9      Q.  And you opted not to do that?
10      A.  Right.
11      Q.  Why was that?
12      A.  Because none of the guns ever came that
13  way.  They always come with a contact trigger.
14  That's how we learned to use them.
15      Q.  Does the contact tricker work better for
16  your application?
17      A.  Yes.
18      Q.  I'd like to go back to Mr. Beijar's
19  accident.  What time did you arrive on the job site
20  that day?
21      A.  We were getting in Osterville at the job
22  site at 7:00 o'clock in the morning.
23      Q.  So you had been there three to four
24  hours, something like that?

Page

1      A.  We were working long days.  It was an
2  hour drive.
3      Q.  From where?
4      A.  Fairhaven.  An hour there, an hour home,
5  ten hours on the job site.  In fact, that island,
6  you could only work ten hours.
7      Q.  Are there drawings that show what you
8  were building?
9      A.  There were blueprints on the job site.
10      Q.  Does Care Free Homes maintain those
11  blueprints now?
12      A.  Yes.
13      Q.  I understand you were building a single-
14  family home?
15      A.  Yes, but it was very large.  It was 6,000
16  square feet.
17      Q.  Do you remember the address?
18      A.  No.  I know it was in Oyster Harbor in
19  Osterville.
20          (Discussion off the record.)
21          (Marked, Exhibit 2.)
22      Q.  I'm going to show you what we marked as
23  Exhibit 2.  That was faxed up to me on Friday in
24  response to a subpoena to Mr. Edwards.  Can you

WITNESS> - DATETEXT>

Page 38

1  up with his left hand and pulled on the air line,
2  pulling the gun off the plank.
3      Q.  Was there anything in his right hand at
4  the time?
5      A.  No.
6      Q.  And then you said he reached up with his
7  left hand and pulled on the air hose, I take it?
8      A.  He pulled on the air line, because that
9  was hanging down.
10     Q.  With his left hand he pulled the tool
11  towards him?
12     A.  He pulled it towards him, which caused it
13  to fall off the plank.
14     Q.  Now, when it fell, after Mr. Beijar
15  pulled on the air hose to cause it to fall towards
16  him, could you see how the tool was positioned?  In
17  other words, was it upright like this (indicating)
18  or upside down so that the head was on the bottom?
19         MS. DAVIS:  Objection.
20     Q.  Describe for me how you saw the position
21  of the tool.
22     A.  Well, it kind of fell off sideways.  It
23  was laying sideways on the plank.  It was sideways.
24  The tail went first because that's what the air

Page

1  estimate transpired between the time he pulled on
2  the air hose with his left hand and the time you
3  heard it discharge, you say he reached with his
4  right hand?
5      A.  As the gun fell off the plank, he caught
6  it pretty much with his right hand as it was
7  falling towards him.
8      Q.  And as he grabbed it with his right hand
9  as it was falling, he pulled it into his body?
10     A.  Yes.
11     Q.  Where was his right hand positioned on
12  the tool?
13     A.  It appeared that he grabbed it by the
14  handle.
15     Q.  Here (indicating)?
16     A.  By the rubber handle.  The gun was facing
17  towards him.  It looked like he grabbed it
18  backwards with the gun facing backwards.
19     Q.  Like this (indicating)?
20     A.  With his thumb, actually, with his thumb
21  on the trigger.
22     Q.  Like this (indicating)?
23     A.  Yes.
24     Q.  So the back of his hand was behind the

Page 39

1  line is attached to.
2      Q.  And how much time passed between the time
3  that he pulled on the air line with his left hand
4  and the time you heard it discharge?
5      A.  A split second.
6      Q.  What was the total distance that the tool
7  had to travel?
8      A.  Maybe 4 to 5 feet.
9      Q.  How tall is Mr. Beijar?
10     A.  I believe about my height, 5-5, 5-6.
11     Q.  And it hit him basically right in the
12  chest?
13     A.  Yes.  It looked like he caught it by the
14  handle with his right hand as it was falling
15  towards him.  Then he just pulled it into his chest
16  for some reason, like he was catching a football.
17  I know you have to do two things to shoot.  You
18  have to hold the trigger and depress the tip.
19     Q.  All the time you used this tool the week
20  before the incident and the two years after you put
21  it back into service, did this tool ever discharge
22  without those two things happening?
23     A.  No, it never has.
24     Q.  Now, in the split second that you

Page

1  tool --
2      A.  Yes, it was.
3      Q.  -- as it is upside down?
4      A.  Yes.
5      Q.  And his right thumb hit the trigger?
6      A.  Yes.
7      Q.  Could you tell whether or not his thumb
8  hit the trigger before it hit his chest?
9      A.  No, I couldn't.  He was facing away from
10  me.  All I saw him do was grab it in that manner
11  with his right hand.
12     Q.  It could have been when he grabbed it
13  with his right hand, his fingers on the outside of
14  the tool, his thumb hit the trigger?
15     A.  Yes.
16     Q.  His thumb hit the trigger either before
17  the tip hit his chest or after the tip hit his
18  chest.  You couldn't tell that.
19     A.  I couldn't tell that.  He was facing way
20  from me.  His back was facing me.
21     Q.  Was there anything impeding your view of
22  Mr. Beijar's hand as you described his hand on the
23  handle and his right thumb on the trigger?
24     A.  No, I saw his right hand grab the gun,