# EXHIBIT 7

016 STAN 0000001

# BOSTITCH®

## N79WW/N80SB

**PNEUMATIC STICK NAILERS**
**CLAVADORA NEUMÁTICA ALIMENTADA POR BARRA**
**CLOUEUR PNEUMATIQUE À CARTOUCHE**

OPERATION and MAINTENANCE MANUAL
MANUAL DE OPERACIÓN Y DE MANTENIMIENTO
MANUEL D'INSTRUCTIONS ET D'ENTRETIEN

**⚠WARNING:** **⚠ADVERTENCIA:** **⚠ATTENTION:**

BEFORE OPERATING THIS TOOL, ALL OPERATORS SHOULD STUDY THIS MANUAL TO UNDERSTAND AND FOLLOW THE SAFETY WARNINGS AND INSTRUCTIONS. KEEP THESE INSTRUCTIONS WITH THE TOOL FOR FUTURE REFERENCE. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR BOSTITCH REPRESENTATIVE OR DISTRIBUTOR.

ANTES DE OPERAR ESTA HERRAMIENTA, TODOS LOS OPERADORES DEBERÁN ESTUDIAR ESTE MANUAL PARA PODER COMPRENDER Y SEGUIR LAS ADVERTENCIAS SOBRE SEGURIDAD Y LAS INSTRUCCIONES. MANTENGA ESTAS INSTRUCCIONES CON LA HERRAMIENTA PARA FUTURA REFERENCIA, SI TIENE ALGUNA DUDA, COMUNÍQUESE CON SU REPRESENTANTE DE BOSTITCH O CON SU DISTRIBUIDOR.

LIRE ATTENTIVEMENT LE PRÉSENT MANUEL AVANT D'UTILISER L'APPAREIL. PRÉTER UNE ATTENTION TOUTE PARTICULIÈRE AUX CONSIGNES DE SÉCURITÉ ET AUX AVERTISSEMENTS. GARDER CE MANUEL AVEC L'OUTIL POUR FUTUR RÉFÉRENCE. SI VOUS AVEZ DES QUESTIONS, CONTACTEZ VOTRE REPRÉSENTANT OU VOTRE CONCESSIONNAIRE BOSTITCH.

103585REVG 2/00

**BOSTITCH®**
Stanley Fastening Systems

## INTRODUCTION

The Bostitch N79WW/N80SB is a precision-built tool, designed for high speed, high volume nailing. These tools will deliver efficient, dependable service when used correctly and with care. As with any fine power tool, for best performance the manufacturer's instructions must be followed. Please study this manual before operating the tool and understand the safety warnings and cautions. The instructions on installation, operation and maintenance should be read carefully, and the manual kept for reference. NOTE: Additional safety measures may be required because of your particular application of the tool. Contact your Bostitch representative or distributor with any questions concerning the tool and its use.
Bostitch, Inc., East Greenwich, Rhode Island 02818.

## INDEX

Safety Instructions ........ 3
Tool Specifications ........ 4
Air Supply: Fittings, Hoses, Filters, Air Consumption, Regulators,
Operating Pressure, Setting Correct Pressure ........ 5
Lubrication ........ 5
Loading the Tool ........ 6
Tool Operation ........ 7, 8 & 9
Basic Tool Operation (diagram) ........ 9
Maintaining the Pneumatic Tool ........ 9
Trouble Shooting ........ 10
Driver Maintenance/Directional Exhaust ........ 11
Accessories ........ 11

## NOTE:

Bostitch tools have been engineered to provide excellent customer satisfaction and are designed to achieve maximum performance when used with precision Bostitch fasteners engineered to the same exacting standards.
**Bostitch cannot assume responsibility for product performance if our tools are used with fasteners or accessories not meeting the specific requirements established for genuine Bostitch nails, staples and accessories.**

## LIMITED WARRANTY

Bostitch, Inc., warrants to the original retail purchaser that this product is free from defects in material and workmanship, and agrees to repair or replace, at Bostitch's option, any defective product within 1 year from the date of purchase. This warranty is not transferable. It only covers damage resulting from defects in material or workmanship, and it does not cover conditions or malfunctions resulting from normal wear, neglect, abuse, accident or repairs attempted or made by other than our regional repair center or authorized warranty service center. Driver blades, bumpers and o-rings are considered normally wearing parts.

THIS WARRANTY IS IN LIEU OF ALL OTHER EXPRESS WARRANTIES. ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IS LIMITED TO THE DURATION OF THIS WARRANTY. BOSTITCH SHALL NOT BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES.

This warranty is limited to sales in the United States and Canada. Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

To obtain warranty service, return the product at your expense together with proof of purchase to a Bostitch Regional or authorized warranty repair center. You may call us at 1-800-556-6696 for the location of authorized warranty service centers in your area.

016 STAN 0000002

## SAFETY INSTRUCTIONS

**⚠WARNING:** EYE PROTECTION which conforms to ANSI specifications and provides protection against flying particles both from the FRONT and SIDE should ALWAYS be worn by the operator and others in the work area when loading, operating or servicing this tool. Eye protection is required to guard against flying fasteners and debris, which could cause severe eye injury.

The employer and/or user must ensure that proper eye protection is worn. Eye protection equipment must conform to the requirements of the American National Standards Institute, ANSI Z87.1-1989 and provide both frontal and side protection. NOTE: Non-side shielded spectacles and face shields alone do not provide adequate protection.

CAUTION: ADDITIONAL SAFETY PROTECTION will be required in some environments. For example, the working area may include exposure to noise level which can lead to hearing damage. The employer and user must ensure that any necessary hearing protection is provided and used by the operator and others in the work area. Some environments will require the use of head protection equipment. When required, the employer and user must ensure that head protection conforming to ANSI Z89.1 1986 is used.

## AIR SUPPLY AND CONNECTIONS

**⚠WARNING:** Do not use oxygen, combustible gases, or bottled gases as a power source for this tool as tool may explode, possibly causing injury.

**⚠WARNING:** Do not use supply sources which can potentially exceed 200 P.S.I.G. as tool may burst, possibly causing injury.

**⚠WARNING:** The connector on the tool must not hold pressure when air supply is disconnected. If a wrong fitting is used, the tool can remain charged with air after disconnecting and thus will be able to drive a fastener even after the air line is disconnected possibly causing injury.

**⚠WARNING:** Do not pull trigger or depress contact arm while connected to the air supply as the tool may cycle, possibly causing injury.

**⚠WARNING:** Always disconnect air supply: 1.) Before making adjustments; 2.) When servicing the tool; 3.) When clearing a jam; 4.) When tool is not in use; 5.) When moving to a different work area, as accidental actuation may occur, possibly causing injury.

## LOADING TOOL

**⚠WARNING:** When loading tool: 1.) Never place a hand or any part of body in fastener discharge area of tool; 2.) Never point tool at anyone; 3.) Do not pull the trigger or depress the trip as accidental actuation may occur, possibly causing injury.

## OPERATION

**⚠WARNING:** Always handle the tool with care: 1.) Never engage in horseplay; 2.) Never pull the trigger unless nose is directed toward the work; 3.) Keep others a safe distance from the tool while tool is in operation as accidental actuation may occur, possibly causing injury.

**⚠WARNING:** The operator must not hold the trigger pulled on contact arm tools except during fastening operation as serious injury could result if the trip accidentally contacted someone or something, causing the tool to cycle.

**⚠WARNING:** Keep hands and body away from the discharge area of the tool. A contact arm tool may bounce from the recoil of driving a fastener and an unwanted second fastener may be driven possibly causing injury.

**⚠WARNING:** Check operation of the contact arm mechanism frequently. Do not use the tool if the arm is not working correctly as accidental driving of a fastener may result. Do not interfere with the proper operation of the contact arm mechanism.

**⚠WARNING:** Do not drive fasteners on top of other fasteners or with the tool at an overly steep angle as this may cause deflection of fasteners which could cause injury.

**⚠WARNING:** Do not drive fasteners close to the edge of the work piece as the wood may split, allowing the fastener to be deflected possibly causing injury.

## MAINTAINING THE TOOL

**⚠WARNING:** When working on air tools note the warnings in this manual and use extra care when evaluating problem tools.

## N79WW/N80SB TOOL SPECIFICATIONS

All screws and nuts are metric.

| MODEL | TOOL ACTUATION | LENGTH | HEIGHT | WIDTH | WEIGHT |
|---|---|---|---|---|---|
| N79WW/N80SB-1 | Contact Trip | 18-3/8" (466mm) | 14" (355mm) | 5-7/16" (138mm) | 8lb. 2oz. (4.0kg.) |
| N79WW/N80SB-2 | Sequential Trip | 18-3/8" (466mm) | 14" (355mm) | 5-7/16" (138mm) | 8lb. 2oz. (4.0kg.) |

### FASTENER SPECIFICATIONS:

This tool uses a wide range of nail sizes in lengths of 2" to 3-1/2" (50 - 90mm) and shank diameters of .113" to .131" (2.8 - 3.3mm)

### TOOL AIR FITTING:

This tool uses a 1/4" N.P.T. male plug. The inside diameter should be .275" (7mm) or larger. The fitting must be capable of discharging tool air pressure when disconnected from the air supply.

### OPERATING PRESSURE:

70 to 100 p.s.i.g. (4.9 to 7.0 kg/cm²). Select the operating pressure within this range for best fastener performance. **DO NOT EXCEED THIS RECOMMENDED OPERATING PRESSURE.**

### AIR CONSUMPTION:

The N79WW/N80SB requires 7.8 cubic feet per minute (221 liters per minute) of free air to operate at the rate of 100 nails per minute, at 80 p.s.i. (5.6 kg/cm²). Take the actual rate at which the tool will be run to determine the amount of air required. For instance, if your fastener usage averages 50 nails per minute, you need 50% of the 7.8 c.f.m. (221 liters per minute) which is required to operate the tool at 100 nails per minute.

## OPERATION

BOSTITCH OFFERS TWO TYPES OF OPERATION FOR THIS SERIES TOOL.

### CONTACT TRIP

The common operating procedure on "Contact Trip" tools is for the operator to contact the work to actuate the trip mechanism while keeping the trigger pulled, thus driving a fastener each time the work is contacted. This will allow rapid fastener placement on many jobs, such as sheathing, decking and pallet assembly.

All pneumatic tools are subject to recoil when driving fasteners. The tool may bounce, releasing the trip, and if unintentionally allowed to recontact the work surface with the trigger still actuated (finger still holding trigger pulled) an unwanted second fastener will be driven.

### SEQUENTIAL TRIP

The Sequential Trip requires the operator to hold the tool against the work before pulling the trigger. This makes accurate fastener placement easier, for instance on framing, toe nailing and crating applications.

The Sequential Trip allows exact fastener location without the possibility of driving a second fastener on recoil, as described under "Contact Trip".

The Sequential Trip Tool has a positive safety advantage because it will not accidentally drive a fastener if the tool is contacted against the work – or anything else – while the operator is holding the trigger pulled.

### MODEL IDENTIFICATION:

Refer to Operation Instructions on page 4 before proceeding to use this tool.

**CONTACT TRIP**
Identified by:
**BLACK TRIGGER**

**SEQUENTIAL TRIP**
Identified by:
**GRAY TRIGGER**

## AIR SUPPLY AND CONNECTIONS

**⚠WARNING: Do not use oxygen, combustible gases, or bottled gases as a power source for this tool as tool may explode, possibly causing injury.**

### FITTINGS:

Install a male plug on the tool which is free flowing and which will release air pressure from the tool when disconnected from the supply source.

### HOSES:

Air hoses should have a minimum of 150 p.s.i. (10.6 kg/cm²) working pressure rating or 150 percent of the maximum pressure that could be produced in the air system. The supply hose should contain a fitting that will provide "quick disconnecting" from the male plug on the tool.

### SUPPLY SOURCE:

Use only clean regulated compressed air as a power source for this tool. **NEVER USE OXYGEN, COMBUSTIBLE GASES, OR BOTTLED GASES, AS A POWER SOURCE FOR THIS TOOL AS TOOL MAY EXPLODE.**

### REGULATOR:

A pressure regulator with an operating pressure of 0 - 125 p.s.i. (0 - 8.79 KG/CM²) is required to control the operating pressure for safe operation of this tool. Do not connect this tool to air pressure which can potentially exceed 200 p.s.i. (14 KG/CM²)as tool may fracture or burst, possibly causing injury.

### OPERATING PRESSURE:

Do not exceed recommended maximum operating pressure as tool wear will be greatly increased. The air supply must be capable of maintaining the operating pressure at the tool. Pressure drops in the air supply can reduce the tool's driving power. Refer to "TOOL SPECIFICATIONS" for setting the correct operating pressure for the tool.

### FILTER:

Dirt and water in the air supply are major causes of wear in pneumatic tools. A filter will help to get the best performance and minimum wear from the tool. The filter must have adequate flow capacity for the specific installation. The filter has to be kept clean to be effective in providing clean compressed air to the tool. Consult the manufacturer's instructions on proper maintenance of your filter. A dirty and clogged filter will cause a pressure drop which will reduce the tool's performance.

## LUBRICATION

Frequent, but not excessive, lubrication is required for best performance. Oil added through the air line connection will lubricate the internal parts. Use BOSTITCH Air Tool Lubricant, Mobil Velocite #10, or equivalent. Do not use detergent oil or additives as these lubricants will cause accelerated wear to the seals and bumpers in the tool, resulting in poor tool performance and frequent tool maintenance.

If no airline lubricator is used, add oil during use into the air fitting on the tool once or twice a day. Only a few drops of oil at a time is necessary. Too much oil will only collect inside the tool and will be noticeable in the exhaust cycle.

