# EXHIBIT 10

Case 1:04-cv-10233-RCL    Document 29-11    Filed 01/30/2006    Page 1 of 4



EXHIBIT
Pineda
5-17-04

warehouse 5-17-04

NAILER

WALL

window

2x12

EXHIBIT
Pineda 5
5.07.04

5-17-04

way way Rd.

post if top 2

nature

wall

median

2x4