UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10233-RCL

| | |
|---|---|
| JONATHAN BEIJAR | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY FASTENING SYSTEMS, L.P. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE OF COUNSEL
FOR THE DEFENDANT STANLEY FASTENING SYSTEMS, L.P.**

To:   Civil Clerk's Office
      United States District Court
      Moakley U.S. Courthouse
      1 Courthouse Way
      Boston, MA 02210

    Please enter the appearance of Sarah E. Lent, Esq. as counsel for the defendant, Stanley Fastening Systems, L.P.  Please note that Christopher A. Duggan Esq. of Smith & Duggan LLP remains counsel for the defendant, Stanley Fastening Systems, L.P.

                                RESPECTFULLY SUBMITTED,
                                Stanley Fastening Systems, L.P.,
                                By their attorneys,

                                */s/ Sarah E. Lent*_____
                                Christopher A. Duggan
                                BBO #544150
                                Sarah E. Lent
                                BBO #645156
                                SMITH & DUGGAN LLP
                                Two Center Plaza
                                Boston, MA 02108
                                (617) 228-4400

Dated:   February 1, 2006

CERTIFICATE OF SERVICE

      The undersigned certifies service of the foregoing on February 1, 2006 in accordance with Federal Rule of Civil Procedure 5(b)(2) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing.

*Counsel for Defendant Stanley Fastening Systems, L.P.*

                                                  */s/ Sarah E. Lent*
                                                  Sarah E. Lent
                                                  BBO #645156