AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

FILED
CLERKS OFFICE

2006 FEB -9  P 4:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

## APPEARANCE

Case Number: **04-10233-RCL**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _The Plaintiff, Jonathan Beijan_

I certify that I am admitted to practice in this court.

_2/9/06_
Date

_Michael B. Reilly_
Signature

_Michael B. Ready_     _550789_
Print Name              Bar Number

_267 Main Street_
Address

_Wareham_       _MA_      _02571_
City            State     Zip Code

_508-295-0286_    _508-295-0592_
Phone Number      Fax Number