UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10233-RCL

| | |
|---|---|
| JONATHAN BEIJAR | ) |
|     Plaintiff, | ) |
| v. | ) |
| STANLEY FASTENING SYSTEMS, L.P. | ) |
|     Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii), the plaintiff, Jonathan Beijar, and the defendant, Stanley Fastening Systems, L.P., stipulate that the action by the plaintiff against the defendant be dismissed with prejudice and without costs.

Respectfully submitted,

| STANLEY FASTENING SYSTEMS, L.P., | JONATHAN BEIJAR |
|---|---|
| By its Attorney, | By his Attorney, |
| /s/ Christopher A. Duggan | /s/ Scott W. Lang |
| Christopher A. Duggan, Esquire | Scott W. Lang, Esquire |
| BBO No. 544150 | BBO No. 285720 |
| Smith & Duggan LLP | Lang, Xifaras & Bullard |
| Lincoln North | 115 Orchard Street |
| 55 Old Bedford Road | New Bedford, MA 02740 |
| Lincoln, MA 01773 | (508) 992-1270 |
| (617) 228-4400 | |

Dated: May 9, 2006