### COLD WEATHER OPERATION:

For cold weather operation, near and below freezing, the moisture in the air line may freeze and prevent tool operation. We recommend the use of BOSTITCH WINTER FORMULA air tool lubricant or permanent antifreeze (ethylene glycol) as a cold weather lubricant.

CAUTION: **Do not store tools in a cold weather environment to prevent frost or ice formation on the tools operating valves and mechanisms that could cause tool failure.**

NOTE: **Some commercial air line drying liquids are harmful to "O"-rings and seals – do not use these low temperature air dryers without checking compatibility.**

016 STAN 0000003

# LOADING THE N79WW/N80SB

**⚠WARNING:** **EYE PROTECTION which conforms to ANSI specifications and provides protection against flying particles both from the FRONT and SIDE should ALWAYS be worn by the operator and others in the work area when loading, operating or servicing this tool. Eye protection is required to guard against flying fasteners and debris, which could cause severe eye injury.**

**The employer and/or user must ensure that proper eye protection is worn. Eye protection equipment must conform to the requirements of the American National Standards Institute, ANSI Z87.1-1989 and provide both frontal and side protection. NOTE: Non-side shielded spectacles and face shields alone do not provide adequate protection.**

**⚠WARNING:** **TO PREVENT ACCIDENTAL INJURIES:**

- **Never place a hand or any other part of the body in nail discharge area of tool while the air supply is connected.**
- **Never point the tool at anyone else.**
- **Never engage in horseplay.**
- **Never pull the trigger unless nose is directed at the work.**
- **Always handle the tool with care.**
- **Do not pull the trigger or depress the trip mechanism while loading the tool.**

**1. Open the magazine:**
Pull pusher back to engage latch.

**2. Load Nails:**
Hold nailer down with magazine tilted downward. Insert sticks of nails

**3. Close Magazine:**
Release latch by pulling latch tab and pusher together slightly to disengage, slide pusher against nails.

**NOTE: Use only nails recommended for use in Bostitch N79WW/N80SB series nailers or nails which meet the Bostitch specifications**

## FASTENER DEPTH CONTROL ADJUSTMENT

**⚠WARNING:** The Fastener Depth Control Adjustment feature provides control of the nail drive depth from flush with or just above the work surface to shallow or deep countersink.

### *TO ADJUST THE FASTENER DEPTH CONTROL:*

**DISCONNECT TOOL FROM AIR SUPPLY BEFORE ATTEMPTING ANY PARTS DISASSEMBLY AND BEFORE CHANGING THE WORK CONTACTING ELEMENT ADJUSTMENT.**

1. With air pressure set, drive a few fasteners into a representative material sample to determine if adjustment is necessary.
2. If adjustment is required, disconnect air supply.
3. If adjustment to the drive depth is required, measure the difference in depth between the nail as driven in the sample material and the desired drive. The depth control should be changed by the same amount. To reduce the drive depth, the work contacting element should be lengthened. To obtain a deeper drive, the work contacting element should be shortened.
4. Note the level at which the depth control is assembled. Decide what adjustment is required to achieve the length change determined in (2) above. The dashes on the front of the depth control are evenly spaced .08" (2mm). Zero would have the deepest countersink and 12 may leave the nail head above the work. The tool is shipped from the factory on setting "0".
5. To make the adjustment, use a 10mm wrench or nut driver to loosen the (2) elastic stop nuts on the depth control approximately 2 full revolutions. It is not necessary to remove these nuts. Move the lower portion of the depth control to the desired height and tighten the nuts. Do not overtighten. Check that the work contacting element operates freely without sticking or binding.
6. Reconnect air supply and drive a few fasteners in a sample of material to determine if adjustment is correct. If further adjustment is necessary, disconnect air and repeat above.

# TOOL OPERATION

**⚠WARNING:** **EYE PROTECTION which conforms to ANSI specifications and provides protection against flying particles both from the FRONT and SIDE should ALWAYS be worn by the operator and others in the work area when loading, operating or servicing this tool. Eye protection is required to guard against flying fasteners and debris, which could cause severe eye injury.**

**The employer and/or user must ensure that proper eye protection is worn. Eye protection equipment must conform to the requirements of the American National Standards Institute, ANSI Z87.1-1989 and provide both frontal and side protection. NOTE: Non-side shielded spectacles and face shields alone do not provide adequate protection.**

**BEFORE HANDLING OR OPERATING THIS TOOL:**

I. READ AND UNDERSTAND THE WARNINGS CONTAINED IN THIS MANUAL.

II. REFER TO "TOOL SPECIFICATIONS" IN THIS MANUAL TO IDENTIFY THE OPERATING SYSTEM ON YOUR TOOL.

There are three available systems on BOSTITCH pneumatic tools. They are:
1. TRIGGER OPERATION 2. CONTACT TRIP OPERATION 3. SEQUENTIAL TRIP OPERATION

# OPERATION

## 1. TRIGGER OPERATION

A TRIGGER OPERATED tool requires a single action to drive a fastener. Each time the trigger is pulled the tool will drive a fastener. The trigger operated model is intended for use only when a contact trip or sequential trip cannot be used due to the requirements of the application.

## 2. CONTACT TRIP OPERATION

The CONTACT TRIP MODEL tool contains a contact trip that operates in conjunction with the trigger to drive a fastener. There are two methods of operation to drive fasteners with a contact trip tool.

A. SINGLE FASTENER PLACEMENT: To operate the tool in this manner, first position the contact trip on the work surface, WITHOUT PULLING THE TRIGGER. Depress the contact trip until the nose touches the work surface and then pull the trigger to drive a fastener. Do not press the tool against the work with extra force. Instead, allow the tool to recoil off the work surface to avoid a second unwanted fastener. Remove your finger from the trigger after each operation.

B. RAPID FASTENER OPERATION: To operate the tool in this manner, hold the tool with the contact trip pointing towards but not touching the work surface. Pull the trigger and then tap the contact trip against the work surface using a bouncing motion. Each depression of the contact trip will cause a fastener to be driven.

**⚠WARNING:** **The operator must not hold the trigger pulled on contact trip tools except during fastening operation, as serious injury could result if the trip accidentally contacted someone or something, causing the tool to cycle.**

**⚠WARNING:** **Keep hands and body away from the discharge area of the tool. A contact trip tool may bounce from the recoil of driving a fastener and an unwanted second fastener may be driven, possibly causing injury.**

## 3. SEQUENTIAL TRIP OPERATION:

The SEQUENTIAL TRIP MODEL contains a contact trip that operates in conjunction with the trigger to drive a fastener. To operate a sequential trip tool, first position the contact trip on the work surface WITHOUT PULLING THE TRIGGER. Depress the contact trip and then pull the trigger to drive a fastener. As long as the contact trip is contacting the work and is held depressed, the tool will drive a fastener each time the trigger is depressed. If the contact trip is allowed to leave the work surface, the sequence described above must be repeated to drive another fastener.

016 STAN 0000004

## TOOL OPERATION CHECK:

CAUTION: **Remove all fasteners from tool before performing tool operation check.**

### 1. TRIGGER OPERATED TOOL:

A. With finger off the trigger, hold the tool with a firm grip on the handle.

B. Place the nose of the tool against the work surface.

C. Pull the trigger to drive. Release the trigger and cycle is complete.

**CAUTION: THE TOOL WILL CYCLE EACH TIME THE TRIGGER IS PULLED!**

### 2. CONTACT TRIP OPERATION:

A. With finger off the trigger, press the contact trip against the work surface.
THE TOOL MUST NOT CYCLE.

B. Hold the tool off the work surface, and pull the trigger.
THE TOOL MUST NOT CYCLE.

C. With the tool off the work surface, pull the trigger.
Press the contact trip against the work surface.
THE TOOL MUST CYCLE.

D. Without touching the trigger, press the contact trip against the work surface, then pull the trigger.
THE TOOL MUST CYCLE.

### 3. SEQUENTIAL TRIP OPERATION:

A. Press the contact trip against the work surface, without touching the trigger.
THE TOOL MUST NOT CYCLE.

B. Hold the tool off the work surface and pull the trigger.
THE TOOL MUST NOT CYCLE.
Release the trigger. The trigger must return to the trigger stop on the frame.

C. Pull the trigger and press the contact trip against the work surface.
THE TOOL MUST NOT CYCLE.

D. With finger off the trigger, press the contact trip against the work surface. Pull the trigger.
THE TOOL MUST CYCLE.

### IN ADDITION TO THE OTHER WARNINGS CONTAINED IN THIS MANUAL OBSERVE THE FOLLOWING FOR SAFE OPERATION

- **Use the BOSTITCH pneumatic tool only for the purpose for which it was designed.**
- **Never use this tool in a manner that could cause a fastener to be directed toward the user or others in the work area.**
- **Do not use the tool as a hammer.**
- **Always carry the tool by the handle. Never carry the tool by the air hose.**
- **Do not alter or modify this tool from the original design or function without approval from BOSTITCH, INC.**
- **Always be aware that misuse and improper handling of this tool can cause injury to yourself and others.**
- **Never clamp or tape the trigger or contact trip in an actuated position.**
- **Never leave a tool unattended with the air hose attached.**
- **Do not operate this tool if it does not contain a legible WARNING LABEL.**
- **Do not continue to use a tool that leaks air or does not function properly. Notify your nearest Bostitch representative if your tool continues to experience functional problems.**

## BASIC TOOL OPERATION

Bostitch pneumatic tools are cycled by a compressed air operated single piston design. The following illustrations show the four functional cycles that occur when the tool is operated to drive a fastener:

016 STAN 0000005

## MAINTAINING THE PNEUMATIC TOOL

**⚠WARNING: When working on air tools, note the warnings in this manual and use extra care evaluating problem tools.**

**CAUTION: Pusher spring (constant force spring). Caution must be used when working with the spring assembly. The spring is wrapped around, but not attached to, a roller. If the spring is extended beyond its length, the end will come off the roller and the spring will roll up with a snap, with a chance of pinching your hand. Also the edges of the spring are very thin and could cut. Care must also be taken to insure no permanent kinks are put in the spring as this will reduce the springs force.**

### REPLACEMENT PARTS:

BOSTITCH replacement parts are recommended. Do not use modified parts or parts which will not give equivalent performance to the original equipment.

### ASSEMBLY PROCEDURE FOR SEALS:

When repairing a tool, make sure the internal parts are clean and lubricated. Use Parker "O"-LUBE or equivalent on all "O"-rings. Coat each "O"-ring with "O"-LUBE before assembling. Use a small amount of oil on all moving surfaces and pivots. After reassembly add a few drops of BOSTITCH Air Tool Lubricant through the air line fitting before testing.

### AIR SUPPLY-PRESSURE AND VOLUME:

Air volume is as important as air pressure. The air volume supplied to the tool may be inadequate because of undersize fittings and hoses, or from the effects of dirt and water in the system. Restricted air flow will prevent the tool from receiving an adequate volume of air, even though the pressure reading is high. The results will be slow operation, misfeeds or reduced driving power. Before evaluating tool problems for these symptoms, trace the air supply from the tool to the supply source for restrictive connectors, swivel fittings, low points containing water and anything else that would prevent full volume flow of air to the tool.

## TROUBLE SHOOTING

| PROBLEM | CAUSE | CORRECTION |
|---|---|---|
| Trigger valve housing leaks air | O-ring cut or cracked | Replace O-ring |
| Trigger valve stem leaks air | O-ring/seals cut or cracked | Replace trigger valve assembly |
| Frame/nose leaks air | Loose nose screws | Tighten and recheck |
| | O-ring or Gasket is cut or cracked | Replace O-ring or gasket |
| | Bumper cracked/worn | Replace bumper |
| Frame/cap leaks air | Damaged gasket or seal | Replace gasket or seal |
| | Cracked/worn head valve bumper | Replace bumper |
| | Loose cap screws | Tighten and recheck |
| Failure to cycle | Air supply restriction | Check air supply equipment |
| | Tool dry, lack of lubrication | Use BOSTITCH Air Tool Lubricant |
| | Worn head valve O-rings | Replace O-rings |
| | Broken cylinder cap spring | Replace cylinder cap spring |
| | Head valve stuck in cap | Disassemble/Check/Lubricate |
| Lack of power; slow to cycle | Tool dry, lacks lubrication | Use BOSTITCH Air Tool Lubricant |
| | Broken cylinder cap spring | Replace cap spring |
| | O-rings/seals cut or cracked | Replace O-rings/seals |
| | Exhaust blocked | Check bumper, head valve spring, muffler |
| | Trigger assembly worn/leaks | Replace trigger assembly |
| | Dirt/tar build up on driver | Disassemble nose/driver to clean |
| | Cylinder sleeve not seated correctly on bottom bumper | Disassemble to correct |
| | Head valve dry | Disassemble/lubricate |
| | Air pressure too low | Check air supply equipment |
| Skipping fasteners; intermittent feed | Worn bumper | Replace bumper |
| | Tar/dirt in driver channel | Disassemble and clean nose and driver |
| | Air restriction/inadequate air flow through quick disconnect socket and plug | Replace quick disconnect fittings |
| | Worn piston O-ring | Replace O-ring, check driver |
| | Tool dry, lacks lubrication | Use BOSTITCH Air Tool Lubricant |
| | Damaged pusher spring | Replace spring |
| | Low air pressure | Check air supply system to tool |
| | Loose magazine nose screws | Tighten all screws |
| | Fasteners too short for tool | Use only recommended fasteners |
| | Bent fasteners | Discontinue using these fasteners |
| | Wrong size fasteners | Use only recommended fasteners |
| | Leaking head cap gasket | Tighten screws/replace gasket |
| | Trigger valve O-ring cut/worn | Replace O-ring |
| | Broken/chipped driver | Replace driver (check piston O-ring) |
| | Dry/dirty magazine | Clean/lubricate use BOSTITCH Air Tool Lubricant |
| | Worn magazine | Replace magazine |
| Fasteners jam in tool | Driver channel worn | Replace nose/check door |
| | Wrong size fasteners | Use only recommended fasteners |
| | Bent fasteners | Discontinue using these fasteners |
| | Loose magazine/nose screws | Tighten all screws |
| | Broken/chipped driver | Replace driver |

### COIL NAILERS

| PROBLEM | CAUSE | CORRECTION |
|---|---|---|
| Skipping fasteners; intermittent feed | Feed piston dry | Add BOSTITCH Air Tool Lubricant in hole in feed piston cover |
| | Feed piston O-rings cracked/worn | Replace O-rings/check bumper and spring. Lubricate assembly. |
| | Check Pawl binding | Inspect Pawl and spring on door. Must work freely. |
| | Canister bottom not set correctly | Set canister bottom for length of nails being used |
| | Broken weld wires in nail coil | Remove coil of nails and use another coil |
| Fasteners jam in tool/canister | Wrong size fasteners for tool | Use only recommended fasteners/check canister bottom adjustment |
| | Broken welded wires in nail coil | Remove coil of nails and use another coil |
| | Wrong slide plate adjustment for wire/plastic collated nail coil | Adjust switch pins for wire/plastic collated nail coil |

## N79WW/N80SB DRIVER MAINTENANCE INSTRUCTIONS

Worn driver causing poor quality or loss of power:

- Wear on the driving tip will affect the nail drive, giving symptoms of bent and incompletely driven nails, and damaged nail heads.
- The driver length may be adjusted to allow the driving tip to be redressed to compensate for wear. Heat and precise measurement are required. Contact a qualified service technician for this adjustment.
- The length setting for a new driver is shown below. Measurement is from the bottom face of the main piston.
- Note that the measurement from the top of the piston gives the maximum amount the driver may be adjusted to allow redressing. Always extend the driver the minimum required to allow redressing to restore the driving end; several redressings will be possible before this maximum depth is reached.

6.308" - 6.328"
(160.2 - 160.7mm)
3/8" (9.5mm) maximum limit of driver recessed into piston. Do not exceed this limit.

016 STAN 0000006

## DIRECTIONAL EXHAUST DEFLECTOR

Loosen screw as shown. Adjust to desired exhaust direction and tighten screw.

## ACCESSORIES AVAILABLE

| | |
|---|---|
| BC601 | 4 oz. Bostitch Air -Tool Lubricant |
| BC602 | 1 pint Bostitch Air -Tool Lubricant |
| BC603 | 1 pint Bostitch "Winter-Formula" Air-Tool Lubricant |
| BC604 | 1 quart Bostitch Air -Tool Lubricant |
| SEQ1 | Sequential Trip Conversion Kit |
| 851325 | Locite Grade 271 (.02 oz.) |
| 851395 | Locite Grade 242 (.02 oz.) |
| 854006 | Hex Wrench 6mm |
| OBK11 | O-Ring Kit |
| BK3 | Bumper Kit |
| N80K2 | Remote Control Kit |
| N80364A | Smooth Contact Arm |
| 105736 | Assembly, Softfoot C.T. Trip |
| 105735 | Softfoot |

## INTRODUCCIÓN

La N79WW/N80SB de Bostitch es una herramienta fabricada con precisión diseñada para trabajos de clavar de alta velocidad y de gran volumen. Estas herramientas darán un servicio eficiente y seguro, siempre y cuando sean utilizadas correctamente y con cuidado. Como con cualquier herramienta automática de calidad, el mejor rendimiento se obtiene siguiendo las indicaciones del fabricante. Por favor, estudie este manual antes de operar esta herramienta y asegúrese de entender perfectamente las advertencias y precauciones de seguridad. Las instrucciones sobre instalación, operación y mantenimiento se deben leer cuidadosamente y el manual deberá conservarse como referencia. NOTA: Se pueden requerir medidas adicionales de seguridad en relación con la operación particular que usted destina a la herramienta. Póngase en contacto con su representante o distribuidor de Bostitch en relación con cualquier pregunta o duda relativa a esta herramienta y su uso. Bostitch, Inc., East Greenwich, Rhode Island 02818.

## ÍNDICE

Instrucciones de Seguridad .......... 13
Especificaciones de la Herramienta; Consumo de Aire y Presión de Operación .. 14
Suministro de Aire: Conexiones, Mangueras, Filtros, Reguladores .......... 15
Lubricación y Operación en Época de Frío .......... 15
Cómo Cargar la Herramienta .......... 16
Cómo Operar la Herramienta .......... 17, 18
Diagrama de Operación Básica de la Herramienta .......... 19
Cómo Mantener la Herramienta Neumática .......... 19
Localización de Fallas .......... 20
Mantenimiento del Impulsor/Cómo Ajustar el Escape .......... 21

## NOTA:

Las herramientas de Bostitch han sido fabricadas para proporcionar una excelente satisfacción al cliente y están diseñadas para lograr el máximo rendimiento al ser utilizadas con sujetadores de precisión de Bostitch que han sido fabricados a las mismas normas exactas. **Bostitch no puede asumir responsabilidad por el rendimiento de un producto si se utilizan nuestras herramientas con sujetadores o accesorios que no cumplen con los requisitos específicos establecidos para clavos, grapas y accesorios auténticos de Bostitch.**

## GARANTIA LIMITADA

Bostitch, Inc. garantiza al comprador original que este producto está libre de defectos de materiales y mano de obra, y concuerda en reparar o reemplazar, a opción de Bostitch, cualquier producto defectuoso durante un (1) año a partir de la fecha de compra. Esta garantía no es transferible. La misma cubre únicamente daños provocados por defectos de materiales o mano de obra y no cubre condiciones o malfuncionamientos como consecuencia de desgaste normal, negligen cia, abuso, accidente o intento o realización de reparaciones por parte de personas fuera de nuestro centro regional de reparaciones o de un centro de servicio bajo garantía autorizado. El conjunto de palanca (de alimentación) y trinquete de alimentación se consideran piezas de desgaste normal.

ESTA GARANTIA SE OTORGA EN LUGAR DE TODAS LAS DEMAS GARANTIAS EXPLICITAS. CUALQUIER GARANTIA DE COMERCIABILIDAD O IDONEIDAD PARA UN PROPOSITO ESPECIFOCO ESTA LIMITADA A LA DURACION DE LA PRESENTE GARANTIA. BOSTITCH NO SERA RESPONSABLE DE NINGUN DAÑO INCIDENTAL O CONSIGUIENTE.

Esta garantía se limita a las ventas en los Estados Unidos y en Canadá. Algunos estados no admiten limitaciones con respecto a la duración de una garantía implícita, ni la exclusión o limitaciones de daños incidentales o consiguientes; por lo tanto, es posible que las limitaciones o exclusiones arriba indicadas no sean aplicables en su caso. Esta garantía le otorga derechos legales específicos, pudiendo usted tener otros derechos que varían de un estado a otro. Para obtener servicio bajo la garantía, envíe de vuelta el producto a sus costas junto con el comprobante de compra a un centro regional de reparaciones Bostitch o a un centro de reparaciones bajo garantía autorizado. Puede llamarnos al 1-800-6696 para averiguar la localidad de los centros de servicio bajo garantía autorizados de su zona.

## INSTRUCCIONES DE SEGURIDAD

**⚠ ADVERTENCIA:** PROTECCIÓN PARA LOS OJOS que cumple con las especificaciones de ANSI y que proporciona protección contra partículas voladoras tanto del FRENTE como del LADO debe ser usada SIEMPRE por el OPERADOR y otros en el área de trabajo al cargar, operar o hacerle servicio a esta herramienta. La protección para los ojos es necesaria para proteger contra sujetadores voladores y escombros que pueden causar daños severos a los ojos. El empleador y/o usuario debe asegurar que la debida protección para los ojos sea usada. El equipo protector de los ojos debe cumplir con los requisitos del Instituto de Normas Nacionales Americano (American National Standards Institute), ANSI Z87.1-1989 y debe proveer protección de frente y de los lados. NOTA: Las gafas de seguridad que no están protegidas de los lados y las máscaras por sí solas no proveen la debida protección.

PRECAUCIÓN: En algunos entornos será necesaria protección de seguridad adicional. Por ejemplo, es posible que el área de trabajo incluya la exposición a niveles de ruido que pueden dañar el oído. El empleador y el usuario deben asegurarse de que cualquier protección necesaria para los oídos sea provista y utilizada por el operador y demás personas en el área de trabajo. Algunos entornos requieren el uso de aparatos de protección para la cabeza. Cuando sea necesario, el empleador y el usuario deben asegurarse de que se utilice protección para la cabeza en conformidad con la norma ANSI Z89.1-1986.

## SUMINISTRO DE AIRE Y CONEXIONES

**⚠ ADVERTENCIA:** No utilice oxígeno ni gases combustibles o embotellados como fuente de suministro para esta herramienta, ya que la herramienta puede estallar, posiblemente causando lesiones.

**⚠ ADVERTENCIA:** No utilice fuentes de suministro que potencialmente excedan las 14 Kg/cm2 (13,8 bars) ya que la herramienta puede estallar, posiblemente causando lesiones.

**⚠ ADVERTENCIA:** El conector de la herramienta no debe tener presión al desconectarse el suministro de aire. Si se utiliza una conexión equivocada, la herramienta puede permanecer cargada con aire después de ser desconectada y por lo tanto podrá impulsar un sujetador aún después de que la línea de aire sea desconectada, posiblemente causando lesiones.

**⚠ ADVERTENCIA:** No hale el gatillo ni oprima el brazo de contacto mientras la herramienta esté conectada al suministro de aire ya que la herramienta puede ciclarse, posiblemente causando lesiones.

**⚠ ADVERTENCIA:** Siempre desconecte el suministro de aire: 1.) Antes de efectuar ajustes; 2.) Al hacerle servicio a la herramienta; 3.) Al despejar un atascamiento; 4.) Cuando la herramienta no esté en uso; 5.) Al mudarse de un área distinta de trabajo, ya que se puede activar accidentalmente posiblemente causando lesiones.

## AL CARGAR LA HERRAMIENTA

**⚠ ADVERTENCIA:** Al cargar la herramienta: 1.) Nunca coloque una mano o cualquier otra parte del cuerpo en el área de descarga del sujetador de la herramienta; 2.) Nunca apunte la herramienta hacia otra persona; 3.) No hale el gatillo ni oprima el disparador ya que se puede activar accidentalmente, posiblemente causando lesiones.

## OPERACIÓN

**⚠ ADVERTENCIA:** Siempre maneje la herramienta con cuidado. 1.) Nunca participe en juegos rudos con la herramienta; 2.) Nunca hale el gatillo al menos que la nariz esté apuntada hacia el trabajo; 3.) Mantenga a las demás personas a una distancia segura de la herramienta mientras la herramienta esté en operación ya que se puede activar accidentalmente, causando posibles lesiones.

**⚠ ADVERTENCIA:** No mantenga el gatillo halado en las herramientas del brazo de contacto, salvo durante la operación de engrapado, ya que pueden resultar serias lesiones si el disparador accidentalmente se pusiera en contacto con alguien o con algo, causando que se cicle la herramienta.

**⚠ ADVERTENCIA:** Mantenga las manos y el cuerpo alejados del área de descarga de la herramienta. Una herramienta con brazo de contacto puede rebotar debido a la reculada al impulsar un sujetador y se puede impulsar accidentalmente un segundo sujetador, causando posibles lesiones.

**⚠ ADVERTENCIA:** Verifique la operación del mecanismo del brazo de contacto frecuentemente. No utilice la herramienta si el brazo no está funcionando correctamente ya que se puede impulsar accidentalmente otro sujetador. No interfiera con la debida operación del mecanismo del brazo de contacto.

**⚠ ADVERTENCIA:** No meta los sujetadores encima de otros sujetadores o teniendo la herramienta demasiado inclinada ya que esto podría causar que los sujetadores se desviaran, y a su vez causaran lesiones.

**⚠ ADVERTENCIA:** No meta los sujetadores cerca del borde de la pieza de trabajo porque la madera podría separarse, lo que permitiría que el sujetador se desviara y causara lesiones.

## MANTENIMIENTO DE LA HERRAMIENTA

**⚠ ADVERTENCIA:** Tome nota de las advertencias en este manual al trabajar con herramientas neumáticas y tenga mayor cuidado al evaluar herramientas problemáticas.

016 STAN 0000007

## ESPECIFICACIONES DE LA HERRAMIENTA N79WW/N80SB

Todos las medidas de tornillos y tuercas son métricas.

| MODELO | ACTIVACIÓN DE HERRAMIENTA | LARGO | ALTURA | ANCHO | PESO |
|---|---|---|---|---|---|
| N79WW/N80SB-1 | Disparo por Contacto | 18-3/8" (466 mm) | 14" (355 mm) | 5-7/16" (138 mm) | 8 lb. 2 onzas (4,0 kg.) |
| N79WW/N80SB-2 | Disparo Secuencial | 18-3/8" (466 mm) | 14" (355 mm) | 5-7/16" (138 mm) | 8 lb. 2 onzas (4,0 kg.) |

### ESPECIFICACIONES DEL SUJETADOR:

Esta herramienta utiliza una amplia gama de tamaños de clavos en largos desde 50 - 90mm (2" a 3-1/2") y diámetros de espiga de 2,8 - 3,3 mm (0,113" a 0,131")

### CONEXIÓN DE AIRE DE LA HERRAMIENTA:

Esta herramienta usa un enchufe macho de 1/4" N.P.T. El diámetro interior debe ser de 7mm (0,275") o mayor. La conexión debe ser capaz de descargar la presión de aire de la herramienta cuando es desconectada del suministro de aire. El enchufe conector en la manguera de aire debe tener un diámetro interior de 7mm (0,275") o mayor.

### PRESIÓN DE OPERACIÓN:

4,9 a 7,0 kg/cm² (4,8 a 6,9 bars). Seleccione la presión de operación dentro de este rango para el mejor rendimiento. **NO EXCEDA ESTA PRESIÓN DE OPERACIÓN RECOMENDADA.**

### CONSUMO DE AIRE:

El modelo N79WW/N80SB requiere 7,8 pies cúbicos por minuto de aire libre para operar a razón de 100 clavos por minuto a 5,6 kg/cm² (5,5 bars) Use la velocidad de clavar verdadera a la cual se operará la herramienta para determinar la cantidad de aire requerida. Por ejemplo, si usa un promedio de 50 clavos por minuto, necesitará el 50% de los 7,8 pies cúbicos por minuto requeridos para 100 clavos por minuto.

## OPERACIÓN

BOSTITCH OFRECE DOS TIPOS DE OPERACIÓN EN ESTA SERIE DE HERRAMIENTAS.

### DISPARO POR CONTACTO:

El procedimiento de operación común para las herramientas de "Disparo por Contacto" es que el operador hace contacto con el objeto a ser clavado para activar el mecanismo de disparo, manteniendo halado el gatillo. Esto permite la rápida colocación de sujetadores en muchos trabajos, tales como entablado, pisos y el ensamble de paletas.

Todas las herramientas neumáticas están sujetas a reculadas al impulsar sujetadores. La herramienta puede brincar, liberando el mecanismo de disparo, y si se permite que haga contacto nuevamente con la superficie del objeto con el gatillo todavía activado (el dedo todavía sosteniendo el gatillo) un segundo sujetador no deseado se impulsará.

### DISPARO SECUENCIAL:

El Disparo Secuencial requiere que el operador sostenga la herramienta contra el objeto a ser clavado antes de halar el gatillo. Esto permite la precisa y fácil colocación de sujetadores en muchos trabajos, por ejemplo, en aplicaciones de construcción de marcos, con clavos oblicuos y la construcción de cajones de construcción.

El Disparo Secuencial permite la colocación exacta de los sujetadores sin la posibilidad de que se impulse otro sujetador debido a la reculada, según se describe en "Disparo por Contacto". El Disparo Secuencial tiene una ventaja positiva de seguridad, ya que no impulsará accidentalmente un sujetador si la herramienta entra en contacto con el objeto — u otra cosa — mientras que el operador mantiene halado el gatillo.

### IDENTIFICACIÓN DE MODELO:

Consultar las Instrucciones de Operación en la página 27 antes de usar esta herramienta.

**DISPARO POR CONTACTO**
Identificado por el gatillo negro

**DISPARO SECUENCIAL**
Identificado por el gatillo gris

## SUMINISTRO DE AIRE Y CONEXIONES

**⚠ADVERTENCIA: No use oxígeno, gases combustibles o gases embotellados como una fuente de suministro para esta herramienta, ya que la herramienta puede estallar, posiblemente causando lesiones.**

### CONEXIONES:

Instale un enchufe macho en la herramienta que fluya libre y que descargue la presión de aire de la herramienta cuando sea desconectada de la fuente de suministro.

### MANGUERAS:

Las mangueras de aire deben tener un mínimo de clasificación de presión de operación de 10,5 Kg/cm2 (10,3 bars) ó 150 porciento de la presión máxima de operación que podría producirse el el sistema de aire. La manguera de suministro debe contener una conexión que provea un "desconectado rápido" del enchufe macho en la herramienta.

### FUENTE DE SUMINISTRO:

Use sólo aire comprimido regulado limpio como una fuente de suministro para esta herramienta. NUNCA USE OXÍGENO, GASES COMBUSTIBLES O GASES EMBOTELLADOS COMO UNA FUENTE DE SUMINISTRO PARA ESTA HERRAMIENTA, YA QUE LA HERRAMIENTA PODRÍA ESTALLAR.

### REGULADOR:

Se requiere un regulador de presión con una presión de operación de 0-8,7 Kg/cm2 (8,6 bars) para controlar la presión de operación para la segura operación de esta herramienta. No conect esta herramienta a una presión de aire que potencialmente exceda 14 Kg/cm2 (13,8 bars), ya qu la herramienta puede fracturarse o estallar, posiblemente causando lesiones.

### PRESIÓN DE OPERACIÓN:

No exceda una presión de operación de 7,0 Kg/cm2 (6,9 bars) El suministro de aire debe ser capaz de mantener la presión de operación en la herramienta. Las caídas de presión en el suministro de aire pueden reducir la potencia de impulso de la herramienta. Consulte "ESPECIFICACIONES DE LA HERRAMIENTA" para fijar la debida presión de operación para la herramienta.

### FILTRO:

La suciedad y el agua en el suministro de aire son causas principales del desgaste en las herramientas neumáticas.

Un filtro puede ayudar a obtener el mejor rendimiento y el desgaste mínimo de la herramienta. El filtro debe tener una capacidad de flujo adecuada para la instalación en particular. El filtro debe ser mantenido limpio para que sea eficaz en proveer aire comprimido limpio a la herramienta. Consulte las instrucciones del fabricante para el debido mantenimiento de su filtro. Un filtro sucio y atascado causará una caída de presión que reducirá el rendimiento de la herramienta.

## LUBRICACIÓN

Para el mejor rendimiento se requiere una lubricación frecuente pero no excesiva. El aceite añadido a través de la conexión de la línea de aire lubricará las piezas internas. Use el Lubricante de Herramientas de Aire Mobil Velocite #10 de BOSTITCH o un equivalente. No use aceite detergente o aditivos, ya que estos lubricantes causan el desgaste acelerado de los sellos y los amortiguadores de choque en la herramienta, dando como resultado un mal rendimiento de la herramienta y el mantenimiento frecuente de la misma.

Si no se usa un lubricante de línea de aire, añada aceite cuando se esté usando en la conexión de aire en la herramienta una o dos veces al día. Basta con añadir unas cuantas gotas cada vez. Si añade demasiado aceite, se acumulará dentro de la herramienta y se notará en el ciclo de escape.

### OPERACIÓN EN LA ÉPOCA DE FRÍO:

Para la operación en la época de frío, cerca o bajo de la temperatura de congelación, la humedad en la línea de aire puede congelarse e impedir que la herramienta funcione. Recomendamos el uso del lubricante de herramientas de aire BOSTITCH WINTER FORMULA o un anti-descongelante permanente (glicol de etileno) como un lubricante para la época de frío.

NOTA: **No almacene las herramientas en ambientes fríos para impedir que se forme el hielo en las válvulas y los mecanismos de operación de la herramienta, lo cual podría hacer que la herramienta falle.**

NOTA: **Algunos líquidos comerciales secadores de líneas de aire pueden dañar los anillos en "O" y los sellos — no use estos secadores de aire de baja temperatura sin verificar su compatibilidad.**

016 STAN 0000008

# CÓMO CARGAR EL N79WW/N80SB

⚠ ADVERTENCIA: PROTECCIÓN PARA LOS OJOS que cumple con las especificaciones de ANSI y que proporciona protección contra partículas voladoras tanto del FRENTE como del LADO debe ser usada SIEMPRE por el OPERADOR y otros en el área de trabajo al cargar, operar o hacerle servicio a esta herramienta. La protección para los ojos es necesaria para proteger contra sujetadoras voladoras y escombros que pueden causar daños severos a los ojos.

El empleador y/o usuario debe asegurar que la debida protección para los ojos sea usada. El equipo protector de los ojos debe cumplir con los requisitos del Instituto de Normas Nacionales Americano (American National Standards Institute), ANSI Z87.1-1989 y debe proveer protección de frente y de los lados. NOTA: Las gafas de seguridad que no están protegidas de los lados y las máscaras por sí solas no proveen la debida protección.

⚠ ADVERTENCIA:

ADVERTENCIA: PARA IMPEDIR LESIONES ACCIDENTALES:

- Nunca coloque una mano o cualquier otra parte del cuerpo en el área de descarga del sujetador de la herramienta mientras el suministro de aire está conectado;
- Nunca apunte la herramienta hacia otra persona;
- Nunca participe en juegos rudos con la herramienta;
- Nunca hale el gatillo a menos que la nariz esté apuntada hacia el trabajo;
- Siempre maneje la herramienta con cuidado.
- No hale el gatillo ni oprima el mecanismo de disparo al cargar la herramienta.

1. **Abra el cargador:** Hale la placa deslizante hacia atrás para traber el pestillo.
2. **Cargue los clavos:** Sostenga la clavadora con el cargador inclinado hacia abajo. Introduzca barras de clavos.
3. **Cierre el cargador:** Desenganche el pestillo halando ligeramente la orejeta del pestillo y la placa deslizante juntas para destrabar. Deslice la placa deslizante contra los clavos.

**NOTA: Use sólo clavos recomendados por Bostitch para uso en las clavadoras de la serie N79WW/N80SB de Bostitch o clavos que cumplan con las especificaciones de Bostitch.**

## AJUSTE DE CONTROL DE FONDO DEL SUJETADOR

La característica de Ajuste de Control de Fondo del Sujetador permite controlar el fondo de impulsión del clavo, desde a ras con o justamente encima de la superficie de trabajo a avellanado con poca o mucha profundidad.

⚠ ADVERTENCIA: PARA AJUSTAR EL CONTROL DE FONDO DEL SUJETADOR:

DESCONECTE LA HERRAMIENTA DEL SUMINISTRO DE AIRE ANTES DE INTENTAR DESARMAR LAS PIEZAS Y ANTES DE CAMBIAR EL AJUSTE DEL ELEMENTO QUE HACE CONTACTO CON EL TRABAJO.

1. Con la presión de aire fijada, impulse unos cuantos sujetadores en una muestra de material representativa para determinar si el ajuste es necesario.
2. Si se requiere el ajuste, desconecte el suministro de aire.
3. Si se requiere ajustar el fondo de impulsión, mida la diferencia en el fondo entre el clavo impulsado en el material de muestra y la impulsión deseada. El control de fondo debe ser ajustado por esa misma diferencia. Para reducir el fondo de impulsión, se debe alargar el elemento que hace contacto con el trabajo. Para obtener una impulsión más profunda, el elemento que hace contacto con el trabajo debe ser acortado.
4. Tome nota del nivel al cual el control de fondo es ensamblado. Decida el ajuste requerido para lograr el cambio de largo determinado en (2) arriba. La distancia entre todas las marcas en el frente del control de fondo es igual, 2 mm (0,08"). El ajuste de cero daría el avellanado más profundo, y el ajuste de 12 puede dejar la cabeza del clavo encima del trabajo. La herramienta se despacha de fábrica con un ajuste de "0".
5. Para hacer el ajuste, use una llave de 10 mm o un impulsor de tuercas para aflojar las (2) tuercas de tope elástico en el control de fondo aproximadamente 2 revoluciones. No es necesario quitar las tuercas. Mueva la parte inferior del ajuste de fondo a la altura deseada y apriete las tuercas. No apriete demasiado. Verifique que el elemento que hace contacto con el trabajo opere libremente sin atascarse o trabarse.
6. Vuelva a conectar el suministro de aire e impulse unos cuantos sujetadores en una muestra de material para determinar si el ajuste es correcto. Si es necesario ajustar más, desconecte el aire y repita el procedimiento anterior.

# OPERACIÓN DE LA HERRAMIENTA

⚠ ADVERTENCIA: PROTECCIÓN PARA LOS OJOS que cumple con las especificaciones de ANSI y que proporciona protección contra partículas voladoras tanto del FRENTE como del LADO debe ser usada SIEMPRE por el OPERADOR y otros en el área de trabajo al cargar, operar o hacerle servicio a esta herramienta. La protección para los ojos es necesaria para proteger contra sujetadores voladores y escombros que pueden causar daños severos a los ojos.

El empleador y/o usuario debe asegurar que la debida protección para los ojos sea usada. El equipo protector de los ojos debe cumplir con los requisitos del Instituto de Normas Nacionales Americano (American National Standards Institute), ANSI Z87.1-1989 y debe proveer protección de frente y de los lados. NOTA: Las gafas de seguridad que no están protegidas de los lados y las máscaras por sí solas no proveen la debida protección.

ANTES DE MANEJAR U OPERAR ESTA HERRAMIENTA:

I. LEA Y ENTIENDA LAS ADVERTENCIAS CONTENIDAS EN ESTE MANUAL.
II. CONSULTE "ESPECIFICACIONES DE LA HERRAMIENTA" EN ESTE MANUAL PARA IDENTIFICAR EL SISTEMA OPERATIVO DE SU HERRAMIENTA.

Se dispone de tres sistemas operativos para las herramientas neumáticas de BOSTITCH. Éstos son:

1. OPERACIÓN POR GATILLO
2. OPERACIÓN DE DISPARO POR CONTACTO
3. OPERACIÓN DE DISPARO SECUENCIAL

# OPERACIÓN

## 1. OPERACIÓN POR GATILLO

Una herramienta OPERADA POR GATILLO requiere una sola acción para impulsar al sujetador. Cada vez que se hala el gatillo la herramienta impulsará un sujetador. El modelo operado por gatillo está destinado a ser usado sólo cuando el disparo por contacto o el disparo secuencial no puede usarse debido a los requisitos de la aplicación.

## 2. OPERACIÓN DE DISPARO POR CONTACTO:

La herramienta de MODELO DE DISPARO POR CONTACTO incluye un disparador por contacto del objeto que está siendo clavado que opera junto con el gatillo para impulsar un sujetador. Existen dos métodos de operación para impulsar los sujetadores con una herramienta de disparo por contacto.

A. COLOCACIÓN DE UN SOLO SUJETADOR: Para operar la herramienta de esta forma, primero coloque el disparo por contacto en la superficie del objeto SIN HALAR EL GATILLO. Oprima el disparo por contacto hasta que la nariz toque la superficie del objeto y luego hale el gatillo para impulsar un sujetador. No presione la herramienta contra la superficie del objeto a clavar usando fuerza extra. En vez de eso, permita que la herramienta recule de la superficie del objeto para evitar un segundo sujetador indeseado. Quite el dedo del gatillo después de cada operación.

B. OPERACIÓN RÁPIDA DE SUJETADOR: Para operar la herramienta de esta forma, hale el gatillo con la herramienta separada del objeto a ser clavado. Para impulsar los sujetadores, golpee ligeramente la nariz de la herramienta sobre la superficie del objeto aplicando un movimiento de rebote. Cada vez que oprima el disparador por contacto, se impulsará un sujetador.

⚠ ADVERTENCIA: **El operador no debe sostener el gatillo halado en las herramientas de disparo por contacto, salvo durante la operación de engrapado, ya que pueden resultar serias lesiones si el disparador accidentalmente se pusiera en contacto con alguien o con algo, causando que se cicle la herramienta.**

⚠ ADVERTENCIA: **Mantenga las manos y el cuerpo alejados del área de descarga de la herramienta. Una herramienta de disparo por contacto puede rebotar debido a la reculada al impulsar un sujetador y se puede impulsar accidentalmente un segundo sujetador, causando posibles lesiones.**

## 3. OPERACIÓN DE DISPARO SECUENCIAL:

El MODELO DE OPERACIÓN SECUENCIAL incluye un disparador por contacto del objeto que funciona junto con el gatillo para impulsar un sujetador. Para operar una herramienta de disparo secuencial, primero coloque el disparo por contacto en la superficie del objeto SIN HALAR EL GATILLO. Oprima el disparo por contacto y luego hale el gatillo para impulsar un sujetador. Mientras el disparo por contacto esté en contacto con el objeto y se mantiene oprimido, la herramienta impulsará un sujetador cada vez que se oprima el gatillo. Si se permite que el disparo por contacto deje la superficie del objeto, la secuencia descrita anteriormente tendrá que ser repetida para impulsar otro sujetador.

El Modelo de Disparo Secuencial provee una ventaja positiva de seguridad ya que no impulsará accidentalmente un sujetador si se permite que la nariz de la herramienta accidentalmente entre en contacto con la superficie del objeto — u otra cosa — mientras el dedo mantiene halado el gatillo.

016 STAN 0000009

## VERIFICACIÓN DE LA OPERACIÓN DE LA HERRAMIÉNTA:

¡PRECAUCIÓN: QUITE TODOS LOS SUJETADORES DE LA HERRAMIENTA ANTES DE EFECTUAR LA VERIFICACIÓN DE LA OPERACIÓN DE LA HERRAMIENTA!

### 1. HERRAMIENTA OPERADA POR GATILLO:

A. Con el dedo alejado del gatillo, sostenga la herramienta tomándola firmemente por la manija.
B. Coloque la nariz de la herramienta contra la superficie del trabajo.
C. Hale del gatillo para impulsar. Suelte el gatillo para completar el ciclo.
**¡PRECAUCIÓN: SE ACTIVARÁ LA HERRAMIENTA CADA VEZ QUE SE HALE EL GATILLO!**

### 2. OPERACIÓN DE DISPARO POR CONTACTO:

A. Apriete el disparador de contacto contra la superficie de trabajo, sin tocar el gatillo.
**LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.**
B. Sostenga la herramienta alejada de la superficie de trabajo, y hale el gatillo.
**LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.**
C. Con la herramienta alejada de la superficie de trabajo, hale el gatillo y apriete el disparador de contacto contra la superficie de trabajo.
**LA HERRAMIENTA SÍ DEBE EFECTUAR SU CICLO.**
D. Con el dedo alejado del gatillo, apriete el disparador de contacto contra la superficie de trabajo. Hale el gatillo.
**LA HERRAMIENTA SÍ DEBE EFECTUAR SU CICLO.**

### 3. OPERACIÓN POR DISPARO SECUENCIAL:

A. Presione el disparador de contacto contra la superficie de trabajo, sin tocar el gatillo.
**LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.**
B. Sostenga la herramienta alejada de la superficie de trabajo, y hale el gatillo.
**LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.**
C. Hale el gatillo y presione el disparador de contacto contra la superficie de trabajo.
**LA HERRAMIENTA NO DEBE EFECTUAR SU CICLO.**
D. Con el dedo alejado del gatillo, presione el disparador de contacto contra la superficie de trabajo. Hale el gatillo.
**LA HERRAMIENTA SÍ DEBE EFECTUAR SU CICLO.**

### ADEMÁS DE LAS OTRAS ADVERTENCIAS CONTENIDAS EN ESTE MANUAL, OBSERVE LO SIGUIENTE PARA UNA OPERACIÓN SEGURA.

- **Utilice la herramienta neumática de BOSTITCH únicamente para impulsar sujetadores.**
- **Jamás utilice esta herramienta de manera que pudiera causar que un sujetador sea dirigido hacia usted mismo u otras personas dentro del área de trabajo.**
- **No utilice la herramienta como un martillo.**
- **Siempre cargue la herramienta por la manija. Jamás cargue la herramienta por la manguera de aire.**
- **No modifique o altere esta herramienta de su diseño original o función sin la aprobación de BOSTITCH, INC.**
- **Siempre esté consciente de que el mal trato y manejo inadecuado de esta herramienta puede originar lesiones para usted y los demás.**
- **Jamás sujete o ate con cinta el gatillo o el disparador de contacto en una posición activada.**
- **Jamás deje una herramienta sola con la manguera de aire conectada.**
- **NOTA: No siga usando una herramienta que tenga una fuga de aire o que no funciona debidamente.
Notifique a su representante de Bostitch más cercano si su herramienta sigue teniendo problemas de funcionamiento.**

## OPERACIÓN BÁSICA DE LA HERRAMIENTA

Las herramientas neumáticas de BOSTITCH son activadas mediante un diseño de pistón único operado por aire comprimido. Los siguientes dibujos muestran los cuatro ciclos funcionales que ocurren cuando se hace funcionar la herramienta para impulsar un sujetador:

FIG. 1
INACTIVA
FIG. 2
GOLPE IMPULSOR
FIG. 3
FINAL DEL GOLPE...
GATILLO AUN HALADO
FIG. 4
EL RETORNO

016 STAN 0000010

## MANTENIMIENTO DE LA HERRAMIENTA NEUMÁTICA

**⚠ ADVERTENCIA:** Al trabajar con herramientas neumáticas, tenga presente las advertencias que se hacen en este manual, y sea particularmente cuidadoso al evaluar herramientas problemáticas.

PRECAUCIÓN: **El resorte de empuje (resorte de fuerza constante): Se debe tener cuidado al trabajar con el ensamblaje de resorte. El resorte está enrollado alrededor de, pero no sujetado a, un enrollador. Si el resorte se extiende más allá de su largo, la punta se desprenderá del enrollador, y el resorte se enrollará bruscamente, y puede pellizcar su mano. Además, los bordes del resorte son muy delgados y podrían cortarlo. Se debe tener cuidado para asegurar que no se formen cocas permanentes en el resorte, ya que esto reducirá la fuerza del resorte.**

### PARTES DE REEMPLAZO:

Se recomienda partes de reemplazo de BOSTITCH. No utilice partes modificadas ni partes que no brinden el mismo rendimiento que el equipo original.

### PROCEDIMIENTO DE ENSAMBLE PARA LOS SELLOS:

Al reparar una herramienta, asegúrese de que las partes internas estén limpias y lubricadas. Utilice Parker "O" -LUBE o su equivalente en todos los anillos en "O". Cubra cada anillo en "O" con "O"-LUBE antes de ensamblar. Utilice una cantidad pequeña de aceite en todas las superficies y pivotes móviles. Después del rearmado, añada unas cuantas gotas del Lubricante para Herramientas Neumáticas de BOSTITCH mediante la conexión de la línea de aire, antes de probar la herramienta.

### PRESIÓN Y VOLUMEN DEL SUMINISTRO DE AIRE:

El volumen de aire es tan importante como la presión del aire. El volumen de aire suministrado a la herramienta puede ser inadecuado debido a conexiones y mangueras más pequeñas que lo normal, o debido a los efectos de polvo y agua dentro del sistema. Un flujo de aire restringido impedirá que la herramienta reciba un volumen de aire adecuado, aunque la lectura de la presión sea alta. Los resultados serán una operación lenta, la mala alimentación o una potencia impulsadora reducida. Antes de evaluar los problemas de la herramienta en busca de estos síntomas, siga la pista del suministro de aire desde la herramienta hasta la fuente de suministro para ver si hay conexiones restrictivas, accesorios giratorios, puntos bajos que contienen agua y cualquier otra cosa que evitaría un flujo de aire de volumen completo a la herramienta.

# DIAGNÓSTICO DE FALLA

| PROBLEMA | CAUSA | CORRECCIÓN |
|---|---|---|
| Fuga de aire en la envoltura de la válvula disparadora. | Anillo en O cortado o rajado | Reemplazar el anillo en O. |
| Vástago de la válvula disparadora tiene fuga de aire. | Anillos en O/sellos cortados o rajados. | Reemplazar anillo en O/sellos. |
| Fuga de aire en el armazón/nariz. | Tornillos de nariz flojos. | Apriete y verifique nuevamente. |
| | Anillo en O/empaquetadura cortada o rajada | Reemplazar el anillo en O o empaquetadura |
| | Amortiguador rajado/desgastado | Reemplazar el amortiguador. |
| Fuga de aire en el armazón/tapón. | Empaquetadura rajada. | Reemplazar la empaquetadura |
| | Amortiguador de la válvula de cabeza rajado/desgastado. | Reemplazar el amortiguador. |
| | Tornillos de tapa flojos. | Apriete y verifique nuevamente. |
| No desempeña su ciclo | Restricción en el suministro de aire. | Verifique el equipo de suministro de aire. |
| | Herramienta seca, falta de lubricación. | Utilice el Lubricante para Herramientas Neumáticas de BOSTITCH |
| | Anillos en O de la válvula de cabeza desgastados. | Reemplazar los anillos en O. |
| | Resorte de la tapa del cilindro roto. | Reemplazar el resorte de la tapa del cilindro |
| | Válvula de cabeza atorada en el tapón. | Desensamblar/Verificar/Lubricar |
| Falta de potencia<br>Desempeña su ciclo lentamente | Herramienta seca, necesita lubricación. | Utilice el Lubricante para Herramientas Neumáticas de BOSTITCH |
| | Resorte de la tapa del cilindro roto. | Reemplazar el resorte de la tapa. |
| | Anillos en O/sellos cortados o rajados | Reemplazar los anillos en O/sellos. |
| | Escape bloqueado | Verificar el amortiguador, resorte de la válvula de cabeza |
| | Ensamblaje del gatillo desgastado/tiene fugas. | Reemplazar el ensamblaje del gatillo |
| | Acumulación de polvo/alquitrán en impulsor. | Desensamblar la nariz/impulsor para limpiar |
| | La manga del cilindro no está asentada debidamente en el amortiguador de abajo | Desensamblar para corregir |
| | Válvula de cabeza seca. | Desensamblar/lubricar. |
| Sujetadores que saltan.<br>Alimentación intermitente | Presión de aire demasiado baja. | Verifique el equipo de suministro de aire |
| | Amortiguador desgastado. | Reemplazar el amortiguador |
| | Alquitrán/polvo en el canal del impulsor. | Desensamblar y limpiar la nariz y el impulsor |
| | Restricción de aire/flujo de aire inadecuado a través del casquillo y tapón de desconectado rápido. | Reemplazar los accesorios de desconectado rápido. |
| | Anillo en O de pistón desgastado. | Reemplazar el anillo en O, verificar el impulsor |
| | Herramienta seca, necesita lubricación. | Utilice el Lubricante para Herramientas Neumáticas de BOSTITCH. |
| | Resorte de empuje dañado. | Reemplazar el resorte. |
| | Baja presión de aire. | Verifique el sistema de suministro de aire a la herramienta. |
| | Tornillos flojos en la nariz del cargador. | Apriete todos los tornillos. |
| | Los sujetadores son demasiado cortos para la herramienta. | Use sólo los sujetadores recomendados |
| | Sujetadores doblados. | No use estos sujetadores más. |
| | Sujetadores de tamaño equivocado. | Use sólo los sujetadores recomendados. |
| | Empaquetadura de la tapa de cabeza con fugas. | Apriete los tornillos/Reemplazar la empaquetadura. |
| | Anillo en O de la válvula del disparador cortado/desgastado. | Reemplazar el anillo en O. |
| | Impulsor roto/quebrado. | Reemplazar el impulsor. (Verificar el anillo en O del pistón). |
| | Cargador seco/sucio. | Limpiar/Lubricar. Utilice Lubricante para Herramientas Neumáticas de BOSTITCH. |
| Los sujetadores se atoran en la herramienta | Cargador desgastado. | Reemplazar el cargador. |
| | Canal del impulsador desgastado. | Reemplazar la nariz/Verificar la puerta. |
| | Sujetadores de tamaño equivocado. | Use sólo los sujetadores recomendados |
| | Sujetadores doblados. | No use estos sujetadores más. |
| | Tornillos flojos en el cargador/la nariz | Apriete todos los tornillos. |
| | Impulsor roto/quebrado. | Reemplazar el impulsor. |

## CLAVADORAS DE BOBINA

| PROBLEMA | CAUSA | CORRECCIÓN |
|---|---|---|
| Sujetadores que saltan<br>Alimentación intermitente | Pistón alimentador seco. | Agregue el Lubricante para Herramientas Neumáticas de BOSTITCH en el orificio de la tapa del pistón alimentador |
| | Anillos en O del pistón alimentador quebrados/desgastados. | Reemplazar los anillos en O/Verificar el amortiguador y el resorte. Lubricar el ensamblaje |
| | Inspeccione el trinquete para ver si se atasca. | Revise el trinquete y el resorte de la puerta. Deben funcionar libremente. |
| | Parte inferior del cargador no está fijada correctamente. | Ajuste la parte inferior del cargador para el largo de clavos que se está utilizando. |
| | Alambres de soldadura rotos en rollo del clavo. | Discontinúe su uso. |
| Los sujetadores se atoran en la herramienta/cargador. | Sujetadores de tamaño equivocado para la herramienta | Use sólo los sujetadores recomendados. Verifique el ajuste del fondo del cargador. |
| | Alambres soldados rotos en rollo del clavo. | Discontinúe su uso. |
| | Ajuste equivocado de placa deslizante para rollo de clavos de alambre/plástico | Ajuste las clavijas del ajustador para el rollo de clavos de alambre/plástico |

# INSTRUCCIONES DE MANTENIMIENTO DEL IMPULSOR N79WW/N80SB

**Un impulsor desgastado causará mala calidad y pérdida de potencia:**

- El desgaste en la punta de impulsión afectará la impulsión del clavo, produciendo síntomas de clavos doblados o no impulsados por completo, y cabezas de clavos dañadas.
- El largo del impulsor puede ser ajustado para permitir que la punta de impulsión sea rectificada para compensar por el desgaste. Se requieren calor y una medición precisa. Póngase en contacto con un técnico de servicio calificado para este ajuste.
- El ajuste de largo para un nuevo impulsor se muestra a continuación. La medición se hace desde la cara inferior del pistón principal.
- Favor notar que la medición desde la parte superior del pistón indica el ajuste máximo que se le puede hacer al impulsor para permitir la rectificación. Siempre extienda el impulsor lo mínimo requerido para permitir la rectificación a fin de restaurar la punta de impulsión; es posible que sea necesario efectuar varias rectificaciones hasta que se logre la profundidad máxima.

Límite máximo de 9,5mm (3/8") del impulsor rebajado dentro del pistón.
NO EXCEDA ESTE LÍMITE.

016 STAN 0000011

# DEFLECTOR DE ESCAPE DIRECCIONAL

Afloje el tornillo según se muestra. Ajuste a la dirección de escape deseada y apriete el tornillo.

## INTRODUCTION

Le N79WW/N80SB de Bostitch est un outil construit avec précision; conçu pour réaliser un travail rapide à débit maximum. Ces cloueurs sont faits pour assurer un service efficace et durable, à condition d'être utilisés avec un minimum d'attention et dans des conditions normales d'utilisation. Comme pour tout autre appareil pneumatique, les consignes du fabricant doivent être impérativement suivies, afin d'obtenir de bonnes performances de ce matériel. Lire attentivement le présent manuel avant d'utiliser le cloueur en prêtant une attention toute particulière aux consignes de sécurité. Lire les instructions concernant l'installation, le fonctionnement et l'entretien de l'appareil. REMARQUE : des mesures supplémentaires de sécurité peuvent être requises selon l'usage destiné. Pour toute question concernant l'outil ou son usage, veuillez contacter votre représentant ou votre concessionnaire Bostitch. Bostitch, Inc., East Greenwich, Rhode Island 02818.

## SOMMAIRE

Consignes de sécurité .......... 23
Caractéristiques de l'appareil: Consommation d'air et pression d'utilisation .... 24
Alimentation en air comprimé : Raccordement, Tuyaux , Filtres, Régulateurs .. 25
Lubrification et utilisation par temps froid. .......... 25
Chargement de l'appareil .......... 26
Fonctionnement de l'appareil .......... 27, 28
Schéma de fonctionnement de base de l'appareil. .......... 29
Entretien de l'appareil pneumatique .......... 29
Problèmes de fonctionnement .......... 30
Entretien de l'enfonceur / réglage de l'échappement. .......... 31

## REMARQUE :

Les outils Bostitch sont fabriqués dans le but d'assurer une totale satisfaction et sont conçus pour atteindre un rendement maximal lorsqu'ils sont utilisés avec des éléments d'assemblage répondant aux mêmes standards de qualité. **Bostitch ne peut assumer la responsabilité du fonctionnement d'un produit, lorsqu'il est utilisé avec des accessoires et éléments d'assemblage qui ne satisfont pas aux exigences spécifiques en vigueur pour les accessoires, agrafes et clous garantis d'origine BOSTITCH.**

BOSTITCH

## GARANTIE LIMITÉE

La société Bostitch Inc. garantit à l'acheteur original un produit exempt de défaut matériel ou de main-d'oeuvre et elle accepte de réparer ou remplacer (à son choix) tout produit défectueux dans un délai d'une année à compter de la date d'achat. Cette garantie n'est pas transférable. Elle couvre uniquement les dommages attribuables à des défauts de matériau ou de main-d'oeuvre. Elle ne couvre donc pas les problèmes et les mauvais fonctionnements attribuables à une usure normale, une négligence, un usage abusif, un accident ou une réparation qui a été tentée/réalisée par une personne ne travaillant pas pour notre centre régional de réparation ou un autre centre de réparation agréé. Les lames de vissage, les pare-chocs et les joints toriques sont considérés comme des pièces sujettes à une usure normale.

CETTE GARANTIE A PRÉSÉANCE SUR TOUTE AUTRE GARANTIE EXPRESSE. TOUTE GARANTIE DE COMMERCIALISATION OU DE CONVENANCE À UN USAGE SPÉCIFIQUE EST LIMITÉE À LA DURÉE DE CETTE GARANTIE. LA SOCIÉTÉ BOSTITCH NE PEUT ÊTRE TENUE RESPONSABLE DE DOMMAGES INDIRECTS.

Cette garantie s'applique uniquement aux ventes réalisées aux États-Unis et au Canada. Quelques États et provinces interdisent les limitations affectant la durée d'une garantie implicite, de même que l'exclusion ou la limitation des dommages indirects couverts. Il est donc possible que les limitations ou exclusions ci-dessus ne s'appliquent pas à vous. Cette garantie vous accorde des droits juridiques précis. Vous pouvez également bénéficier d'autres droits, selon votre lieu de résidence.

Pour faire réparer un produit sous garantie, envoyez-le avec la preuve d'achat, en port payé, au centre régional de réparation Bostitch ou à un centre de réparation agréé. Pour connaître les coordonnées des centres autorisés près de chez vous, composez le 1-800-556-6696.

## CONSIGNES DE SÉCURITÉ

⚠ ATTENTION: PROTECTION DES YEUX : Elle doit répondre aux spécifications ANSI et offrir une protection contre les particules projetées, à la fois FRONTALE et LATÉRALE. Cette protection devra toujours être portée par l'opérateur et les autres membres du personnel qui travaillent dans le lieu de chargement, de fonctionnement et d'entretien de l'appareil. La protection oculaire est exigée pour protéger contre la projection d'éléments d'assemblage et de débris, qui pourraient causer de sévères blessures aux yeux.

L'employeur et/ou l'utilisateur doivent s'assurer du port d'une protection oculaire adéquate. L'équipement de protection oculaire doit être conforme aux normes ANSI Z87.1-1989 (de l'Institut National Américain des Normes), et offrir une protection à la fois frontale et latérale. REMARQUE : les lunettes de protection sans écrans latéraux et les masques de protection portés seuls, n'offrent pas une protection suffisante.

ATTENTION : Des mesures de sécurité supplémentaires seront nécessaires dans certains environnements. Par exemple, la zone de travail peut comporter une exposition à des niveaux de bruit pouvant conduire à un dommage auditif. L'employeur et l'utilisateur doivent alors s'assurer qu'une protection auditive adéquate est offerte et utilisée par l'opérateur et toute autre personne se trouvant dans la zone de travail. Certains environnements de travail nécessitent le port d'un casque de sécurité. Dans ce cas, l'employeur et l'utilisateur doivent s'assurer qu'un casque de sécurité conforme à la norme ANSI Z89.1 1986 est toujours porté.

## ALIMENTATION EN AIR COMPRIMÉ ET RACCORDEMENT

⚠ ATTENTION: L'oxygène ou les gaz combustibles ne doivent en aucun cas être employés comme source d'énergie, sachant que l'outil peut exploser et provoquer des blessures.

⚠ ATTENTION: N'utiliser en aucun cas des sources d'énergie à une pression dépassant 14 kg/cm2 (13,8 bars), car l'outil peut éclater et causer des blessures.

⚠ ATTENTION: L'appareil ne doit pas rester sous pression lorsqu'il est déconnecté de la source d'air. Si un mauvais raccord est utilisé, l'outil peut demeurer sous pression même après le désaccouplement, et de ce fait, peut éjecter un élément d'assemblage et causer des blessures.

⚠ ATTENTION: Ne pas appuyer sur la détente ou abaisser le mécanisme de contact tant que l'outil est connecté à la source d'air, car celui-ci peut se déclencher et donc provoquer des blessures.

⚠ ATTENTION: Toujours désaccoupler l'appareil de sa source d'énergie : 1) avant tout réglage; 2) lors de l'entretien; 3) lors d'un désenrayage; 4) à la fin de l'utilisation; 5) lors du déplacement vers une nouvelle zone de travail, car un déclenchement accidentel peut se produire et causer des blessures.

## CHARGEMENT DE L'APPAREIL

⚠ ATTENTION: Lors du chargement de l'appareil : 1) Ne jamais placer la main ou toute autre partie du corps dans la direction de projection de l'élément d'assemblage de l'outil; 2) Ne jamais pointer l'outil vers quelqu'un; 3) Ne pas presser sur la détente ou appuyer sur le palpeur de surface, car un déclenchement accidentel peut se produire et causer des blessures.

## FONCTIONNEMENT

⚠ ATTENTION: Manipuler l'appareil avec précaution : 1) Ne pas jouer ou chahuter avec l'appareil; 2) Ne jamais appuyer sur la détente tant que le nez de l'appareil n'est pas dirigé vers la pièce à assembler; 3) Tenir les autres personnes à distance raisonnable de l'outil lors de l'utilisation de celui-ci, car un déclenchement accidentel peut se produire et causer des blessures.

⚠ ATTENTION: Ne pas maintenir la détente pressée sur un outil possédant un mécanisme de contact, sauf pendant le travail d'assemblage, car un accident grave pourrait se produire si le palpeur de surface entrait en contact avec un objet ou une personne et entraînait le déclenchement de l'outil.

⚠ ATTENTION: Lorsque l'appareil est connecté à la source d'énergie, éloigner les mains et le corps de l'orifice d'éjection. Un outil à mécanisme de contact peut «rebondir» après l'éjection d'un élément d'assemblage, et un second élément d'assemblage peut accidentellement être éjecté.

⚠ ATTENTION: Vérifier régulièrement le mécanisme de contact. Ne pas utiliser un appareil dont le mécanisme de contact est inopérant, un accident peut en résulter. Ne pas changer le mode opératoire du mécanisme de contact.

⚠ ATTENTION: Ne pas enfoncer des attaches lorsque l'outil est trop penché ou par-dessus d'autres attaches car cela pourrait faire dévier ces dernières et entraîner des blessures.

⚠ ATTENTION: Ne pas enfoncer des attaches près du bord de la pièce car le bois pourrait se fendre et faire dévier les attaches, entraînant ainsi des blessures.

## ENTRETIEN DE L'APPAREIL

⚠ ATTENTION: Lors de l'utilisation d'un outil fonctionnant sous-pression, lire les avertissements du manuel et user d'extrêmes précautions lors de la découverte d'un problème.

016 STAN 0000012

Case 1:04-cv-10233-RCL    Document 29-8    Filed 01/30/2006    Page 14 of 17

# CARACTÉRISTIQUES DU N79WW/N80SB

Toutes les mesures des vis et des boulons sont dans le système métrique.

| MODÈLE | MÉCANISME DE CONTACT | LONGUEUR | HAUTEUR | LARGEUR | POIDS |
|---|---|---|---|---|---|
| N79WW/N80SB-1 | À la volée | 18-3/8 po (466 mm) | 14 po (355 mm) | 5-7/16 po (138 mm) | 8 lb. 8 oz (4,0 kg.) |
| N79WW/N80SB-2 | Au coup par coup | 18-3/8 po (466 mm) | 14 po (355 mm) | 5-7/16 po (138 mm) | 8 lb. 2 oz (4,0 kg.) |

## CARACTÉRISTIQUES DES ÉLÉMENTS D'ASSEMBLAGE :

Cet outil utilise une grande variété de vis de longueur allant de 2,8 à 3,3 mm (0,113 à 0,131 po) et sphère de tige allant de 50 à 90 mm (2 à 3,5 po)

## RACCORDEMENTS À L'AIR :

Cet outil utilise un raccord de 1/4 N.P.T. Son diamètre intérieur doit permettre la mise à l'atmosphère intérieur de 7 mm (0,275 po) ou plus. Lors du désaccouplement de la source d'air, le raccord doit permettre la mise à l'atmosphère intérieur de 7 mm (0,275 po) ou plus. Le coffet de connexion du tuyau d'air doit avoir un diamètre

## PRESSION D'UTILISATION :

4,9 à 7,0 kg/cm2 (4,8 bars à 6,9 bars). Régler la pression d'air en suivant ces recommandations pour obtenir le meilleur rendement possible. NE PAS DÉPASSER LA PRESSION MAXIMALE RECOMMANDÉE.

## CONSOMMATION D'AIR :

Le N79WW/N80SB consomme 220,8 l d'air détendu par minute (7,8 pieds cubes/mn) lorsqu'il fonctionne à la cadence de 100 clous par minute, pour une pression d'utilisation de 5,6 Kg/cm2 (5,5 bars). On déterminera la quantité d'air en fonction de la cadence utilisée, par exemple, si la cadence de travaux est de 50 clous/minute, l'appareil aura besoin de 50% des 220,8 l d'air par minute, qui représente la quantité d'air pour une cadence de 100 clous/minute.

# OPÉRATION

BOSTITCH OFFRE DEUX TYPES DE SYSTÈME DE DÉCLENCHEMENT POUR CETTE SÉRIE

## À LA VOLÉE (C.T.)

Le mode opératoire ordinaire pour le système « à la volée » consiste pour l'opérateur à placer le nez de l'appareil sur la surface de travail pour activer l'élément palpeur, tout en appuyant sur la détente, enfonçant ainsi un élément d'assemblage chaque fois que l'outil entre en contact avec le matériau. Cette méthode permet un travail rapide pour beaucoup de travaux tels que des revêtements de plate-formes et de palettes. Tous les appareils pneumatiques sont sujets à un recul lors de l'éjection de l'élément d'assemblage. L'outil peut donc rebondir, et mettre accidentellement l'élément palpeur en contact avec la surface de travail, ou tout autre chose, lors d'un deuxième élément d'assemblage peut entraîner la sortie d'un deuxième élément d'assemblage.

## AU COUP-PAR-COUP (S.T.)

L'appareil au coup-par-coup requiert que l'opérateur maintienne l'outil en contact avec la surface de travail avant d'appuyer sur la détente. Ceci rend le placement précis de l'élément d'assemblage plus facile, par exemple dans le cas d'encadrement, de clouage de pieds et de fabrication de caisses. L'appareil au coup-par-coup permet un placement précis de l'élément d'assemblage sans le risque d'éjecter un deuxième élément d'assemblage par accident lors du recul, comme cela est le cas pour le dispositif à la volée. Le dispositif au coup-par-coup possède une sécurité supplémentaire puisqu'il ne peut ejecter un élément d'assemblage même si l'outil est en contact avec la surface de travail, ou un autre chose, si le doigt est sur la détente.

## IDENTIFICATION DU MODÈLE :

Se référer au mode de fonctionnement à la page 17 avant de commencer à utiliser l'outil.



SYSTÈME À LA VOLÉE
Identifié par une détente de couleur noire

SYSTÈME AU COUP-PAR-COUP
Identifié par une détente argentée

-24-

# ALIMENTATION EN AIR COMPRIMÉ ET RACCORDEMENT

## RACCORDEMENTS :

Installer le raccord mâle sur l'appareil. Lors du désaccouplement de la source d'énergie, le raccord mâle doit permettre rapidement la mise à l'atmosphère de toute pression résiduelle.

**ATTENTION :** L'oxygène, les gaz combustibles ou les bouteilles de gaz ne doivent en aucun cas être employés comme source d'énergie, car ils peuvent exploser et provoquer des blessures.

## TUYAUX :

Les tuyaux d'air comprimé doivent résister à une pression d'utilisation minimale constante de 10,5 Kg/cm2 (10,3 bars), ou 150% de la pression pouvant être produite pour l'installation. Le tuyau d'alimentation doit contenir un raccord permettant un « désaccouplement rapide » du raccord mâle de l'appareil.

## ALIMENTATION EN AIR COMPRIMÉ :

Les appareils doivent être alimentés avec de l'air propre et sec. L'OXYGÈNE, LES GAZ COMBUSTIBLES OU LES BOUTEILLES DE GAZ NE DOIVENT EN AUCUN CAS ÊTRE EMPLOYÉS COMME SOURCE D'ÉNERGIE CAR ILS PEUVENT EXPLOSER.

## RÉGULATEUR :

Un régulateur de pression fonctionnant à des pressions de 0 à 8,7 Kg/cm2 (8,6 bars) est nécessaire pour contrôler la pression d'utilisation entraînant une force d'éjection de l'outil. Ne pas accoupler cet appareil à un régulateur de pression pouvant excéder 14 Kg/cm2 (13,8 bars), car l'outil pourrait se fracturer ou se rompre, et causer des blessures.

## PRESSION D'UTILISATION :

Ne pas excéder une pression d'utilisation de 7,0 Kg/cm2 (6,9 bars). La source d'alimentation en air doit être capable de maintenir la pression de fonctionnement au niveau. Une baisse de pression dans la source d'alimentation entraînera une baisse de la force d'éjection de l'outil. Voir la rubrique « caractéristiques de l'appareil » pour le réglage de la pression de fonctionnement adéquate.

## FILTRE :

La principale cause d'usure des appareils pneumatiques est un air sale et humide. Un filtre est donc indispensable pour obtenir le meilleur rendement et une usure minimale du pistolet. Le filtre devra avoir une capacité de filtrage adéquate pour le volume d'air consommé par l'appareil. Le filtre doit être propre pour pouvoir alimenter en air comprimé propre. Consulter les instructions du fabricant concernant l'entretien du filtre. Un filtre sale ou bouché peut provoquer des baisses de pression et par voie de conséquence, une diminution du rendement de l'appareil.

# LUBRIFICATION

Certains lubrificateurs peuvent également être placés directement sur le cloueur, il est indispensable de la lubrifier régulièrement, mais sans excès. Appliquer quelques gouttes d'huile au circuit d'air, une ou plusieurs fois par jour. Ne mettre que quelques gouttes d'huile à la fois. Une lubrification excessive entraînerait une accumulation d'huile dans l'appareil et particulièrement au niveau de l'échappement.

## UTILISATION PAR TEMPS FROID :

Par temps froid, lorsque la température est proche du point de congélation, l'eau qui s'est condensée dans les tuyaux d'alimentation d'air gèle, et le cloueur perd de son efficacité. Nous recommandons d'utiliser les pneumatiques Mobil Velocita n° 10 de BOSTITCH ou un équivalent. Ne pas utiliser une huile détergente ou des additifs qui pourraient accélérer l'usure des joints toriques et des amortisseurs du cloueur et par conséquent entraîner une baisse de rendement et des réparations plus fréquentes.

**REMARQUE :** Nous conseillons de ne pas stocker le cloueur dans un environnement froid sous peine de sérieux problèmes de fonctionnement.

**REMARQUE :** Ne pas utiliser d'huiles ou produits spéciaux, prévus pour d'autres emplois que la lubrification des matériels pneumatiques, ils risqueraient de détruire les garnitures et les joints toriques.

-25-

016 STAN 0000013

Case 1:04-cv-10233-RCL   Document 29-8   Filed 01/30/2006   Page 15 of 17

# CHARGEMENT DU N79WW/N80SB



**⚠ ATTENTION :**

PROTECTION DES YEUX : Elle doit répondre aux spécifications ANSI et offrir une protection contre les particules projetées, à la fois FRONTALE et LATÉRALE. Cette protection devra TOUJOURS être portée par l'opérateur et les autres membres du personnel qui travaillent dans le lieu de chargement, de fonctionnement et d'entretien de l'appareil. La protection oculaire est exigée pour protéger contre la projection d'éléments d'assemblage et de débris, qui pourraient causer de sévères blessures aux yeux. L'employeur et/ou l'utilisateur doivent s'assurer du port d'une protection oculaire adéquate. L'équipement de protection oculaire doit être conforme aux normes ANSI Z87.1-1989 (de l'Institut National Américain des Normes), et offrir une protection à la fois frontale et latérale. REMARQUE : les lunettes de protection sans écrans latéraux et les masques de protection portés seuls, n'offrent pas une protection suffisante.

**POUR PRÉVENIR UN ACCIDENT**
- Ne jamais placer la main ou toute autre partie du corps dans la zone d'éjection des clous lorsque l'outil est relié à la source d'air.
- Ne jamais pointer le cloueur vers quelqu'un.
- Ne jamais jouer avec l'outil.
- Ne jamais appuyer sur la détente à moins que le nez ne soit dirigé vers le plan de travail.
- Toujours manier l'outil avec précaution.
- Ne pas appuyer sur la détente ou presser sur l'élément palpeur lors du chargement de l'outil.

1. **Ouvrez le magasin :**
   Tirer le poussoir vers l'arrière pour engager le verrou.

2. **Chargez les clous :**
   Insérer un cartouche de clous en maintenant le magasin penché vers le bas.

3. **Fermez le magasin :**
   Relâchez le verrou en tirant légèrement sur le poussoir pour désengager et faites glisser le poussoir contre les clous.

   **Remarque :** N'utilisez que les clous recommandés par Bostitch pour les cloueuses de la série N79WW/N80SB, ou des clous répondant aux caractéristiques Bostitch.

# RÉGLAGE DE LA COMMANDE DE PROFONDEUR DE L'ÉLÉMENT D'ASSEMBLAGE



**⚠ ATTENTION :**

Le réglage de cette commande permet de contrôler la profondeur d'éjection du clou, depuis la clouage à fleur, juste au-dessus de la surface de travail jusqu'au fraisage peu profond ou profond.

**POUR RÉGLER LA COMMANDE DE PROFONDEUR DE L'ÉLÉMENT :**

1. Après avoir réglé la pression d'air, éjecter quelques éléments d'assemblage dans des échantillons de matériau équivalent afin de décider si un réglage est nécessaire.
2. Si un réglage est nécessaire, déconnecter la source d'air.
3. Si un réglage de la profondeur d'éjection est nécessaire, mesurer la différence entre la profondeur de l'élément éjecté sur l'échantillon et la profondeur souhaitée. Le travail doit être chargé de façon équivalente. La commande de contact de surface doit être augmentée. Pour réduire la profondeur d'éjection, l'élément de contact de surface doit être raccourci.
4. Noter le niveau auquel se trouve la commande de profondeur du réglage ci-dessus. Les trois inscrites sur la partie antérieure de la commande de profondeur sont espacées de façon égale, tous les 2 mm (0.08 po). Zéro correspond au plus profond tirage et 12 peut laisser la tête du clou au-dessus du matériel. L'outil est réglé sur "0".
5. Pour effectuer les (2) écrous une clé de 10 mm ou une clé à 6 écrous pour desserrer les (2) écrous d'arrêt sur la commande de profondeur en effectuant deux révolutions complètes. Il n'est pas nécessaire de retirer ces écrous. Déplacer la partie inférieure de la commande de profondeur jusqu'à la hauteur désirée et serrer les écrous. Ne pas trop serrer, l'élément de contact peut opérer librement sans blocage. Vérifier que l'élément doit être ressorti.
6. Reconnecter la source d'air et éjecter quelques éléments d'assemblage dans un matériau d'échantillon pour déterminer si le réglage est correct. Si un niveau de correction est nécessaire, déconnecter la source d'air et répéter les opérations précédentes.

-26-

# FONCTIONNEMENT DE L'APPAREIL



**⚠ ATTENTION :**

PROTECTION DES YEUX : Elle doit répondre aux spécifications ANSI et offrir une protection contre les particules projetées, à la fois FRONTALE et LATÉRALE. Cette protection devra TOUJOURS être portée par l'opérateur et les autres membres du personnel qui travaillent dans le lieu de chargement, de fonctionnement et d'entretien de l'appareil. La protection oculaire est exigée pour protéger contre la projection d'éléments d'assemblage et de débris, qui pourraient causer de sévères blessures aux yeux. L'employeur et/ou l'utilisateur doivent s'assurer du port d'une protection oculaire adéquate. L'équipement de protection oculaire doit être conforme aux normes ANSI Z87.1-1989 (de l'Institut National Américain des Normes), et offrir une protection à la fois frontale et latérale. REMARQUE : les lunettes de protection sans écrans latéraux et les masques de protection portés seuls, n'offrent pas une protection suffisante.

## AVANT DE MANIPULER OU D'UTILISER CET OUTIL :

I. LIRE ET COMPRENDRE LES AVERTISSEMENTS CONTENUS DANS CE MANUEL.

II. SE RÉFÉRER À LA RUBRIQUE « CARACTÉRISTIQUES DE L'APPAREIL » DU MANUEL AFIN D'IDENTIFIER LE MODE D'UTILISATION DE VOTRE OUTIL.

## MODE D'EMPLOI

Il existe trois modes d'utilisation pour les outils pneumatiques BOSTITCH :

1. DÉCLENCHEMENT PAR DÉTENTE   2. À LA VOLÉE   3. AU COUP-PAR-COUP

### 1. DÉCLENCHEMENT PAR DÉTENTE

Un outil à DÉCLENCHEMENT PAR DÉTENTE requiert une action unique pour déclencher l'éjection d'un élément d'assemblage. Chaque fois que la détente est pressée, l'outil éjecte un élément d'assemblage. Un outil à déclenchement par détente ne doit être utilisé que lorsqu'un outil à déclenchement à la volée ou au coup-par-coup ne peut être utilisé à cause des exigences du travail.

### 2. DÉCLENCHEMENT À LA VOLÉE :

Le modèle avec DÉCLENCHEMENT À LA VOLÉE contient un palpeur de surface fonctionnant en corrélation avec la détente pour éjecter un élément d'assemblage. Il existe deux méthodes d'utilisation avec ce type d'outil.

A. PLACEMENT D'UN SEUL ÉLÉMENT D'ASSEMBLAGE : pour utiliser l'outil de cette manière, commencez par placer le palpeur sur la surface de travail, SANS APPUYER SUR LA DÉTENTE. Appuyer sur le palpeur jusqu'à ce que le nez touche la surface de travail, puis appuyer sur la détente pour éjecter un élément d'assemblage. Ne pas presser trop fort l'outil sur la surface. Laisser l'outil reculer de la surface de travail pour éviter l'éjection d'un second élément d'assemblage. Retirer votre doigt de la détente après chaque opération.

B. ASSEMBLAGE RAPIDE : pour utiliser cette manière, maintenir le palpeur de surface de l'outil dirigé vers la surface de travail, mais sans le toucher. Appuyer sur la détente, puis appuyer le palpeur sur la surface de travail en utilisant un mouvement de rebond. Chaque fois que le palpeur est en contact avec la surface, l'objet, entraînant un déclenchement de l'outil.

**⚠ ATTENTION :**

Lorsque l'appareil est connecté à la source d'énergie, éloigner les mains et le corps de ce type de détente. Un outil à mécanisme de contact peut « rebondir » après l'éjection d'un élément d'assemblage, et un second élément d'assemblage peut être accidentellement éjecté.

### 3. DÉCLENCHEMENT AU COUP-PAR-COUP :

Le modèle à DÉCLENCHEMENT AU COUP-PAR-COUP contient un palpeur qui fonctionne en corrélation avec la détente pour éjecter un élément d'assemblage. Pour utiliser un outil à déclenchement au coup-par-coup, vous devez d'abord mettre le nez en contact avec la surface de travail SANS APPUYER SUR LA DÉTENTE. Presser le palpeur puis appuyer sur la détente pour éjecter la surface de travail. Aussi longtemps que le palpeur est maintenu appuyé sur la détente. Si le palpeur n'est plus en contact avec la surface de travail, les étapes ci-dessus doivent être répétées pour éjecter un nouvel élément.

Le modèle à déclenchement au coup-par-coup procure un élément de sécurité supplémentaire puisqu'on ne peut éjecter accidentellement un élément d'assemblage même si le nez du pistolet se trouve à nouveau en contact avec la surface de travail ou tout autre chose, lorsque le doigt est sur la détente.

-27-

016 STAN 0000014

## VÉRIFICATION DU SYSTÈME DE DÉCLENCHEMENT :

ATTENTION : **retirer toutes les attaches de fixation de l'outil avant de procéder à une vérification du fonctionnement de celui-ci.**

### 1. DÉCLENCHEMENT PAR LA DÉTENTE:

A. Détente libre, maintenir fermement l'appareil par la poignée.
B. Placer le nez de l'appareil sur la surface de travail.
C. Appuyer sur la détente pour enfoncer un élément d'assemblage. Relâcher l'organe de service (détente) après chaque opération.

ATTENTION : **L'APPAREIL SE DÉCLENCHERA CHAQUE FOIS QUE LA DÉTENTE SERA PRESSÉE !**

### 2. SYSTÈME DE SÉCURITÉ À LA VOLÉE (C.T.):

A. Enfoncer l'élément palpeur sur la surface de travail sans actionner la détente.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**

B. Éloigner l'appareil de la surface de travail et appuyer sur la détente.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**

C. Éloigner l'appareil de la surface de travail et appuyer sur la détente. Presser l'élément palpeur sur la surface de travail.
**L'APPAREIL DOIT SE DÉCLENCHER**

D. Sans actionner la détente, appuyer l'élément palpeur sur la surface de travail, puis appuyer sur la détente.
**L'APPAREIL DOIT SE DÉCLENCHER**

### 3. SYSTÈME DE SÉCURITÉ AU COUP-PAR-COUP:

A. Appuyer l'élément palpeur sur la surface de travail sans actionner la détente.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**

B. Éloigner l'appareil de la surface de travail et actionner la détente.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**
Relâcher la détente; elle doit revenir à sa position initiale.

C. Appuyer sur la détente, et appuyer l'élément palpeur sur la surface de travail.
**L'APPAREIL NE DOIT PAS SE DÉCLENCHER**

D. Détente libre, appuyer l'élément palpeur sur la surface de travail. Actionner la détente.
**L'APPAREIL DOIT SE DÉCLENCHER**

### EN SUPPLÉMENT DES AUTRES AVERTISSEMENTS CONTENUS DANS CE MANUEL, OBSERVEZ LES RÈGLES SUIVANTES POUR OPÉRER EN TOUTE SÉCURITÉ

- **Utiliser cet outil pneumatique BOSTITCH uniquement pour éjecter des éléments d'assemblage.**
- **Ne jamais utiliser l'outil de telle manière qu'un élément d'assemblage peut être dirigé vers vous-même ou vers d'autres personnes présentes dans la zone de travail.**
- **Ne pas utiliser l'outil comme un marteau**
- **Porter toujours l'outil par la poignée, jamais par le nez.**
- **Ne pas altérer ou modifier cet outil par rapport à sa forme originale sans l'agrément de BOSTITCH, INC.**
- **Toujours avoir présent à l'esprit qu'une manipulation ou une utilisation inadéquate de cet outil peuvent causer des blessures.**
- **Ne jamais attacher ou maintenir la détente en position déchenchée.**
- **Ne jamais laisser le cloueur connecté au tuyau d'air sans surveillance.**
- **Ne pas utiliser cet outil s'il n'est pas pourvu d'une ÉTIQUETTE D'AVERTISSEMENT (WARNING LABEL) lisible.**
- **Cesser d'utiliser un outil qui perd de l'air ou ne fonctionne pas correctement. Notifier votre concessionnaire Bostitch si votre outil continue à mal fonctionner.**

## DIAGRAMME DE FONCTIONNEMENT DE BASE D'UN CLOUEUR

Les appareils pneumatiques BOSTITCH fonctionnent avec de l'air comprimé et sont équipés d'un système à simple piston. Les illustrations ci-dessous montrent les quatre cycles de fonctionnement produits lorsque l'appareil est activé pour éjecter un élément d'assemblage.

FIG. 1
AU REPOS
FIG. 2
CYCLE D'ENFONCEMENT
FIG. 3
FIN DU CYCLE
D'ENFONCEMENT
DÉTENTE TOUJOURS
SOULEVÉE
FIG. 4
CYCLE DE RETOUR

016 STAN 0000015

## ENTRETIEN DE L'APPAREIL

**⚠ ATTENTION: Lors de l'utilisation d'un outil fonctionnant sous-pression, lire les avertissements du manuel et user d'extrêmes précautions lors de la découverte d'un problème.**

ATTENTION : Ressort-poussoir (ressort à poussée constante). Il est recommandé d'user de prudence lors de la manipulation du système du ressort. Le ressort est enroulé autour du rouleau mais n'y est pas attaché. Si le ressort est tiré au delà de sa longueur d'extension, l'extrémité se détachera du rouleau et reviendra à sa longueur première, risquant ainsi de vous pincer les doigts. Les bords du ressort sont très fins et risquent de couper. Il faut aussi vérifier qu'il n'existe pas de torsion du ressort, celles-ci pouvant diminuer la force du ressort.

### PIÈCES DE RECHANGE :

Il est recommandé d'utiliser uniquement les pièces de rechange Bostitch. Ne pas utiliser de pièces modifiées, ou autres pièces dont les performances ne seraient pas équivalentes aux pièces d'origine.

### PROCÉDURE D'ASSEMBLAGE DES GARNITURES :

Lors des réparations, vérifier que les pièces internes sont propres et bien lubrifiées. Appliquer du lubrifiant "O" LUBE de Parker sur tous les joints toriques, avant de procéder à l'assemblage. Appliquer une fine pellicule de "O" LUBE sur toutes les pièces mobiles et pivots. Les opérations de remontage terminées, veiller à mettre quelques gouttes de lubrifiant pour outils pneumatiques BOSTITCH dans le circuit d'air avant de procéder aux essais.

### ALIMENTATION D'AIR - PRESSION - VOLUME :

Le volume d'air est aussi important que la pression. Le volume d'air nécessaire au bon fonctionnement de l'appareil peut être perturbé par des tuyaux et des raccordements sous dimensionnés, ou par la présence d'eau dans le circuit d'air. Même si la pression d'air lue au manomètre est correcte, les diminutions du volume d'air se traduiront par une perte de puissance de l'appareil, une diminution de la vitesse ou une alimentation inadéquate. Avant de rechercher la cause de ces symptômes, vérifier les raccords et les tuyaux depuis l'outil jusqu'à la source d'énergie et vérifier qu'il n'existe pas de raccords trop serrés, tordus, des niveaux bas contenant de l'eau, ou tout autre cause qui puisse expliquer une diminution du volume d'air vers l'appareil.

# PROBLÈMES DE FONCTIONNEMENT

| PROBLÈME | CAUSE | CORRECTION |
|---|---|---|
| Fuite d'air au corps de valve de détente; | Joints toriques coupés ou usés. | Remplacer les joints toriques. |
| Fuite d'air à la tige de valve de détente; | Joints toriques ou garnitures coupés ou usés. | Remplacer joints toriques /garnitures. |
| Fuite d'air entre le corps et le nez. | Vis du nez desserrées. | Resserrer les vis |
| | Joints toriques ou garniture coupés ou usés. | Remplacer les joints toriques. |
| | Amortisseur coupé ou usé. | Remplacer l'amortisseur. |
| Fuite d'air entre le chapeau et le corps; | Garniture coupée. | Remplacer la garniture. |
| | Amortisseur de tête coupé ou usé. | Remplacer l'amortisseur. |
| | Vis de chapeau desserrées. | Resserrer les vis. |
| Cycle incomplet | Pertes de charges dans le circuit d'air. | Vérifier le circuit d'air |
| | Appareil sec, absence de lubrification. | Utiliser un lubrifiant BOSTITCH |
| | Joints toriques de la valve de tête coupés ou usés. | Remplacer les joints toriques. |
| | Ressort du chapeau de cylindre cassé. | Remplacer le ressort. |
| | Valve de tête forcée dans le chapeau. | Démonter (vérifier) lubrifier. |
| Perte de puissance<br>Fonctionnement ralenti | Appareil sec, absence de lubrification | Utiliser un lubrifiant BOSTITCH |
| | Ressort du chapeau de cylindre cassé. | Remplacer le ressort |
| | Joints toriques ou garnitures coupés ou usés. | Remplacer les joints toriques/garnitures. |
| | Échappement bloqué | Vérifier l'amortisseur et le ressort de valve de tête. |
| | Système détente usé ou ayant une fuite. | Remplacer le système de détente. |
| | Particules obstruant le canal de l'enfonceur. | Démonter le nez/enfonceur et nettoyer. |
| | L'extrémité du cylindre n'est pas positionnée correctement sur l'amortisseur inférieur. | Démonter et réinstaller. |
| | Valve de tête sèche. | Démonter et lubrifier |
| | Pression d'air trop faible. | Vérifier le circuit d'air. |
| Éléments d'assemblage manquants<br>Alimentation intermittente | Amortisseur usé. | Remplacer l'amortisseur. |
| | Particules obstruant le canal de l'enfonceur. | Démonter le nez/enfonceur et nettoyer. |
| | Pertes de charges dans les raccords rapides ou circuit d'air. | Remplacer les raccords rapides du circuit |
| | Joint du piston usé. | Remplacer le joint, vérifier l'enfonceur. |
| | Appareil sec, absence de lubrification. | Utiliser un lubrifiant BOSTITCH |
| | Ressort du poussoir endommagé. | Remplacer le ressort. |
| | Pression d'air trop faible. | Vérifier le circuit/régler la pression d'air. |
| | Vis du magasin desserrées. | Resserrer les vis. |
| | Éléments d'assemblage trop courts | Utiliser les éléments d'assemblage recommandés |
| | Éléments d'assemblage tordus | Cesser l'utilisation de ces éléments |
| | Taille incorrecte des éléments d'assemblage | Utiliser les éléments d'assemblage recommandés |
| | Fuite à la garniture du chapeau de tête. | Resserrer les vis/remplacer la garniture. |
| | Joints toriques de la valve de détente coupés ou usés. | Remplacer les joints toriques. |
| | Enfonceur usé ou cassé. | Remplacer l'enfonceur/vérifier le joint de piston. |
| | Magasin sec ou encrassé. | Nettoyer et lubrifier le magasin avec un lubrifiant BOSTITCH |
| | Magasin usé. | Remplacer le magasin |
| Les éléments d'assemblage se coincent dans l'appareil | Canal de l'enfonceur usé. | Remplacer le nez/vérifier la porte. |
| | Taille incorrecte des éléments d'assemblage. | Utiliser les éléments d'assemblage recommandés |
| | Éléments d'assemblage tordus | Cesser d'utiliser ces éléments |
| | Vis du nez/magasin desserrées. | Resserrer les vis. |
| | Enfonceur usé ou cassé. | Remplacer l'enfonceur. |

## APPAREIL À ROULEAU

| PROBLÈME | CAUSE | CORRECTION |
|---|---|---|
| Éléments d'assemblage manquants<br>Alimentation intermittente | Piston d'alimentation sec. | Utiliser un lubrifiant BOSTITCH et lubrifier par les trous du collier. |
| | Joints toriques du piston d'alimentation coupés ou usés. | Remplacer les joints toriques /vérifier l'amortisseur et ressort. Lubrifier. |
| | Vérifier si le cliquet n'est pas tordu. | Vérifier le cliquet et le ressort de la porte. |
| | Le socle du magasin n'est pas réglé correctement | Régler le socle du boîtier pour la longueur de clou utilisée. |
| | Fils de liaison du rouleau cassés. | Cesser l'utilisation |
| Les éléments d'assemblage se coincent dans l'appareil ou le magasin | Taille incorrecte des éléments d'assemblage | Utiliser les éléments d'assemblage recommandés/ vérifier et ajuster le socle du boîtier |
| | Fils de liaison du rouleau cassés. | Cesser l'utilisation |
| | Plaque d'ajustement inadéquate pour le système d'enroulement du rouleau en acier ou plastique | Régler les commutateurs à chevilles du système d'enroulement du rouleau en acier ou plastique |

016 STAN 0000016